UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>SESSIONS, *et al.*,<br><br>                Defendants. | No. 1:18-cv-01853 (EGS) |

**NOTICE OF FILING**

In response to this Court's minute order of 5:20pm directing Plaintiffs to file "the memorandum accompanying [11] Motion for Temporary Restraining Order for Emergency Stay of Removal referenced in the Motion," Plaintiffs hereby file the attached memorandum, which is the same memorandum Plaintiffs filed in support of the Preliminary Injunction and contains the argument supporting both forms of relief. *See* ECF 10-1, cover page (document entitled "PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND/OR EMERGENCY MOTION FOR STAY OF REMOVAL"); *id.* at 42 (requesting stay as well as injunction).

Undersigned counsel apologies for any inadvertent errors in the manner of filing that caused any confusion on the part of the Court or the Defendants.

August 8, 2018

Respectfully submitted,

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
smichelman@acludc.org

Counsel for Plaintiffs