**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GRACE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 18-cv-1853 (EGS) |
| | ) | |
| JEFFERSON B. SESSIONS, III, | ) | |
| Attorney General of the | ) | |
| United States, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING TEMPORARY STAY OF REMOVAL**

Upon consideration of Plaintiffs' Emergency Motion for a Stay of Removal, the opposition thereto, and Plaintiffs' reply, and for the reasons stated in open Court at the motion hearing this date, it is **HEREBY ORDERED** that Defendants, their agents, and any persons acting in concert with them are enjoined from removing Plaintiffs Grace, Mina, Gina, Mona, Maria, Carmen and her daughter J.A.C.F., and Gio, from the United States pending resolution of the Court's determination of whether it has jurisdiction to enter a stay of removal in this case.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**August 9, 2018**