# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRACE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01853-EGS |
| ) | |
| JEFFERSON BEAUREGARD ) | |
| SESSIONS III, in his official ) | |
| capacity as Attorney General of ) | |
| the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Pursuant to the Court's order, ECF No. 22, Defendants hereby inform the Court that Defendants have complied with the Court's order. Plaintiffs Carmen and her daughter have been returned to the United States and are currently in the custody of the Department of Homeland Security at the South Texas Family Residential Center in Dilley, Texas.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director, Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 307-4293
Erez.R.Reuveni@usdoj.gov

Dated: August 10, 2018          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the appellate CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

      By: */s/ Erez Reuveni*
           EREZ REUVENI
           Assistant Director
           United States Department of Justice
           Civil Division