# Ex. A

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation (OIL)
U.S. Department of Justice
EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20530
Telephone: (202) 307-4293
Fax: (202) 305-7000

Attorneys for Federal Respondents-Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, et al., | Case No. 18-cv-1853-EGS |
| Plaintiffs, | |
| vs. | **Declaration of Christopher M. Cronen** |
| JEFFERSON B. SESSIONS, III, Attorney General of the United States, et al., | |
| Defendants. | |

## DECLARATION OF CHRISTOPHER M. CRONEN

I, Christopher M. Cronen, hereby make the following declaration with respect to the above-captioned matter:

1. I am currently the Deputy Assistant Director (DAD) for Domestic Operations – East, within the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal

Operations (ERO), Headquarters Field Operations division. ICE ERO is the sub-component of DHS responsible for, among other things, executing final order of removal, including final orders of expedited removal issued pursuant to 8 U.S.C. § 1225(b).

2. As DAD, I supervise operations for Field Offices in the eastern United States, providing guidance and coordination in support of ERO's enforcement and removal efforts conducted by its Field Offices. My duties and responsibilities include oversight and management of ERO enforcement, detention, and removal operations for Field Offices in the eastern half of the United States, including application of governing laws, regulations, policies, and procedures.

3. By way of background, ERO's Headquarters Field Operations consists of three divisions, Domestic Operations, Special Operations, and Law Enforcement Systems and Analysis, all of which provide guidance, implement and inform policy and procedures, and facilitate enhanced coordination between Headquarters and 24 Field Offices across the country. In addition to my above responsibilities, in my current position I also advise the AD for Field Operations and represent the AD in advising the ERO Executive Associate Director (EAD) and Deputy EAD on all aspects of assigned executive responsibilities, including overseeing, advocating, and implementing ERO law enforcement operations in accordance with applicable laws, regulations, and policies. I assist in the development, oversight, coordination, and implementation of policies and procedures, ensuring that ERO staff is kept informed of changes in laws, regulations, policies and procedures. I also provide advice on conditions or situations which would have a bearing on operations and administration in Field Office areas of responsibility.

4. I have been continuously employed in various capacities with ICE and the former Immigration and Naturalization Service since I was hired as an Immigration Inspector in June 1998. After serving several years as an Immigration Inspector, and later as a Deportation Officer, in 2006, I was selected to be an ICE Instructor-Trainer with the Office of Firearms and Tactical Programs (OFTP) Tactical Operations Branch in Fort Benning, GA. In 2009, I transferred to Washington, D.C. where I held various leadership positions within ERO – including Acting Unit Chief for the Operations Coordination Unit, Acting Deputy Assistant Director for the Response Coordination Division, Acting Deputy Chief of Staff for the ICE Deputy Assistant Secretary for Operations, Acting Deputy Field Office Director, and Acting Deputy Assistant Director for the Repatriation Management Division. In August 2010, I was selected to be the Deputy Director for OFTP, and served in that capacity until 2015. From July 2015 to August 2016, I served as Acting Field Office Director for ERO's Atlanta Field Office, overseeing all ERO operations and responsibilities within the states of Georgia, North Carolina, and South Carolina. From August 2016 until entering on duty in my current position in January 2018, I served as the Field Office Director for the Boston Field Office, overseeing all ERO operations and responsibilities within the six New England states.

5. This declaration is based upon my personal knowledge, information obtained from other individuals employed by ICE, and information obtained from DHS records.

6. At approximately 9:40am EDT on August 8, 2018, I received an email from Acting Deputy EAD Corey Price informing me that he had agreed to stay the

removal of Carmen and her minor daughter, J.A.C.F,[1] collectively referred to as a singular "Carmen" for purposes of this declaration. San Antonio Field Office Director Daniel Bible was also included in the address list on the email. I understood that this stay would be in place through at least midnight on Thursday, August 9, 2018. It was my understanding that the agreement to temporarily stay Carmen's removal was because of this pending litigation.

7. At approximately 11:53am EDT on August 9, 2018, I received an email from Acting Deputy EAD Price inquiring whether Carmen had been removed from the United States, and to make all necessary inquiries immediately. I have been informed that this request was initiated after Plaintiffs alleged during a hearing in this case in federal court that Carmen may have been removed or was about to be removed from the United States. I directed HQ Domestic Operations Unit Chief Nikita Baker to investigate and provide this information immediately.

8. I interpreted initial reporting to indicate that Carmen had not been removed, but rather was traveling by air to a staging location in the United States to be removed, and that she would be brought back. I notified Deputy EAD Price of this at approximately 12:26pm EDT. At approximately 12:54pm EDT, after receiving clarification from ICE Air Operations and the San Antonio Field Office, I reported to Deputy EAD Price that Carmen was on a removal flight to El Salvador, that ICE Air Operations had already been contacted, and that Carmen would stay on the aircraft to be immediately returned to the United States and transported back to the South Texas Family Residential Center (STFRC) in Dilley, Texas.

---

[1] For purposes of this declaration, and to safeguard Plaintiffs' privacy, they are identified using the pseudonyms they provided in their court filings. Internal ICE communications clearly identified Plaintiffs by name and A-Number.

9. At approximately 2:18pm EDT, an attorney with the ICE Office of the Principal Legal Advisor notified me that a federal judge had issued an order that Carmen be immediately returned to the United States and that notice of the order was to be conveyed to appropriate personnel.

10. At approximately 2:32pm EDT, I forwarded this communication to appropriate individuals in ICE Air Operations and the San Antonio Field Office, including Field Office Director Daniel Bible. By that time actions had already been taken to ensure that Carmen was immediately returned to the United States. I requested that ICE Air Operations and ERO San Antonio Field Office provide me with information regarding the flight on which Carmen would be returning to the United States, its departure and arrival times, the arrival location, and when Carmen was anticipated to return to Dilley.

11. At approximately 2:45pm EDT, I was informed that the ICE Air Operations charter plane was on the ground in El Salvador, that it would be departing for the return flight to the United States in approximately 25 minutes with Carmen on board, and that the flight was scheduled to arrive in Houston at 5:20pm CDT. At that time, I understood that the estimated time it would take to drive from the airport in Houston to the STFRC would be approximately 4 hours.

12. At approximately 3:22pm EDT, I was informed that the charter flight had departed El Salvador and that the estimated time of arrival had changed from 5:20pm CDT to 5:00pm CDT (6:00PM EDT).

13. At approximately 3:52pm EDT, I requested that ERO San Antonio and ICE Air Operations provide me with hourly status updates, starting at 4:00pm EDT. I received all hourly updates as requested, even if they are not specifically mentioned in this declaration.

14. At approximately 5:13pm, I notified ERO San Antonio and ERO Buffalo via email that a stay had been granted for the eight named Plaintiffs in this action who remain in the United States and who are detained in their areas of responsibility, including Carmen. I requested that they ensure that data indices properly reflected the stay and that the individuals are not to be removed unless specifically instructed to do so by the AD for Field Operations, the Deputy EAD or the EAD.

15. At approximately 5:15pm EDT, I received email confirmation that Buffalo Field Office Director Thomas Feeley had received my email. I also spoke with Mr. Feeley by telephone to confirm receipt and understanding. He clearly indicated that he had received my request and that he would ensure all appropriate personnel would be notified.

16. At approximately 5:48pm EDT, I received email confirmation that San Antonio Field Office Director Daniel Bible received my email. I also spoke with Mr. Bible by telephone to confirm receipt and understanding. He clearly indicated that he had received my request and that he would ensure all appropriate personnel would be notified.

17. At approximately 6:02pm EDT, I was informed that the flight had landed in Houston, and that Houston Field Office personnel were present to receive Carmen, pending arrival of officers from the San Antonio Field Office who would transport her back to STFRC.

18. At approximately 7:58pm EDT, I was informed that personnel from ERO San Antonio and Carmen had departed in route to STFRC at approximately 6:45 CDT (7:45 EDT).

19. At approximately 1:21am EDT, I was informed that Carmen had arrived back at the STFRC.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August 2018, in Washington, D.C.

*/s/ C.T. Cronen*

Christopher M. Cronen
Deputy Assistant Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement