UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.* | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 1:18-cv-01853-EGS |
| JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States, *et al.*, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

    My name is Robert T. Law. I am employed with the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS), Office of Policy and Strategy, as a Senior Advisor. I am responsible for advising the chief of Policy and Strategy and supervising the development and promulgation of USCIS policies.

    I held this position on July 11, 2018, when USCIS issued the Policy Memorandum entitled "Guidance for Processing Reasonable Fear, Credible Fear, Asylum, and Refugee Claims in Accordance with *Matter of A-B-*." I certify that the index enclosed herewith lists all documents that constitute the administrative record underlying the agency's July 11, 2018 *Matter of A-B-* policy memorandum.

    Executed this 17th day of August, 2018, in Washington, D.C.

                                                             Robert T. Law
                                                             Senior Advisor, Office of Policy and Strategy
                                                             U.S. Citizenship and Immigration Services
                                                             U.S. Department of Homeland Security

# LIST OF CONTENTS OF ADMINISTRATIVE RECORD

1. U.S. Citizenship and Immigration Services, Policy Memorandum, Guidance for Processing Reasonable Fear, Credible Fear, Asylum, and Refugee Claims in Accordance with *Matter of A-B-* (July 11, 2018), USCIS000001-USCIS000010

2. Email Guidance from John L. Lafferty, Chief, Asylum Division, U.S. Citizenship and Immigration Services to Asylum Division personnel (June 13, 2018) USCIS000011 - USCIS000014

3. *Matter of A-B-*, 27 I&N Dec. 316 (A.G. 2018), USCIS000015 - USCIS000034

4. Section 101(a)(42) of the Immigration and Nationality Act (INA) (8 U.S.C. § 1101(a)(42)), USCIS000035

5. Section 207 of the INA (8 U.S.C. § 1157), USCIS000036 - USCIS000046

6. Section 208 of the INA (8 U.S.C. § 1158), USCIS000047 - USCIS000051

7. Sections 212(a)(6) and 212(a)(7) of the INA (8 U.S.C. §§ 1182(a)(6) and (a)(7)), USCIS000052 - USCIS000103

8. Section 235 of INA (8 U.S.C. § 1225), USCIS000104 - USCIS000108

9. Section 238(b) of INA (8 U.S.C. § 1228(b)), USCIS000109 - USCIS000113

10. Section 241 of INA (8 U.S.C. § 1231), USCIS000114 - USCIS000121

11. Section 451 of the Homeland Security Act of 2002 (6 U.S.C. § 271), USCIS000122 - USCIS000124

12. Title 8 Code of Federal Regulations (8 C.F.R.) Part 207, USCIS000125 - USCIS000128

13. 8 C.F.R. Part 208, USCIS000129 - USCIS000159

14. 8 C.F.R. Part 235, USCIS000160 - USCIS000185

15. *Konan v. Att'y Gen. of the U.S.*, 432 F.3d 497 (3d Cir. 2005), USCIS000186 - USCIS000194

16. *Reyes v. Lynch*, 842 F.3d 1125 (9th Cir. 2016), *cert. denied*, 138 S. Ct. 736 (2018), USCIS000195 - USCIS000210

17. *Rreshpja v. Gonzales*, 420 F.3d 551 (6th Cir. 2005), USCIS000211 - USCIS000218

18. *Vente v. Gonzales*, 415 F.3d 296 (3d Cir. 2005), USCIS000219 - USCIS000226

19. *Matter of Acosta*, 19 I&N Dec. 211 (BIA 1985), *modified on other grounds by Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987), USCIS000227 - USCIS000243

20. *Matter of A-R-C-G-*, 26 I&N Dec. 388 (BIA 2014), *overruled by Matter of A-B-*, 27 I&N Dec. 316 (A.G. 2018), USCIS000244 - USCIS000249

21. *Matter of E-A-G-*, 24 I&N Dec. 591 (BIA 2008), USCIS000250 - USCIS000255

22. *Matter of E-L-H-*, 23 I&N Dec. 814 (BIA 2005) (en banc), USCIS000256 - USCIS000266

23. *Matter of Fajardo Espinoza*, 26 I&N Dec. 603 (BIA 2015), USCIS000267 - USCIS000270

24. *Matter of Gonzalez*, 16 I&N Dec. 134 (BIA 1977), USCIS000271 - USCIS000273

25. *Matter of J-Y-C*, 24 I&N Dec. 260 (BIA 2007), USCIS000274 - USCIS000278

26. *Matter of Kasinga*, 21 I&N Dec. 357 (BIA 1996) (en banc), USCIS000279 - USCIS000294

27. *Matter of M-E-V-G-*, 26 I&N Dec. 227 (BIA 2014), USCIS000295 - USCIS000311

28. *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987), USCIS000312 - USCIS000318

29. *Matter of Pula*, 19 I&N Dec. 467 (BIA 1987), USCIS000319 - USCIS000325

30. *Matter of Villalta*, 20 I&N Dec. 142 (BIA 1990), USCIS000326 - USCIS000330

31. *Matter of Waldei*, 19 I&N Dec. 189 (BIA 1984), USCIS000331 - USCIS000334

32. *Matter of W-G-R-*, 26 I&N Dec. 208 (BIA 2014), *aff'd in relevant part and vacated in part on other grounds by Reyes v. Lynch*, 842 F.3d 1125 (9th Cir. 2016), USCIS000335 - USCIS000346