# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GRACE, et al.,

    Plaintiffs,

v.

JEFFERSON B. SESSIONS III,
Attorney General of the
United States et al.,

    Defendants.

Case No. 1:18-cv-01853

Hon. Emmet G. Sullivan

## CERTIFICATION OF INDEX TO THE RECORD OF PROCEEDING

I, Donna Carr, Chief Clerk for the Board of Immigration Appeals, Executive Office for Immigration Review (EOIR), U.S. Department of Justice, hereby certify that the documents indexed in the appended document constitute the Record of Proceeding received by EOIR from the Office of the Attorney General following the issuance of *Matter of A-B-*, 27 I&N Dec. 316 (A.G. 2018), remanding that case to EOIR for further proceedings. The record also includes the briefs and motions filed with the Attorney General by the parties and amicus curaie and the Attorney General's decisions, copies of which I inserted into the Record of Proceeding after it was received from the Office of the Attorney General.

Executed this 17th day of August, 2018 in Falls Church, Virginia.

_Donna Carr_
Donna Carr
Chief Clerk,
Board of Immigration Appeals
Executive Office for Immigration Review
U.S. Department of Justice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GRACE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-01853-EGS |
| | ) | |
| JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFIED INDEX TO RECORD OF PROCEEDINGS
FOR *MATTER OF A-B-*, 27 I. & N. Dec. 316 (A.G. 2018)**

**DOCUMENT**      **PAGE**

PART A: RECORD OF PROCEEDINGS

1. Notice of Entry of Appearance as Attorney or Representative.....................................0001
2. Cover letter for and first page of Matter of A-B-, 27 I. & N. Dec. 227 (A.G. 2018) ....0003
3. Notice of Entry of Appearance as Attorney or Representative.....................................0005
4. Order of Administrative Return/Certification to the Board, dated August 18, 2017.....0008
5. Notice of August 18, 2017 hearing................................................................................0018
6. Order to Recalendar, dated June 5, 2017 ......................................................................0020
7. Motion to Recalendar for a Master Hearing, filed May 12, 2017..................................0021
8. Board decision, dated December 8, 2016 .....................................................................0026
9. Communication relating to the "asylum clock"............................................................0032
10. Notice – Briefing Extension Request Granted, dated January 29, 2016........................0036
11. Motion for Summary Affirmance by the DHS, filed March 14, 2016 ..........................0038
12. Brief in Support of Appeal for A-B-, filed February 25, 2016......................................0044
13. Notice – Briefing Extension Request Granted, dated January 29, 2016........................0063
14. Request for Briefing Extension by A- B-, dated January 19, 2016 ...............................0065
15. Notice – Briefing Schedule, dated January 14, 2016.....................................................0069
16. Filing Receipt for Appeal, dated December 22, 2015 ...................................................0071

17. Notice of Appeal to the Board of Immigration Appeals, filed December 21, 2015 ......0072
18. Summary Order of the Immigration Judge, dated December 1, 2015 ..........................0079
19. Written Decision of the Immigration Judge, dated December 1, 2015 ........................0081
20. Transcript of September 18, 2014 hearing ...................................................................0097
21. Transcript of September 24, 2014 hearing ...................................................................0107
22. Transcript of October 22, 2014 hearing .......................................................................0113
23. Transcript of December 15, 2014 hearing ...................................................................0123
24. Transcript of March 30, 2015 hearing .........................................................................0126
25. Transcript of September 1, 2015 hearing .....................................................................0130
26. Transcript of December 1, 2015 hearing .....................................................................0169
27. Alien's Change of Address Form, filed October 22, 2015 ...........................................0175
28. Notice of December 1, 2015 hearing ...........................................................................0176
29. Exhibit 3 – Witness List and Documents from A-B-, filed August 4, 2015 ................0178
30. Notice of September 1, 2015 hearing ...........................................................................0284
31. Notice of Privilege of Counsel and Consequences of Knowingly Filing a Frivolous Application for Asylum, dated March 30, 2015 ..........................................................0286
32. Exhibit 2 – Application for Asylum and Withholding of Removal by A- B-, filed March 30, 2015 ...................................................................................................0287
33. Notice of March 30, 2015 hearing ...............................................................................0304
34. Notice of December 15, 2014 hearing .........................................................................0306
35. Notice of October 22, 2014 hearing .............................................................................0308
36. Order of the Immigration Judge granting venue change, dated September 24, 2014 ....0309
37. Notice to EOIR: Alien Address, dated September 23, 2014 ........................................0310
38. Alien's Change of Address Form, dated September 24, 2014 .....................................0311
39. Notice of September 24, 2014 hearing .........................................................................0313
40. Record of Sworn Statement, dated July 10, 2014 ........................................................0315
41. Jurat for Record of Sworn Statement in Proceedings, dated July 10, 2014 .................0318
42. Notice of September 18, 2014 hearing .........................................................................0319
43. Exhibit 1 – Notice to Appear, dated August 19, 2014 .................................................0320
44. Free Legal Service Providers List ................................................................................0322
45. Record of Determination/Credible Fear Worksheet ....................................................0323
46. Credible Fear Determination Checklist .......................................................................0328

PART B: PRE-BRIEFING DOCUMENTS

    47. Request for Extension of Briefing Deadline by A-B-..................................................0340

    48. Motion on Certification to the Attorney General from the DHS .................................0346

    49. Response to the DHS's Motion on Certification by A-B- ............................................0354

    50. Order of Attorney General, *Matter of A-B-*, 27 I. & N. Dec. 247 (A.G. 2018) .............0359

PART C: PARTIES' BRIEFS

    51. Opening Brief from the Department of Homeland Security.........................................0368

    52. Opening Brief from A- B-..............................................................................................0410

    53. Appendix to A- B-'s Opening Brief................................................................................0478

    54. Reply Brief from the Department of Homeland Security .............................................1309

    55. Reply Brief from A- B-;..................................................................................................1312

PART D: AMICUS BRIEFS

    56. Brief filed by the American Bar Association.................................................................1350

    57. Brief filed by the Catholic Legal Immigration Network, Benedictine Sisters of the Federation of St. Scholastica, Conference of Benedictine Prioresses, Conference of Major Superiors of Men, HIAS, Lutheran Immigration and Refugee Service, National Counsel of Jewish Women, National Justice for Our Neighbors, Unitarian Universalist Service Committee, United Methodist Immigration Task Force, and World Relief; ..................................................................................................................1379

    58. Brief filed by David B. Gardner .....................................................................................1416

    59. Brief filed by Sixteen Former Immigration Judges and Members of the Board of Immigration Appeals .....................................................................................................1429

    60. Brief filed by George Washington University Immigration Clinic ...............................1457

    61. Brief filed by the Harvard Immigration and Refugee Clinical Program, the American Immigration Lawyers Association, Human Rights First, and Kids in Need of Defense.................................................................................................................1477

    62. Brief filed by Gonzalez Olivieri, LLC, Immigration Counseling Center, Inc., and Fiel Houston, Inc................................................................................................................1509

    63. Brief filed by Immigration Law Professors ...................................................................1520

    64. Brief filed by the Immigration Law Reform Institute....................................................1568

    65. Brief filed by Innovation Law Lab ................................................................................1586

    66. Brief filed by the National Immigration Justice Center................................................1632

    67. Brief filed by Tahirih Justice Center, the Asian Pacific Institute on Gender-Based Violence, ASISTA Immigration Assistance, and Casa de Esperanza ................1670