**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRACE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01853-EGS |
| ) | |
| JEFFERSON BEAUREGARD ) | |
| SESSIONS III, in his official ) | |
| capacity as Attorney General of ) | |
| the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO REVISE SCHEDULE

The parties respectfully move this Court to reconsider its scheduling order issued August 29, 2018. Defendants have conferred with Plaintiffs, and the parties submit this motion jointly:

The Court entered a briefing schedule as follows:

- **September 12**: Defendants' opening brief is due.

- **September 19**: Motions for leave to file amicus briefs in support of Defendants are due.

- **September 26**: Plaintiffs opposition and cross-motion is due.

- **October 3**: Defendants' opposition and reply and any motion for leave to file amicus briefs in support of Plaintiffs are due.

- **October 10**: Plaintiffs' reply is due.

Under this schedule, Plaintiffs will have one week to review any amicus briefs filed in support of Defendants and incorporate any relevant response into their response and cross-motion. Defendants, however, do not have an opportunity to response to any amicus briefs filed in support of Plaintiffs, as they are due on the same day as Defendants second brief is due.

1

Accordingly, the parties respectfully request that the Court revise the schedule to allow Defendants to have a similar amount of time to respond to any amicus briefs as Plaintiffs. In order to not slow down briefing, the parties propose that the schedule for any proposed amicus briefs be revised in two minor ways, as follows:

- **<u>September 12</u>**: Defendants' opening brief is due.

- **<u>September 21</u>**: Motions for leave to file amicus briefs in support of Defendants are due.

- **<u>September 26</u>**: Plaintiffs' opposition and cross-motion is due.

- **<u>September 28</u>**: Motions for leave to file amicus briefs in support of Plaintiffs are due.

- **<u>October 3</u>**: Defendants' opposition and reply is due.

- **<u>October 10</u>**: Plaintiffs' reply is due.

The parties also respectfully propose that the Court permit prospective amici to file their briefs either upon motion for leave of the Court or upon consent of all parties. *Cf*. Fed. R. App. Proc. 29(a)(2).

Dated: August 29, 2018                     Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General

                                          WILLIAM C. PEACHEY
                                          Director

                               By: */s/ Erez Reuveni*
                                          EREZ REUVENI
                                          Assistant Director
                                          United States Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Phone: (202) 307-4293
                                          Email: erez.r.reuveni@usdoj.gov

                                          JOSEPH A. DARROW

CHRISTINA GREER
JOSHUA S. PRESS
Trial Attorneys

*Attorneys for Defendants*

By: */s/ Jennifer Chang Newell*
Jennifer Chang Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774
Email: jnewell@aclu.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the appellate CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division