UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRACE, *et al.*,<br><br>           *Plaintiffs*,<br><br>     v.<br><br>JEFFERSON B. SESSIONS, III, Attorney General of the United States, *et al.*,<br><br>           *Defendants*. | No. 1:18-cv-01853 (EGS) |

### ORDER

Upon consideration of Plaintiffs' Consent Motion for an Order Under Rule 5.2(c) and to Seal Documents Containing Confidential Information, and for good cause shown, it is hereby

(1) **ORDERED** that Plaintiffs' Complaint [ECF No. 3], Motion for a Preliminary Injunction and Memorandum in Support [ECF Nos. 10, 10-1], Motion for an Emergency Stay and Memorandum in Support [ECF Nos. 11, 14-1], and Proposed Preliminary Injunction Order [ECF No. 10-8] shall be **SEALED**; and it is

(2) **FURTHER ORDERED** that subsequent to such sealing, the Clerk of the court is **DIRECTED** to lift the restriction as to the following documents: notice of appearances and motions for leave to appear pro hac vice [ECF Nos. 5, 6, 7, 8, 9, 13, 15, 17, 18, 24, 26, 30, 31, 32, 34, 35, 36, 37, 38]; status reports and transcripts of proceedings [ECF Nos. 23, 25, 27, 29, 33, 40]; and parties' filings which do not include confidential information that could

reveal Plaintiffs' identities or place them at risk of harm [ECF Nos. 1, 14, 16, 19, 28, 39, 41, 42, 44]. All previous documents filed under seal shall remain sealed [ECF Nos. 4; 12, Exs. 1-9; 43]; and it is

(3) **FURTHER ORDERED** that Plaintiffs shall file on the public record appropriately redacted copies of the documents identified in paragraph (1) above that remove potentially harmful or identifying information as indicated in Plaintiffs' Motion. Should the confidential information redacted from the documents identified in paragraph (1) be included in any future pleadings, the document shall be filed under seal, with an appropriately redacted copy filed on the public record; and it is

(4) **FURTHER ORDERED** that any document containing Plaintiffs' confidential information that could reveal their identities or place them at risk of harm, including the names, ages, and birthdates of Plaintiffs and their family members, the names of abusers or alleged persecutors, the names of cities and other locations, and the distinctive details of Plaintiffs' asylum claims, and immigration documents containing biographical data and/or confidential information about Plaintiffs' asylum claims, shall be filed under seal pursuant to Local Civil Rule 5.1(h). Where confidential information described in this paragraph, whether from Plaintiffs' declarations and immigration documents or from other sources, must be incorporated into pleadings, those pleadings

shall be filed under seal pursuant to Local Civil Rule 5.1(h), with appropriately redacted copies filed on the public record; and it is

(5) **FURTHER ORDERED** subsequent to the date of this Order, the Clerk of Court is **DIRECTED** to lift the restrictions from documents filed in this case except for filings for which either party moves to file under seal.

**SO ORDERED**
**Signed: Emmet G. Sullivan**
**United States District**
**September 10, 2018**