# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| GRACE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS, III, Attorney General of the United States, et al., <br><br> *Defendants*. | Civil Action No. 1:18-cv-01853-(EGS) |

## PLAINTIFFS' MOTION FOR AN EMERGENCY STAY OF REMOVAL

Plaintiffs Grace*,[1] Mina*, Gina*, Mona*, Maria*, Carmen* and her minor daughter, J.A.C.F., and Gio* hereby move for an emergency stay of their removal from the United States, pending the resolution of Plaintiffs' preliminary injunction motion, filed this same day.[2] Plaintiffs are seeking emergency relief because Plaintiffs Carmen and J.A.C.F. <u>are subject to imminent removal as soon as 11.59p on Thursday, August 9, 2018.</u>  In addition, Plaintiffs Grace, Mina, Gina, Mona, Maria, and Gio could be removed from the United States before Plaintiffs' preliminary injunction is resolved by this Court.

As further explained in the accompanying Memorandum, Plaintiffs are asylum seekers who fear imminent death or other grave harm should they be removed to their home countries in Central America.  Defendants' new policies unlawfully deprive Plaintiffs of a meaningful opportunity to apply for asylum by imposing a heightened credible fear standard in violation of their rights under the Immigration and Nationality Act, the Refugee Act, the Administrative

---

[1] Plaintiffs proceeding under pseudonyms are marked with an asterisk.

[2] ███████████████████████████████████████████████████

1

Procedure Act, and the separation of powers.  An emergency stay of removal is warranted to prevent severe and irreparable harm to Plaintiffs.  Defendants will not be injured if a temporary stay of removal issues, and the public interest favors the issuance of a stay.

Plaintiffs filed a Complaint on August 7, 2018.  This application is based on that pleading as well as a Memorandum, declarations, and exhibits, pleadings, and such oral arguments and evidence as may be presented at a hearing on the motion. A proposed order is attached for the Court's convenience.

STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), on August 7 and 8, 2018, Plaintiffs' counsel conferred with Defendants' counsel by email and phone to determine if Defendants would consent to the relief requested in this motion.  Defendants informed Plaintiffs that they oppose the relief requested in this motion.

Dated: August 8, 2018                                               Respectfully submitted,

                                                                             /s/ Scott Michelman

Jennifer Chang Newell**  
Katrina Eiland**  
Cody Wofsy**  
American Civil Liberties Union Foundation  
Immigrants' Rights Project  
39 Drumm Street  
San Francisco, CA 94111  
(415) 343-0774  

Judy Rabinovitz**  
Omar C. Jadwat**  
Lee Gelernt**  
Celso J. Perez*** (D.C. Bar No. 1034959)  
American Civil Liberties Union Foundation,  
Immigrants' Rights Project  
125 Broad Street, 18th Floor  
New York, NY 10004  

Scott Michelman (D.C. Bar No. 1006945)  
Arthur B. Spitzer (D.C. Bar No. 235960)  
American Civil Liberties Union Foundation  
  of the District of Columbia  
915 15th Street NW, Second Floor  
Washington, D.C. 20005  
(202) 457-0800  

Eunice Lee**  
Karen Musalo**  
Anne Dutton**  
Center for Gender & Refugee Studies  
200 McAllister St.  
San Francisco, CA 94102  
(415) 565-4877  

Thomas Buser-Clancy

(212) 549-2600

Sandra S. Park**
Lenora M. Lapidus
American Civil Liberties Union Foundation,
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7871

Andre Segura
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

*Attorneys for Plaintiffs*

***Pro hac vice application forthcoming*
****Admission to D.D.C. forthcoming*

## CERTIFICATE OF SERVICE

      I certify that, on August 8, 2018, I caused the attached motion, proposed order, and supporting exhibits to be sent by FedEx to the U.S. Attorney's Office for the District of Columbia at:

U.S. Attorney for the District of Columbia

555 4th St NW

Washington D.C. 20530

      Attorney Joshua Press of the U.S. Department of Justice indicated via email to my co-counsel that this was the attorney for all defendants.

Date: August 8, 2018

          */s/ Scott Michelman*
Scott Michelman