**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRACE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) No. 1:18-cv-01853 (EGS) ) ) ) ) ) |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Grace*; Mina*; Gina*; Mona*; Maria*; Carmen* and her minor daughter, J.A.C.F. (by and through her mother); Gio*; Nora* and her minor son, A.B.A. (by and through his mother); and Cindy Ardon Mejia and her minor daughter, A.P.A. (by and through her mother), respectfully move this Court for summary judgment on all counts raised in Plaintiffs' complaint. Additionally, Plaintiffs oppose Defendants' motion for summary judgment. As further explained in the accompanying memorandum, Defendants' new policies unlawfully deprive Plaintiffs of a meaningful opportunity to apply for asylum by imposing a heightened credible fear standard in violation of their rights under the Immigration and Nationality Act, the Refugee Act, the Administrative Procedure Act, the Due Process Clause, and Article III's Separation of Powers principle. This motion is based on the accompanying memorandum, declarations, and exhibits; Plaintiffs' preliminary injunction motion and memorandum, and declarations and exhibits filed in support; additional pleadings filed in this action; and such oral arguments and evidence as may be presented at a hearing on the

motion. Plaintiffs are therefore entitled to prevail on all their claims, and are entitled to relief on all claims as a matter of law. A proposed order is attached for the Court's convenience.

Dated: September 26, 2018                                                  Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Jennifer Chang Newell |
| Eunice Lee** | Jennifer Chang Newell** |
| Karen Musalo** | Katrina Eiland** |
| Anne Dutton** | Cody Wofsy** |
| Center for Gender & Refugee Studies | American Civil Liberties Union Foundation, |
| 200 McAllister St. | Immigrants' Rights Project |
| San Francisco, CA 94102 | 39 Drumm Street |
| (415) 565-4877 | San Francisco, CA 94111 |
|  | (415) 343-0774 |
| Scott Michelman (D.C. Bar No. 1006945) |  |
| Arthur B. Spitzer (D.C. Bar No. 235960) | Judy Rabinovitz** |
| American Civil Liberties Union Foundation | Omar C. Jadwat** |
|     of the District of Columbia | Lee Gelernt |
| 915 15th Street NW, Second Floor | Celso J. Perez*** (D.C. Bar No. 1034959) |
| Washington, D.C. 20005 | American Civil Liberties Union Foundation, |
| (202) 457-0800 | Immigrants' Rights Project |
|  | 125 Broad Street, 18th Floor |
| Thomas Buser-Clancy** | New York, NY 10004 |
| Andre Segura** | (212) 549-2660 |
| ACLU Foundation of Texas |  |
| P.O. Box 8306 | Sandra S. Park** |
| Houston, TX 77288 | Lenora M. Lapidus |
| (713) 942-8146 | Emma Roth** |
|  | American Civil Liberties Union Foundation, |
|  | Women's Rights Project |
| *Attorneys for Plaintiffs* | 125 Broad Street, 18th Floor |
|  | New York, NY 10004 |
| **Admitted pro hac vice* | (212) 519-7871 |
| ***Admission to D.D.C. pending* |  |