**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRACE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JEFFERSON B. SESSIONS, III, Attorney General of the United States, *et al.*, | ) No. 1:18-cv-01853 (EGS) |
| | ) |
| *Defendants*. | ) |

**SECOND DECLARATION OF SARAH MUJAHID**

I, Sarah Mujahid, declare as follows:

I make the statements in this Declaration based on my own personal knowledge, and if called to testify I could and would do so competently as follows:

1. I am over eighteen years of age and am competent to make this Declaration.

2. I am a paralegal with the American Civil Liberties Union Foundation Immigrants' Rights Project. I work with the attorneys representing Plaintiffs in the instant case.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Memorandum from Phyllis Coven INS Office of International Affairs to all INS Asylum Officers and HQASM Coordinators, Considerations for Asylum Officers Adjudicating Asylum Claims for Women (May 26, 1995), which I downloaded from the following web address: https://www.state.gov/s/l/65633.htm.

4. Attached hereto as Exhibit 2 is a true and correct copy of a DHS, Asylum Officer Basic Training Course entitled "Female Asylum Applications and Gender-Related

1

Claims" (Mar. 12, 2009), which I downloaded from the following web address: https://web.archive.org/web/20170302164911/https://www.uscis.gov/sites/default/files/USCIS/Humanitarian/Refugees%20%26%20Asylum/Asylum/AOBTC%20Lesson%20Plans/Female-Asylum-Applicants-Gender-Related-Claims-31aug10.pdf.

5. Attached hereto as Exhibit 3 is a true and correct copy of the DHS Brief from *Matter of R-A-* (Feb. 19, 2004), which I downloaded from the following web address: https://cgrs.uchastings.edu/sites/default/files/Matter%20of%20R-A-%20DHS%20brief.pdf.

6. Attached hereto as Exhibit 4 is a true and correct copy of a transcript of Attorney General Jefferson Beauregard Sessions III, Remarks to the Executive Office for Immigration Review, Falls Church, VA (Oct. 12, 2017), which I downloaded from the following web address: https://www.justice.gov/opa/speech/attorney-general-jeff-sessions-delivers-remarks-executive-office-immigration-review.

7. Attached hereto as Exhibit 5 is a true and correct copy of a transcript of Attorney General Jefferson Beauregard Sessions III, Remarks to the Executive Office for Immigration Review Legal Training Program, Washington, D.C. (June 11, 2018), which I downloaded from the following web address: https://www.justice.gov/opa/speech/attorney-general-sessions-delivers-remarks-executive-office-immigration-review-legal.

8. Attached hereto as Exhibit 6 is a true and correct copy of Attorney General Jefferson Beauregard Sessions III, Remarks to the Largest Class of Immigration Judges in History for the Executive Office for Immigration Review, Falls Church, VA (Sept. 10, 2018), which I downloaded from the following web address:

https://www.justice.gov/opa/speech/attorney-general-sessions-delivers-remarks-largest-class-immigration-judges-history.

9. Attached hereto as Exhibit 7 is a true and correct copy of Secretary Kirstjen M. Nielsen, Department of Homeland Security, Testimony at Hearing Before the Senate Committee on Judiciary (Jan. 16, 2018), which I downloaded from the following web address: https://www.dhs.gov/news/2018/01/16/written-testimony-dhs-secretary-kirstjen-nielsen-senate-committee-judiciary-hearing.

10. Attached hereto as Exhibit 8 is a true and correct copy of Retired Immigration Judges and Former Members of the Board of Immigration Appeals Statement in Response to Attorney General's Decision in *Matter of A-B-* (June 11, 2018), which I downloaded from the following web address: https://www.aila.org/File/DownloadEmbeddedFile/76304.

11. Attached hereto as Exhibit 9 is a true and correct copy of Retired Immigration Judges and Former Members of the Board of Immigration Appeals Statement in Response to Latest Attack on Judicial Independence (July 30, 2018), which I downloaded from the following web address: https://www.aila.org/infonet/retired-ijs-former-bia-mems-attack-on-jud-independ.

12. Attached hereto as Exhibit 10 is a true and correct copy of a United Nations High Commissioner for Refugee's (UNHCR) Guidance Note on Refugee Claims Relation to Victims of Organized Gangs, (Mar. 2010), which I downloaded from the following web address:  http://www.refworld.org/docid/4bb21fa02.html.

13. Attached hereto as Exhibit 11 is a true and correct copy of UNHCR's Eligibility Guidelines for Assessing the International Protection Needs of Asylum-Seekers from

El Salvador (Mar. 2016), which I downloaded from the following web address: http://www.refworld.org/docid/56e706e94.html.

14. Attached hereto as Exhibit 12 is a true and correct copy of UNHCR's Eligibility Guidelines for Assessing the International Protection Needs of Asylum-Seekers from Honduras (July 27, 2016), which I downloaded from the following web address: www.refworld.org/docid/579767434.html.

15. Attached hereto as Exhibit 13 is a true and correct copy of a UNHCR paper entitled America Country of Origin Series: Guatemala Background Paper (Oct. 2013), which I downloaded from the following web address: http://www.unhcr.org/en-us/protection/migration/5953a8994/guatemala-background-paper.html.

16. Attached hereto as Exhibit 14 is a true and correct copy of an article published by the New York Times and written by Liz Robins entitled *In Immigration Courts, It Is Judges vs. Justice Department* (Sept. 7, 2018), which I downloaded from the following web address: https://www.nytimes.com/2018/09/07/nyregion/nyc-immigration-judges-courts.html.

17. Attached hereto as Exhibit 15 is a true and correct copy of an article published by Topic and written by Seth Freed Wessler entitled *When I Say I'm Complicit, This Is What I Mean* (Sept. 2018), which I downloaded from the following web address: https://www.topic.com/when-i-say-i-m-complicit-this-is-what-i-mean.

18. Attached hereto as Exhibit 16 is a true and correct copy of Executive Office of Immigration Review, EOIR Performance Plan: Adjudicative Employees, which I downloaded from the following web address: http://cdn.cnn.com/cnn/2018/images/04/02/immigration-judges-memo.pdf.

19. Attached hereto as Exhibit 17 is a true and correct copy of an article published by NPR and written by Joel Rose entitled *Justice Department Rolls Out Quotas for Immigration Judges* (Apr. 3, 2018), which I downloaded from the following web address: https://www.npr.org/2018/04/03/599158232/justice-department-rolls-out-quotas-for-immigration-judges.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of September, 2018 in San Francisco, California.

_____
Sarah Mujahid