**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRACE, et al., | ) |
| | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON BEAUREGARD SESSIONS, III, | ) No. 1:18-cv-01853 (EGS) |
| Attorney General of the United States, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| | ) |

**JOINT DECLARATION OF SHANNON DRYSDALE WALSH, CECILIA
MENJÍVAR, AND HARRY E. VANDEN (HONDURAS DECLARATION)**

**JOINT DECLARATION OF SHANNON DRYSDALE WALSH, PH.D, CECILIA MENJÍVAR, PH.D., AND HARRY E. VANDEN, PH.D., ON VIOLENCE AGAINST WOMEN IN HONDURAS**

## I.  EXPERIENCE AND COUNTRY EXPERTISE

**A.      Shannon Drysdale Walsh, Ph.D.**

I, Shannon Drysdale Walsh, Ph.D., declare in paragraphs 1 – 5 below to my background and experience as follows:

1.  I hold the position of Associate Professor (Tenured) in the Department of Political Science at the University of Minnesota Duluth. I have been a Visiting Scholar at the University of North Carolina at Chapel Hill (Summer and Fall 2015), a Residential Faculty Research Fellow at the Institute for Advanced Study at the University of Minnesota Twin Cities (Fall 2012), as well as a Visiting Research Fellow at the American Political Science Association Centennial Center (Summer 2012). I have spent over 22 months conducting research in Central America, including periods in Honduras. In Central America as a whole, I have conducted over 250 interviews, including interviews with police officers, individuals who work in the court system, members of Congress, representatives of international organizations, and female victims of domestic violence and their families. I teach courses on Central American Politics, State Response to Violence against Women in Latin America, Comparative Politics, and Women and Politics.

2.  I have written peer-reviewed publications on country responses to violence against women in Central American countries. The majority of my work is focused on Honduras, Guatemala, and El Salvador. In addition to my other works detailed in my attached

1

curriculum vitae (CV), I have written a book manuscript titled "Engendering State Institutions: State Response to Violence against Women in Latin America" that addresses advances and setbacks in police responsiveness to violence against women in Costa Rica, El Salvador, Guatemala, Honduras, and Nicaragua. I have been invited by one of the most well-respected presses in the field of political science, Oxford University Press, to resubmit this manuscript. One chapter of this book recently won the prestigious Helen Safa Paper Award by the Latin American Studies Association in recognition of the quality of this research. In 2017, I published an academic article accepted in the top Latin American studies journal (Latin American Research Review) on the high number and brutal nature of femicides, the killing of women because they are women, in Honduras.[1]

3. I have been awarded several nationally competitive grants and fellowships for my work in this area, including a Fulbright-Hays Doctoral Dissertation Research Abroad Fellowship, a Mellon / American Council of Learned Societies Dissertation Completion Fellowship, support from the National Endowment for the Humanities, and a fellowship from the American Association of University Women. In addition to this, I have been awarded several competitive internal grants and fellowships from both the University of Minnesota and the University of Notre Dame in support of this work.

4. I have presented my work at multiple national and international venues and have been an active scholar in political science since 2003. I generally present my work at conferences or other venues several times per year. Since 2015, I have given 25 presentations, 15 at conferences and 10 that were invited talks at high profile universities and research

---

[1] Cecilia Menjívar and Shannon Drysdale Walsh, *The Architecture of Feminicide: The State, Inequalities, and Everyday Gender Violence in Honduras*, 52 LATIN AM. RESEARCH REV. 221 (2017).

centers. I have presented regularly at the most visible conferences in political science and Latin American studies, including the American Political Science Association, Latin American Studies Association, International Studies Association, and Midwest Political Science Association. I have also accepted invitations to present my work internationally at venues including the University of Melbourne and Monash University in Australia and have presented my work (in Spanish) at two conferences in Guatemala City.

5. My C.V. is attached.

**B.      Cecilia Menjívar, Ph.D.**

I, Cecilia Menjívar, Ph.D., declare in paragraphs 6 - 11 below to my background and experience as follows:

6. I have extensive knowledge relevant to the sociopolitical conditions of Honduras and how they relate to the cases of gender-based violence against women, based on my formal education, fieldwork, decades of academic research and publications, teaching at the university level, professional relations in Honduras, and prior affidavits for asylum applicants from Honduras.

7. Currently (since July 1, 2018), I am a professor of Sociology at UCLA, where I hold the Dorothy L. Meier Chair in Social Equities. Previously, I was Foundation Distinguished Professor of Sociology at the University of Kansas (KU). Prior to my position at KU, I was on the faculty at Arizona State University for 19 years, where I was Cowden Distinguished Professor. At KU I served on the executive board of the Center for Latin American Studies. I was a Senior Fellow at the American Immigration Council's Immigration Policy Center, in 2012-2013. There, I wrote a report on immigrant women as they go through the legalization process and I was a member of the National Academy

of Sciences panel on immigrant integration. In addition, I am in charge of summarizing
the most important sociological research about and from Central America for the Library
of Congress' Handbook on Latin American Studies, published biannually. I teach courses
on research methods, immigration and gender violence.

8. I hold a Ph.D. in Sociology from the University of California (1992), a Master of Arts in
Sociology from the University of California (1986), a Master of Science in International
Education from the University of Southern California (1983) and a Bachelor of Arts in
Psychology and Sociology from the University of Southern California (1981). I was
awarded a 2014 John S. Guggenheim Fellowship and an Andrew Carnegie Fellowship in
2017. I have received several other awards related to my research on violence in the lives
of women in Central America, such as the 2012 Distinguished Scholarship Award from
the Pacific Sociological Association, the 2012 Mira Komarovsky Book Award, and the
2011 Hubert Herring Best Book Award.

9. I recently published an academic article with Shannon Drysdale Walsh in a special issue
of the top Latin American Studies journal, the *Latin American Research Review*, on the
high number and brutal nature of femicides, the killing of women because they are
women, in Honduras.[2] I have also written many other articles on immigrant families,
Honduran immigrant women, gender relations among Central American immigrants, and
violence in the lives of women, as detailed in my attached CV.

10. All my work is focused on the northern countries of Central America or on U.S.-bound
migration from that region. I co-edited a book on women and gender in Latin America
and, most recently, I published a book, *Enduring Violence: Latina Women's Lives in*

---

[2] *See supra* note 1.

*Guatemala*. This work is based on research I conducted in Guatemala, which is very close geographically and socioculturally to Honduras. I also just finished co-editing a book on return migration to Mexico, Honduras, Guatemala and El Salvador. I also assisted with the preparation of a 2015 UNHCR report, *Women on the Run*, which documents, based a survey of 160 women, the country conditions and reasons why women leave Guatemala, El Salvador, Honduras, and Mexico.

11. My C.V. is attached.

## C.    Harry E. Vanden, Ph.D.

I, Harry E. Vanden, Ph.D., declare in paragraphs 12-16 below to my background and experience as follows:

12. I am a Latin American specialist who currently teaches Political Science and Latin American Studies as an Emeritus Professor at the University of South Florida, Tampa. I hold Ph.D. and M.A. degrees in Political Science (Ph.D. minor in Latin American Studies) and a graduate, multidisciplinary Certificate in Latin American Studies. I did one year of undergraduate work at the University of Madrid where I began my disciplined study of Latin America. Later, I was twice a Fulbright Scholar in Latin America and was also a National Endowment of the Humanities grantee for a Seminar on Latin America. I have been president of the South Eastern Council on Latin American Studies and served two terms as the co-chair of the Central American Section of the Latin American Studies Association. I have been doing field research in Central America since 1967, have been on numerous research trips to the region, and have been to Honduras on multiple occasions, most recently in August 2006, August 2008, July 2010, March 2012 and October 2017. I also attended a conference on communicating about armed groups

(including gangs) in San Salvador that was jointly sponsored by the Joint Special

Operations University and the Salvadoran Military in April of 2016, where I was able to

talk to members of the Honduran police and military.

13. My publications on Central America include some 15 book chapters and articles, and two

books.  My most recent relevant books are *Politics of Latin America* (Oxford University

Press, 2018) and *Latin America: An Introduction* (Oxford University Press, 2011), which

discuss gangs in Central America and conditions there. In 2012, I presented a paper on

current conditions in Honduras at a Latin American Studies conference. Sections of

*Politics of Latin America* and *Introduction to Latin America* describe violence, gang

activity and criminal organizations, as well as Latin American family relations,

traditional gender roles, machismo and male dominance, and the traditional subordination

of women in Latin American society.

14. I also organized and chaired a round table on Central American maras (gangs) for the Fall

2007 and Fall 2010 International Congresses of the Latin American Studies Association

(Montreal, and Toronto, Canada) and participated in an organizational meeting of

scholars researching gang activity in the Americas.  In 2011, I co-organized a mini-

conference on Central American gangs at my home university and participated in an

international conference in São Paulo, Brazil, where I presented a paper on gangs and the

counter-governments they represent in Honduras and other Central American countries.

This latter project is part of a multinational research project on non-governed spaces that

resulted in a book that I co-edited on this subject, *U.S. National Security Concerns in*

*Latin America and the Caribbean, the Concept of Ungoverned Spaces and Failed States*,

that was published by Palgrave Macmillan in 2014 and includes my chapter on Central

American gangs. I also published an article on "The Violent Gangs in Central America" and another book chapter on gangs in Central America. Ilene Frank and I have also compiled a bibliography on gangs in Central America that is available online (http://www.box.net/shared/ m267o3f1is). I also consulted with Honduras experts at the International Congresses of the Latin American Studies Association held in June 2016 and May 2018.

15. Relevant experience in the U.S. includes formal and informal advising with a very diverse student population that has included many Hondurans and other Central Americans, as well as Spanish-speaking social work with diverse Latin populations in New York City and Philadelphia. I was also a board member of the Hispanic Service Council in Tampa, and consulted on domestic violence in Latin America for a women's abuse center and Casa Chiapas in Tampa. On more than fifty occasions I have given expert testimony on country conditions, including gangs, domestic violence and spousal/partner abuse in Honduras and other countries in Central America for U.S. Immigration, State and Federal Courts, and in immigration courts in Great Britain and Canada.

16. My C.V. is attached.

## II. CONDITIONS IN HONDURAS

### A. Prevalence of Violence Against Women in Honduras

We, Shannon Drysdale Walsh, Cecilia Menjívar, and Harry E. Vanden, declare jointly as follows below:

17. Violence against women in domestic relationships is a very severe problem in Honduras; it has particularly increased since the 2009 coup. The 2016 State Department Report on

Human Rights in Honduras notes that violence against women and impunity for perpetrators continued to be a serious problem.  The U.S. Department of State has also noted that violent deaths of women increased by 246 percent between 2005 and 2012. In 2013, the Inter-America Commission on Human Rights found femicide to be the second-highest cause of death of women of reproductive age in Honduras. In the first six months of 2013, there were reports of approximately 323 homicides of women and human rights campaigners observe that more than 2,000 women have been killed in the past five years. Amnesty International reported that between January and October 2017, there were 236 violent deaths of women. Importantly, these statistics are reported cases only, which in all likelihood are a significant underestimate of the actual rate, as there is evidence that the Honduran government has been failing to accurately record homicide statistics.

18. The Nobel Women's Initiative report noted that the levels of violence against women in the Northern Tier countries of Central America "have reached crisis dimensions:"

> The delegation found that the incidence of *femicide* (the targeted murder of women), sexual violence, rape, forced disappearance and attacks and arbitrary detention of women and women human rights defenders in Mexico, Honduras and Guatemala have reached crisis dimensions. Women are increasingly the victims of violence that reflects the discrimination they suffer in society, viewing them as objects of manipulation and subjecting them to gender specific forms of violence that are particularly cruel and demeaning. Both governments

and non-state actors are committing crimes against women—and the perpetrators are rarely brought to justice.[3]

19. The Americas Program notes that "[f]rom 2005 to 2013, the number of violent deaths of women rose by 263.4%, which implied 636 women murdered in 2013, or, [on average,] one every 13.8 hours. This is reflected in the dramatic rise in the rate [per 100,000] of violent deaths of Honduran women from 2.7 in 2005 to 14.6 in 2013, which is even greater than the total homicide rates in countries now officially engaged in a war or armed conflict."[4]

20. A report by the Honduran Public Ministry and the University Institute on Democracy, Peace, and Security in Honduras for the period of January to December 2013 indicates that 64 percent of women killed during this period were killed for reasons related to their gender—in other words, *because they are women*.[5]

**B.      Social Reactions to Domestic Violence in Honduras**

21. Harry E. Vanden has noted that:

[P]atriarchy is strong in Latin America and is even manifest in the old Roman term *patria potestas* (powerful patriarch). Frequently found in Latin American constitutions and legal codes, it means that the father is all-

---

[3] NOBEL WOMEN'S INITIATIVE, FROM SURVIVORS TO DEFENDERS: WOMEN CONFRONTING VIOLENCE IN MEXICO, HONDURAS AND GUATEMALA (2012).
[4] FEMINIST ORGANIZATIONS REPORT, STATUS OF VIOLENCE AGAINST WOMEN IN HONDURAS (2014) (submitted to the Special Rapporteur on Violence Against Women, its Causes and Consequences during her visit to Honduras).
[5] HONDURAN PUBLIC MINISTRY AND THE UNIVERSITY INSTITUTE ON DEMOCRACY, PEACE, AND SECURITY (UDPAS), OBSERVATORY OF VIOLENT DEATHS OF WOMEN AND FEMICIDES: RESULTS OF THE ANALYSIS FROM JANUARY–DECEMBER 2013 (2013).

powerful in the family and in family matters . . . Property for the family was most commonly held in the elder male's name (although there have been significant exceptions since colonial times), and women often had to go through fathers or brothers to exercise property-owning rights. Today, fathers and husbands enjoy a great deal of power in the Latin American family. Male prerogative often seems unbounded.[6]

22. Domestic violence in Honduras is rooted in societal understandings about a woman's role in a domestic relationship. Deep-seated sociocultural views assign these women unequal statuses in relationships they cannot escape, granting the male partner impunity to engage in verbal, physical, and sexual violence. In Honduras, women must accept their role in the home. Women are treated as property of their father, until they enter into a domestic relationship, at which point they become the property of their husband or domestic partner. As the property of the husband or male domestic partner, women are expected to have sex whenever the man wants, cook what the man wants, and generally obey the man in the relationship. In Honduras, women are often seen as the property of their male partners even when there is not a formal marriage. Many couples do not marry formally, but instead form common law unions. These unions are so common that they are seen socially as the equivalent of a formal marriage.

23. It is accepted in Honduran society that physical abuse by a male partner is an appropriate response to any failure of a woman to fulfill their proscribed role, or if they otherwise disobey the man in the relationship, as a means of correcting the behavior of a woman. For instance, if a woman does not cook food that her husband finds palatable and he gets

---

[6] H. VANDEN AND G. PREVOST, POLITICS OF LATIN AMERICA 122 (6th ed. 2018).

angry and hits her, this act is widely perceived by society as justified because the woman was not fulfilling expectations in the context of her marriage or domestic relationship. Individuals working in the police and courts also reinforce these justifications.

24. Violence against women is ingrained in the Honduran sociocultural environment. Because society expects and accepts men to be abusive to their domestic partners, women receive little to no support if they attempt to leave their relationships even if they are abusive.  As a result, a cycle of violence persists, because the abusive partner is emboldened by the woman's inability to leave and commits even greater abuse, because he understands that he is entitled to do so.  If a woman does attempt to leave, the woman's family members will often shun or punish her for breaking the cultural norm that she should remain in the domestic relationship and accept her abuse as a "natural" part of the relationship. In her research on Central America, Cecilia Menjívar has come across cases of daughters desperately wanting to return to their parents' home after suffering severe abuse at the hands of their partner, but instead being told that they should go back to the relationship because that is part and parcel of marriage.

25. This normalization is a powerful mechanism sustaining the violent treatment of women in Honduras. Most men and many women in Honduras believe that domestic violence is normal; it is what men do. Family members and neighbors generally do not intervene to protect victims of abuse. Rather, it is more common for them to support the abuser and to think of these instances as normal within the context of domestic relationships. This is because generations of women in Honduras have suffered the same abuse and, as a result, believe this is simply part of a "normal" relationship so their daughters and granddaughters should not expect to live any differently.

26. Women and also children suffer dire consequences if they protest against their role in a domestic relationship or attempt to leave an abusive relationship. It is common for abusive men to seek to punish their women for trying to escape them. Indeed, if women attempt to escape and are caught, the abuse usually escalates because they dared to try to leave. The same is true of reporting the abuse. Such conduct is viewed as a challenge to the man's power, and a violation of the cultural view that these are private matters between a man and woman. The result is often even worse abuse so the man can re-impose his dominance. Even after having been away for some time, society views a man who was once a woman's partner as never having extinguished his right to exercise dominance over her.

27. The same holds true in situations where the man nominally "permits" the woman to leave the relationship, yet continues to view her as "his woman"—his property.  Indeed, Shannon Drysdale Walsh interviewed dozens of women who have experienced this phenomenon and we know other women who have experienced it as well. These situations can turn lethal. For example, in May 2015, Honduran media reported the case of a woman whose ex-husband saw her leaving work with a male co-worker.[7] Assuming this man was her new boyfriend, he shot both of them as well as a pregnant bystander. The ex-wife was injured and the two other victims died in the shooting. In reporting the story, the media did not present it as a public crime, but rather as a private issue with the murderer acting "in a jealous rage." Even the title of the article identifies the victim as "his ex-woman" instead of ex-wife, revealing the widespread normalization of men's sense of ownership over women they consider "theirs" even after the relationship has

---

[7] *Jealous Man Kills Two People and Leaves His Ex-Woman Injured*, Tiempo, May 29, 2015.

ended. In addition, the police classification of this event as a "crime of passion" furthers

the normalization and dismissal of these crimes. This media framing reflects the general

view in Honduran society that violence against women is not only normal, but something

that may be acceptable under certain circumstances, such as when a man is jealous. This

is an example of male sense of entitlement and ownership over "his woman," even after

the relationship is long over. There are many other news accounts reported in this

fashion, two of which are footnoted.[8]

28. In sum, Honduran society recognizes that domestic abuse is frequent and yet abets its

persistent practice. Thus, although domestic violence is outlawed, such activity is

frequently tolerated, and can and does not necessarily elicit negative sanction by

individuals or public authorities.

## C.      Government Responses to Domestic Violence

29. Empirical evidence coupled with the legal framework applicable to domestic violence in

Honduras demonstrates that Honduran society and government are extremely well aware

of, yet broadly unable and unwilling to remedy the normalized and ingrained violence

against women in abusive domestic relationships. Men in Honduras are able to abuse

women and children with impunity, often up to and including killing them. The

Honduran government has passed four laws (1983, 1997, 2006, and 2013) to address

various forms of violence against women, but there have not been the necessary

accompanying attitudinal or institutional changes to address the problem effectively or to

implement existing law. Currently, violence against women and the subjugation of

---

[8] *Honduras: Ends His Girlfriend and Commits Suicide with One Shot*, EL HERALDO, Apr. 16, 2015; *Husband Kills His Woman in Front of Her Two Children*, TIEMPO, May 28, 2015.

women are so deeply seated that governmental efforts, in a vacuum of institutional and

societal changes, are simply cosmetic and have not succeeded in significantly reducing

abuse.

30. The government's efforts to address the problem are inadequate. Local government

offices do not employ nearly enough trained officers or qualified officials to receive

abuse complaints. Police often do not respond to domestic violence calls. Since those in

charge of implementing laws are part of the same sociocultural context that normalizes

abuse against women in relationships, these officials often fail to react to violent acts

because, to them, such violence is simply the way things are in domestic relationships. As

a result, the institutional or governmental resources that are available are ineffective in

protecting women from domestic violence in Honduras.

31. Honduras has shown extraordinary resistance to implementing legal responses to the

increasing rates of violence against women. In 2013, a law was passed in Honduras to

enhance the punishment for femicide, but the lack of utilization of the law and the

continued lack of investigation into the murders of women, particularly in the domestic

violence context, have meant that these crimes are committed with impunity. According

to the Inter-American Commission on Human Rights 2011 annual report, over 96 percent

of femicides go unpunished. This impunity sends a powerful message that women's lives

are expendable and unimportant as institutions fall short in implementing the law on the

books through unresponsiveness in the legal and justice system.

32. The lack of real response to increasingly brutal and widespread murder of women over a

number of years sends a signal to Honduran society that this violence is acceptable,

creating a feedback loop that leads to continuing increases in the brutal murder of

14

women.  This impunity tells women that even when there are laws and some infrastructure in place to address violence in their lives, they will not be heard, so they had better not report. Even more, women put themselves at further risk of violence, by retaliation from a perpetrator or violence by the police themselves, if they report.

33. It is widely considered futile to go to the Honduran police in cases of domestic violence. On the rare occasion that women report domestic violence, police officers often do not place responsibility on the abusers, instead placing responsibility on the women to modify their behavior to avoid the abuse. For example, police have been reported to tell women to go home and be intimate with a male abuser, and that he will forgive her. Police also ignore threats against women and instruct them to stop disobeying husbands in order to avoid abuse. Instead of the police being a reliable state institution for women to turn to in times of need for protection from abuse, they reinforce the gender inequality that makes women vulnerable to abuse. Police reactions and dismissals of the seriousness of violence against women put them at risk for further abuse, and even for being killed, by a domestic partner.  A recent report by the UN High Commissioner for Refugees (UNHCR) quoted women fleeing from violence in Honduras and noted the futility of going to the police:

> In the rare cases where police arrested the perpetrators of abuse, the perpetrators were generally released within a few days. "I reported my husband to the police once," explained a woman from Honduras. "They detained him, but only for 24 hours, and then he was released and was even more angry." Another Honduran woman, whose mother had been abused by the woman's father and later her stepfather, sometimes made official

complaints on her mother's behalf. But it was useless, she says. "They put them in jail for 24 hours and then they are out.[9]

34. In addition, women have good reason to fear the police, as they have become increasingly threatening and dangerous toward women since the 2009 coup in Honduras. For example, women have reported sexual assaults, including police officers groping and beating women's breasts and vaginas, threats of sexual violence, sexist insults, and gang rapes by police and soldiers of women in detention, as well as rapes committed during curfew sweeps.[10] Stories such as these became publicized on Radio Progreso, where women testified to police beatings and humiliation when police would illegally arrest them and fondle them.[11] Police abuses against women are widespread, understood by women as a threat, and prevent women from going to the police for help out of justified fear of the police themselves. These abuses and fears have grown with the increasing militarization of the state since the 2009 coup.

35. Moreover, Honduran women cannot rely on shelters as a means of escaping their abusers, because they are so few and they are critically underfunded. As stated in the United States Department of State 2013 Human Rights report on Honduras, there are only six shelters in the country—three run by the government, and another three run by NGOs. The shelters that do exist have such limited capacity that they are completely ineffective for the vast majority of women who suffer from domestic violence.  Even if a woman is able to get into one of the shelters, the shelters impose limits on the number of days that

---

[9] UNHCR, WOMEN ON THE RUN (2015).
[10] Christine Gervais and Betsy Estevez, *Security Through Solidarity: Honduran Women's Post-Coup Strategies of Support and Survival*, 12 J. OF INT'L WOMEN'S STUD. 1 (2011).
[11] Alicia Reyes, *Resistance with the Scent of a Woman*, ENVIO, Sept. 2009.

women are allowed to stay there—sometimes as few as seven days. To flee an abuser only to be forced to return to him the next week would serve to enrage the abuser further and lead to an escalation of the domestic violence.

36. Violence against women has also intensified in post-coup Honduras in the context of deteriorating rule of law, escalating repression, and amplified gender-based state-led violence that has targeted women. Ten percent of the women interviewed for the UNHCR report reported that the police or other authorities were directly implicated in harming them.[12] Another very troubling issue in post-coup Honduras is that there have been fewer efforts to collect data on reporting on violent acts against women, so the conditions could actually be much worse than the numbers reflect. The 2016/17 Amnesty International Report on Honduras notes that Honduras "continued to lack specific mechanisms for collection and disaggregation of data related to the killings of women."

**D.      Gang Violence Exacerbates These Dynamics**

37. There has been a rapid growth of gang and drug cartel activity and gang-related violence in Honduras in recent years. The police and government have been unwilling to fully employ the resources at their disposal to stop the torture and violence the gangs and other criminal organizations regularly carry out. Violence and gang activity are seen as one of the nation's primary and most dangerous problems, and members of local and the national police force are paid by and cooperate with the gangs and other criminal organizations.  The Mara Salvatrucha (MS-13) and Mara 18 (M-18) are the strongest gangs in the country and have spread from Tegucigalpa and San Pedro Sula, which has the highest concentration of gang activity, to surrounding areas, including small towns

---

[12] *See supra* note 9.

and villages. The MS-13 and M-18 and their affiliates are estimated to have at least 20,000, if not more than 30,000, members in Honduras and are well-armed.

38. There is consensus that the government is unable to control the growth of gangs and other criminal organizations and the spread of such activity, and does not have the political will to radically reduce it.  The political chaos that followed the removal of President Zelaya in June of 2009 and the disputed presidential election later in the year weakened the ability of the government to combat gangs and gang and criminal violence. Since then, the challenge by a new opposition party in the November 2013 and the (highly disputed) November 2017 election has only increased tension and crime in the country.[13]

39. Nor have either the police or judicial authorities been effective in apprehending, charging and prosecuting gang members for specific crimes. There are few police, many are corrupt, and many acquiesce to gang activity and pass information to the gangs. Honduras has the lowest ratio of police to general population in Latin America. Thus, police are unlikely to confront gang members in the neighborhoods that gangs control. When the police do act, imprisoned suspected gang members are left in violent and overcrowded prisons for some period of time.  If they survive, they emerge embittered and even more violent.  Meanwhile, the gang leaders and the most violent and astute members are able to continue in their activities and enjoy impunity, often bribing the police and intimidating or eliminating witnesses to evade prosecution and incarceration.

---

[13] During his first term, President Orlando Hernandez pressured the Supreme Court to change the constitution to allow him to run. He was elected to a second term in the disputed November 2017 election.

40. The gangs have carved out areas where they exercise more control over the population than the government does.  Further, particularly as they increase their cooperation with cartels and other criminal organizations, gangs are becoming increasingly sophisticated institutions and are viewed as de facto governments in the territories that they control. [14]

41. Many criminal activities are often not investigated (or a cursory investigation is performed) and are rarely prosecuted.  If a victim, particularly a woman, were to file a police report of gang-related crimes such as extortion and threats, it is unlikely that the police will do anything protective and knowledge of the complaint quite often is shared with the gang. If there is prosecution, rarely does it lead to a conviction, unless the wronged party has political or economic power and/or high social status.

42. Given the power and reach of the gangs, few citizens opt to oppose these groups where they operate. When an individual does so, he or she faces great risk to his/her life and safety.  For the gangs and other criminals to continue to operate they must be able to enforce their rule and intimidate those who would oppose them.  Given the adolescent macho mentality of most of the gang members, they sincerely believe that in order to maintain gang control, they must punish anyone who does not go along with them, resists them, expresses a political opinion in opposition to them, or who could cause problems because of what they saw or know. They also target family members as a way of extracting revenge and enforcing their brutal control.

---

[14] *See* H. E. Vanden, *Crimen Organizado y Areas No Gobernados en la America Central: Mara Salvatrucha y Barrio 18* [*Organized Crime and Non-Governed Areas in Central America: the Mara Salvatrucha and 18th Street Gang*], *in* TERRITORIALIDADE E ENTRECRUZAMENTOS GEOPOLÍTICOS NA AMÉRICA LATINA (Luis Fernando Ayerbe ed., 2014); H. E. Vanden, *Maras, Contragoverned Spaces and Sovereignty, in* U.S. NATIONAL SECURITY CONCERNS IN LATIN AMERICA AND THE CARIBBEAN: THE CONCEPT OF UNGOVERNED SPACES AND SOVEREIGNTY (Gary Prevost, Harry E. Vanden, Luis Fernando Ayerbe, and Carlos Oliva, eds., 2014).

43. Further, it should be noted that gangs in Honduras and Central America frequently target women, particularly young women, and use rape or sexual assault as a means of control or retaliation against them. The targeting of women for their own actions or for their family membership is a way for these young men and adolescents to assert their manhood (macho) and regain their honor—particularly if they feel they have been challenged, rejected in any way, or confronted.

## III. CONCLUSION

44. In conclusion, it is our expert opinion that a woman who has previously experienced domestic violence and/or gang violence in Honduras is likely to face physical and sexual abuse and the possibility of being killed should she return to Honduras. Given the sociocultural environment and attitudes, and lack of governmental protections present in Honduras, abusers would likely find a female victim and her children upon their return to the country. Further, an abuser would likely continue to beat and rape (or even kill) his female victim(s)—and her child(ren)—if given the chance. Female victims who have challenged abusers' authority by attempting to leave the relationship have been harmed or killed in reprisal, and the abuser has not been held accountable. It is our professional opinion that women face a very real threat of harm or death if returned to Honduras.

We, Shannon Drysdale Walsh, Cecilia Menjívar, and Harry E. Vanden declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief, as set forth above.

Signed,


_____       9-25-2018          Duluth, Minnesota
Shannon Drysdale Walsh                 Date                Location


_____       9-24-2018          Los Angeles, California
Cecilia Menjívar                       Date                Location


_____       9/25/2018           Tampa, Florida
Harry E. Vanden                        Date                Location

# SHANNON DRYSDALE WALSH

Department of Political Science                                     (218) 461-9020
University of Minnesota Duluth                         shannondwalsh@gmail.com
Duluth, MN 55812                                       www.d.umn.edu/~sdwalsh

## ACADEMIC APPOINTMENTS

### Faculty Appointments

2017-Present    Associate Professor of Political Science (Tenured), University of Minnesota Duluth

2011-2017       Assistant Professor of Political Science, University of Minnesota Duluth

2014-2016       McKnight Land-Grant Professor, University of Minnesota Duluth
                (Competitively Awarded 2-year Endowed Professorship for Promising Junior
                Faculty in the University of Minnesota System)

### Visiting Appointments

Sum/Fall 2015   Visiting Scholar, UNC- Chapel Hill, Department of Political Science

Fall 2012       Faculty Research Fellow, Institute for Advanced Study, University of Minnesota

Summer 2012     Visiting Research Fellow, American Political Science Association Centennial
                Center, Washington D.C.

## EDUCATION

**University of Notre Dame**       Ph.D., Political Science, 2011, M.A., Political Science, 2006

Dissertation Director: Scott Mainwaring, Jorge Paolo Lemann Professor, Harvard Kennedy School
Comprehensive Exams in Comparative Politics and American Politics; IR Coursework

**University of North Carolina**       B.A., Communication, B.A., Theatre, 1995
**at Chapel Hill**

## METHODS TRAINING & OTHER EDUCATION

American Political Science Association (APSA) Short Courses in Qualitative Methodology, 2013-15

Institute for Qualitative and Multi-Method Research (IQMR). Qualitative and Multiple Methods
     Training. Arizona State University, 2007

Inter-University Consortium for Political and Social Research (ICPSR). Quantitative Methods
     Training. University of Michigan, Ann Arbor, 2004

Graduate work in Sociology. North Carolina State University. Ph.D. Program. 2002-2003

## RESEARCH & TEACHING INTERESTS

Comparative Politics, International Relations, American Politics, Women and Politics, Human Rights,
Latin American & Central American Politics, Sex Trafficking, Crime and Violence, Qualitative Methods

# PUBLICATIONS

## Peer Reviewed Journal Articles

2017 "The Architecture of Feminicide: The State, Inequalities, and Everyday Gender Violence in Honduras." *Latin American Research Review*. 52(2): 221-240. (with Cecilia Menjívar)

2016 "Sex Trafficking and the State: Applying Domestic Abuse Interventions to Serve Victims of Sex Trafficking." *Human Rights Review*. 17(2): 221-245.

2016 "'What Guarantees Do We Have?' Legal Tolls and Impunity for Feminicide in Guatemala." *Latin American Politics and Society*. 58(4): 31-55. (with Cecilia Menjívar)

2016 "Subverting Justice: Socio-Legal Determinants of Impunity for Violence against Women in Guatemala." *Laws*. 5(3): 1-20. (with Cecilia Menjívar)

2016 "Impunity and Multisided Violence in the Lives of Latin American Women: El Salvador in Comparative Perspective." *Current Sociology*. Print Version: July 2016, 64(4): 586-602. [Online Version: April 2016] (with Cecilia Menjívar)

2015 "Not Necessarily Solidarity: Dilemmas of Transnational Advocacy Networks addressing Violence against Women" *International Feminist Journal of Politics*. Print Version: June 2016, 18(2): 248-269. [Online Version: March 2015.]

2014 "Women's Organizing and Intersectional Policymaking in Comparative Perspective: Evidence from Guatemala and Germany" *Politics, Groups, and Identities*. 2(4): 549-572. [Reprinted as a feature article in *Politics, Groups, and Identities* 2015 Virtual Special Issue on Politics and Gender.] (with Christina Xydias)

2008 "Engendering Justice: Constructing Institutions to Address Violence Against Women" *Studies in Social Justice*. 2(1): 48-66.

## Book Chapters

Forth-coming "Migration, Gender, and Violence" for the *Handbook on Critical Geographies of Migration*. Edited by Katharyne Mitchell, Reece Jones, and Jennifer Fluri. (with Cecilia Menjívar)

2016 "Advances and Limits of Policing and Human Security for Women: Nicaragua in Comparative Perspective." *Gender Violence in Peace and War: States of Complicity* (edited by Victoria Sanford, Katherine Stefatos and Cecilia Salvi). Rutgers University Press, pp. 133-145.

## Other Publications

2011 "Outcomes and Recommendations Report: New Pathways to Justice" Policy Report on Stopping Violence Against Women in Central America, *Center for Human Rights & Peace Studies at Lehman College, CUNY.* (with Rachel Daniell, Alyssa Butler, and Victoria Sanford)

2009 Review of *Women Legislators in Central America,* by Michelle Saint-Germain and Cynthia Chávez Metoyer. *Latin American Politics and Society.* 51(3): 183-187.

## BOOK MANUSCRIPT UNDER REVIEW (Status: Revise & Resubmit)

Walsh, Shannon Drysdale. *Engendering State Institutions: Government Responses to Violence Against Women in Latin America*

## ARTICLES UNDER REVIEW (Status: Revise & Resubmit)

Walsh, Shannon Drysdale. "Transnational Advocacy Networks and Institution-Building: The Emergence of Women-Focused Policing Units" [An earlier version received the 2015 Helen Safa Paper Award by the *Latin American Studies Association* Gender and Feminist Studies Section.

Walsh, Shannon Drysdale. "Women's Advocacy Networks and Exclusionary Politics: Creating and Dismantling the Violence against Women Law in Nicaragua"

O'Brien, Cheryl and Shannon Drysdale Walsh. "The Church, The State, and Women's Rights: How Conservatives Contest Progressive Local and Transnational Women's Networks Addressing Violence against Women"

"The Impact of International Organizations on Implementing Women's Rights: Street-Level Policing and Violence against Women Laws in Liberia and Nicaragua" (with Peace Medie)

## FELLOWSHIPS, GRANTS & AWARDS

### External Fellowships, Grants & Awards

| | |
|---|---|
| 2017 | National Endowment for the Humanities Scholar for the NEH Summer Institute on Diverse Philosophical Approaches to Sexual Violence ($2100) |
| 2017 | American Political Science Association (APSA) Travel Grant to co-organize a workshop on the Implementation of Women's Rights Laws ($4500) |
| 2015 | Helen Safa Paper Prize. Latin American Studies Association Gender & Feminist Studies Section ($500) |
| 2014-15 | American Association of University Women (AAUW) American Fellowship ($30,000) |
| 2014-15 | Tulane University Center for Inter-American Policy and Research (CIPR) Fellowship [Declined] ($47,500) |
| 2013 | National Endowment for the Humanities (NEH) Summer Stipend Grant ($6000) |
| 2011 | American Political Science Association (APSA) Fund for the Study of Women and Politics Research Grant ($1786) |
| 2010-11 | Mellon/American Council of Learned Societies (ACLS) Dissertation Completion Fellowship ($28,000) |
| 2007-8 | Fulbright-Hays Doctoral Dissertation Research Abroad Fellowship (for field research in Guatemala, Nicaragua and Costa Rica) ($29,340) |

## Internal University System-Wide Grants & Awards (University of Minnesota)

2018        Global Programs and Strategy (GPS) Alliance International Travel Grant

2017-18     Grant in Aid of Research

2016-17     Institute for Diversity, Equity and Advocacy (IDEA) Multicultural Research Award

2016-17     Imagine Fund Faculty Award

2014-16     McKnight Land-Grant Professorship

2012-13     Grant in Aid of Research

2012        Institute for Advanced Study Residential Research Fellowship

2012        Global Programs and Strategy Alliance International Travel Grant

## Internal College Grants & Awards (University of Minnesota Duluth)

2018        College of Liberal Arts Travel Fund

2017        College of Liberal Arts Research Award (Conferred annually to one tenure-track
            faculty in the College based on the quality and quantity of research.)

2015        College of Liberal Arts Travel Grant

2013        Chancellor's Faculty Small Research Grant

2013        College of Liberal Arts Teaching Grant through the UMD Diversity Initiative

2013        College of Liberal Arts Research Grant

2012        College of Liberal Arts Research Fund

2012        College of Liberal Arts Dean's Award from Diversity Fund

# TEACHING

**Faculty**, University of Minnesota Duluth, since fall 2011

| | |
|---|---|
| Comparative Politics: | Introduction to Comparative Politics (Introductory) |
| | Central American Politics (Upper Division) |
| | Latin American Politics (Upper Division) |
| Comparative/ International Relations: | Human Rights and Women's Rights (Upper Division) |
| | International State Responses to Violence against Women (Senior Seminar) |
| | Violence and the State in Developing Countries (Senior Seminar) |
| Comparative/American: | Women and Politics (Upper Division) |
| International Studies: | Introduction to International Studies (Introductory) |

# TEACHING AWARDS

Nominated by Students: Univ. of Minnesota Duluth College of Liberal Arts Teaching Award, 2015

Outstanding Graduate Teaching Assistant Award, Kaneb Center for Teaching and Learning, 2007

# INVITED PRESENTATIONS

2018     "Gender and Security in Latin America"
         *Social Science Research Council,* New York City, NY

2017     "State response to Violence against Women in Central America and Asylum Law" for the
         regional Latin American Studies workshop: Achieving Justice: Gendered Violence,
         Displacement, and Legal Access in Guatemala and the United States
         *University of Oregon*

2015     "Women's Security in Central America"
         *University of North Carolina at Chapel Hill. Institute for the Study of the Americas*

2015     "Policing Violence against Women and Migration from Central America"
         *University of Kansas Immigration & Migration Initiative*

2015     "Engendering Policing Institutions: Transnational Advocacy Networks and Implementing
         Women's Security in Central America"
         *John Jay College of Criminal Justice, City University of New York*

2015     "Engendering Political Institutions: Transnational Advocacy Networks and Violence against
         Women in Central America"
         *Center for Human Science.* Chapel Hill, NC

2015     "'What Guarantees Do We Have?' Legal Tolls and Impunity for Feminicide in Guatemala"
         *Escuela de Gobierno Guatemala* [Guatemala School of Government]. Guatemala City

2015     "Engendering Political Institutions: Transnational Advocacy Networks and Women's
         Security in Central America"
         *Wake Forest University.* Winston-Salem, NC

2015     "Engendering Political Institutions: Transnational Advocacy Networks and Women's
         Security in Central America"
         *Flagler College.* St. Augustine, FL

2015     "Femicide, Democracy and the Rule of Law in Guatemala: Recent Advances and Enduring
         Struggles"
         *Center for Human Rights and Peace Studies, City University of New York – Lehman College*

2014     "Engendering Political Institutions: Transnational Advocacy Networks and Women's
         Security in Central America"
         *University of Minnesota (Twin Cities) Dept. of Political Science Comparative Politics Colloquium*

2013     "Engendering Human Security: Policing Violence Against Women in Nicaragua"
         *Monash University.* Australia.

2013     "Engendering Human Security: Policing Violence Against Women in Nicaragua"
         *University of Melbourne.* Australia

## CONFERENCE & OTHER PRESENTATIONS

2018   "Specializing Justice: NGOs and the Rule of Law in Latin America" (with Verónica Michel)
  *American Political Science Association & Latin American Studies Association*

2018   "Engendering State Institutions: State Response to Violence Against Women in Latin
  America" *American Political Science Association* (Workshop)

2018   "Bringing Gender Back In: Security Policy in Latin America"
  *Latin American Studies Association* (Workshop)

2017   "Conservatives Contesting Feminist, Anti-Violence Against Women Policies" (with Cheryl
  O'Brien) *American Political Science Association* Theme Panel

2016   "Institutions and Incentives: Transforming Responsiveness to Violence against Women"
  *American Political Science Association*

2016   "Women's Advocacy Networks Confronting Exclusionary Politics: Creating and Dismantling
  the Violence against Women Law in Nicaragua" *Latin American Studies Association*

2016   "Precarious Peace for Women: Transnational Advocacy Networks and Domestic Violence
  Laws" *International Studies Association*

2016   "Advances and Limitations of Policing and Human Security for Women: Nicaragua in
  Comparative Perspective" *International Studies Association*

2015   "Exclusion and Collusion: Dismantling the Nicaraguan Violence Against Women Law"
  *American Political Science Association* Theme Panel

2015   "Precarious Institutionalization: Implementing Women's Rights to Live a Life Free of
  Violence in Latin America"
  *National Women's Studies Association*

2015   "Femicide, Democracy, and the (Un)Rule of Law in Guatemala"
  *Guatemala Scholars Network* Conference. Antigua, Guatemala

2015   "Everyday Aggression: Inequality and Femicide in Honduras and Latin America" (with
  Cecilia Menjívar)
  *Latin American Studies Association*

2015   "Institutions, Incentives, and Attitudes: Explaining Variation in Police Responsiveness to
  Violence Against Women"
  *Latin American Studies Association*

2015   "Institutions, Incentives, and Attitudes: Explaining Variation in Police Responsiveness to
  Violence Against Women"
  *Midwest Political Science Association*

2015   "Engendering Political Institutions: Transnational Advocacy Networks and Women's
  Security in Central America"
  *International Studies Association* (Roundtable Presentation)

2014   "Advances and Limitations of Policing and Human Security for Women: Nicaragua in
  Comparative Perspective"
  *Gender Violence, Conflict and the State Conference. Center for Human Rights and Peace Studies,
  Lehman College, City University of New York.*

2014    "The Impact of Transnational Advocacy Networks on Gendered Political Institutions:
        Evidence from Latin America"
        *American Political Science Association*

2014    "Women's Rights without Remedies: Intrafamiliar and Domestic Violence Laws in Latin
        America"
        *Midwest Political Science Association*

2014    "Transnational Advocacy Networks and Policing Violence Against Women: Latin America in
        Comparative Perspective"
        *Midwest Political Science Association*

2014    "No Resources, Low Capacity, Weak Will: Overcoming Challenges to Constructing Women's
        Institutions in Latin America"
        *Latin American Studies Association*

2014    "Hiding Out in Fear: The Need for Witness Protection in Guatemala" Invited speaker for
        *Gamma Sigma Sigma Service Sorority.* University of Minnesota Duluth.

2013    "Few Resources, Low Capacity, Weak Will: Overcoming Challenges to Constructing State
        Institutions that Address Violence against Women"
        *Erasures: Gender, Violence and Human Rights Conference.* Univ. of Minnesota – Twin Cities.

2013    "Overcoming Obstacles to Constructing Institutions that Address Violence against Women:
        Policing and Transnational Advocacy in Central America"
        *University of Minnesota Duluth.* Department of Political Science Brown Bag Series.

2012    "Institutions, Incentives, and Attitudes: Transforming Police Responsiveness to Violence
        against Women"
        *Midwest Political Science Association*

2012    "Women's Rights without Remedies:  Intrafamiliar and Domestic Violence Laws in Latin
        America"
        *Midwest Political Science Association*

2011    "Women's Activism and Transforming Central American Courts"
        *International Studies Association*

2011    "Women's Rights As Human Rights in Latin America: State Reponse to Violence Against
        Women"
        *International Studies Association*

2011    "Feminismo Sostenible? Construcción de Instituciones Efectivas Para las Mujeres en
        Centroamérica"
        *II Encuentro Mesoamericano de Estudios de Género y Feminismos.* Guatemala City

Prior   *American Political Science Association* 2004, 2007, 2008, 2009, 2010, 2011
        *Latin American Studies Association* 2007, 2009, 2010
        *International Studies Association* 2009, 2010
        *Midwest Political Science Association* 2009, 2011
        *University of Wisconsin-Madison Gender and Human Security Workshop* 2010
        *Latin American Women in Science "Ciencia Mujer"* (Guatemala City) 2009
        *University of Notre Dame Graduate Research Symposium* 2008
        *Southern Sociological Society* 2004

## FIELDWORK

2004-
Present

Fieldwork in Central America (Over 22 Months)

Guatemala (Guatemala City, Nebaj, Quetzaltenango, Jocotenango)
Nicaragua (Managua, León)
Costa Rica (San José, Jacó, Liberia)
El Salvador (San Salvador)
Honduras (Tegucigalpa)

Fieldwork in Madrid, Spain (3 weeks)

Languages   English (Native)
Spanish (Fluent)

# SERVICE

## Service to the Profession

2017          Co-Editing Journal Special Issue on the Implementation of Women's Rights (with Peace Medie). Invited to submit special issue to *Politics & Gender*.

2018          Invited Participant, APSA Researching Women's Movements Workshop

2017          Co-Organizer for APSA Workshop on the Implementation of Women's Rights

2015-
Present

Referee for *Social Science & Medicine*, *Edinburgh University Press, Latin American Politics and Society, Law & Society Review, Latin American Politics and Society, Latin American Research Review*

2015          Panel Chair, "Dispossessions and Disaffections: Mobilizing Latin American Feminist Movements and Solidarities," *National Women's Studies Association*

2014          Panel Co-Organizer, *American Political Science Association*. "Global Diversities of Responses to Gender-Based Violence" Accepted as a 2015 APSA Theme Panel

2014          Panel Discussant, *American Political Science Association*, "Gender-Based Activism on Human Rights"

2011          Panel Chair, *International Studies Association*, "The Gendered Discourses of Sexual Violence"

Prior          Panel Organizer, *Latin American Studies Association* (2010)
Co-Organizer for two Panels, *International Studies Association* (2010)
Graduate Student Representative, *American Political Science Association* Women and Politics Research Section (2009-10)
Panel Organizer and Chair, *American Political Science Association* (2009)
Panel Chair, *Midwest Political Science Association* (2009)
Panel Organizer and Chair, *International Studies Association* (2009)

## University and Departmental Service

| | |
|---|---|
| 2017-18 | Faculty Advisor for Political Science Association (Department) |
| 2017-18 | International Studies Steering Committee (Department/University) |
| 2016-18 | Center for Ethics and Public Policy Representative (Department) |
| 2017-18 | Scholarship Coordinator (Department/University) |
| 2012-17 | Academic Advisor for Political Science Undergraduate Students (Department) |
| 2013-15 | Scholarship Committee (Department/University) |
| 2014 | Mace Bearer for Commencement (University) |
| 2013-14 | Academic Affairs Committee Representative, Alternate (University) |
| 2011-13 | Library Representative (Department) |

## Other Service

2013-18    *Pro Bono* Expert Witness for nine asylum cases in U.S. Immigration Court. Provided an affidavit and court testimony on violence against women, intimate partner violence, and country conditions in Honduras and El Salvador.

2014-17    *Pro Bono* Consultant for five asylum and other legal cases on violence against women and female and child immigrants. Provided analyses of country conditions in Honduras, Guatemala, and Central American countries as a whole.

2008-18    Coordinator, Bisán Solidarity Project (Nebaj, Guatemala)

2010-17    Research Committee, Duluth Trafficking Task Force. The Task Force was awarded the 2014 AWARE Award by the Minnesota Coalition Against Sexual Assault for outstanding dedication to raising awareness about sexual violence.

2016    Campaign Volunteer, Minnesota Democratic-Farmer-Labor Party

2015    Consultant for Documentary Filmmaker Gina Nemirofsky for film on Femicide in Latin America

2015    Consultant for Volunteer Delegations serving in Guatemala. Twin Cities, MN and Duluth, MN

## MEDIA

2012-15    Six interviews and news articles highlighting research and work with students:
        *Poder Judicial* [Judicial Branch State News site in Nicaragua]. August 4, 2015
        *University of Minnesota Duluth* Home Page. February 3, 2014.
        *Duluth News Tribune*. May 6, 2014.
        *University of Minnesota Duluth* News Site. October 23, 2013
        *PS: Political Science and Politics*. October 2012. 45(4): 822-823.
        *Institute for Advanced Study* News Site. University of Minnesota Twin Cities. Fall 2012.

## AFFILIATIONS & MEMBERSHIPS

American Political Science Association. *Section Memberships*: Comparative Politics, Comparative Democratization, Women and Politics, Human Rights, Qualitative and Multi-Methods Research, New Political Science, Political Science Education

International Studies Association. *Section Memberships*: Feminist Theory and Gender Studies, Human Rights, Women's Caucus

Latin American Studies Association. *Section Memberships*: Central America, Gender and Feminist Studies, Law and Society in Latin America, Political Institutions

Law and Society Association

Midwest Political Science Association

Fulbright Association

Guatemala Scholars Network

International Political Science Association

National Women's Studies Association

Fulbright-Hays Host Institutions: Universidad de Centroamérica (Nicaragua), Universidad de Francisco Marroquín (Guatemala), Estado de la Nación (Costa Rica) 2007-2008

**Cecilia Menjívar**
Professor and Dorothy L. Meier Social Equities Chair
(September 2018)

Department of Sociology
University of California, Los Angeles
375 Portola Plaza, 264 Haines Hall Los Angeles, CA 90095-1551

Phone: 310-267-4928
Skype: cecimenjivar
Email: menjivar@soc.ucla.edu

**Positions Held**
2018-present Professor and Dorothy L. Meier Social Equities Chair, Department of Sociology, UCLA
2015-2018 Co-Director, Center for Migration Research, University of Kansas
2015-2018 Foundation Distinguished Professor, Department of Sociology, University of Kansas
2012- 2015 Associate Director, Sanford School of Social and Family Dynamics, Arizona State University
2008- 2015 Cowden Distinguished Professor, School of Social and Family Dynamics
2005-2007 Associate Professor, Program in Sociology, School of Social and Family Dynamics, ASU.
2001-2005 Associate Professor, School of Justice and Social Inquiry, Arizona State University.
1996-2001 Assistant Professor, School of Justice and Social Inquiry, Arizona State University.
9/94-12/95 Post-doctoral Fellow, RAND Corporation.
8/92-8/94 Chancellor's Postdoctoral Fellow, University of California, Berkeley.

**Affiliations, Appointments, Fellowships, and Visiting Positions**
2017     Andrew Carnegie Fellowship
2014     John Simon Guggenheim Fellowship
2014-2015 Member, National Academy of Sciences, Engineering and Medicine Committee on the
            Integration of Immigrants into American Society (see Waters & Pineau, 2015 volume below).
2014     Visiting Scholar (one week), Center for Gender & Leadership, Yerevan State University, Armenia
2012-2013 Immigration Policy Center, Washington DC, Senior Fellow (area: Immigrant Women)
2006-2008 Research Affiliate, Center on Race, Religion, and Urban Life (CORRUL), Rice University
2006     Fellow (not in residence), Mexican American and U.S. Latino Research Center, Texas A & M
2006-2012 Member, Working Group on Childhood and Migration (Drexel University)
2005     Visiting Professor, Yerevan State University, Yerevan, Armenia (Fall)
2003     Visiting Scholar, Maison des Sciences de l'Homme, Paris, France (Spring)
2000-    External Research Associate, Center for Comparative Immigration Studies, UC San Diego

**Education**
1992    Ph.D., Sociology. University of California, Davis.
1986    Master of Arts, Sociology. University of California, Davis.
1983    Master of Science, International Education. University of Southern California. Areas: Policy,
        Planning, and International Development.
1981    Bachelor of Arts, Psychology and Sociology, University of Southern California.

**Workshops and Additional Training**
1996    Southwest Institute for Research on Women Summer Institute, University of Arizona.
1989    University of Texas, Austin. IUPLR (training in qualitative methods). Summer.
1986, 1988 University of Michigan, Ann Arbor, Summer ICPSR (training in quantitative methods).
1985-86 Graduate Group in Demography, UC Berkeley. Demographic Theory and methods.
1984    University of Texas, El Paso (LULAC). Training in counseling immigrant teenagers.
1983    University of California, Los Angeles. Non-formal Education and Development Seminars.
1982    Université de Genève, Faculté de Lettres, Langue et Civilisation. Intermediate-advance French language.

**Awards and Recognitions**
*Research and Scholarship*
2018    2017 *Feminist Criminology* Best Article Award for ""Humane" Immigration Enforcement"
2017    Elected member, *Sociological Research Association*

2017    Honorable Mention, Louis Wirth Best Article Award International Migration Section, American Sociological
        Association, 2017, for "Transformative Effects of Immigration Law."
2014    The Victoria Foundation Eugene Garcia Research Award
2014    Best Article Award, Latino/a Section, American Sociological Association, for *Legal Violence*
2013    *Fragmented Ties* among 12 most influential books on family since 2000, *Contemporary Sociology*
2013    Best Article Award, Latino Studies Section, Latin American Studies Association, for *Legal Violence*
2012    Distinguished Scholarship Award, Pacific Sociological Association, for *Enduring Violence*.
2012    Mirra Komarovsky Book Award, Eastern Sociological Society, for *Enduring Violence*.
2011    Hubert Herring Best Book Award, Pacific Coast Council on Latin American Studies, *Enduring Violence*.
2010    Julian Samora Distinguished Career Award, Latinos/as Section, American Sociological Association.
2007    Distinguished Contribution to Research Award, Latinos/as Section, American Sociological Association.
2007    Alumni Association Faculty Achievement Award in Research, Arizona State University.
2002    Choice Outstanding Academic Titles in Social and Behavioral Sciences for *Fragmented Ties*.
2001    William J. Goode Outstanding Book Award, American Sociological Association Family Section,
        for *Fragmented Ties*
2001    Honorable mention, Thomas and Znaniecki Book Award, American Sociological Association
        International Migration Section for *Fragmented Ties*.
2001    Faculty Achievement Award, School of Justice Studies, Arizona State University.
1990-91 University of California Regents Dissertation Fellowship.
1989-90 American Sociological Association Minority Fellowship (1 year MFP Fellow).
1990    American Sociological Association Pre-doctoral Research Fellowship.

*Teaching and Mentoring*
2011 Outstanding Doctoral Mentor Award, Arizona State University (university-wide award)
2002    Outstanding Mentor Award, Graduate Women's Association, Arizona State University.
2002    Nominee, Outstanding Doctoral Mentor Award, Graduate College, Arizona State University.
2001    Student Affairs Honors (for enhancing the quality of life for ASU students), Student Affairs, ASU

*Other*
2015    Public Sociology Award, International Migration Section, American Sociological Association
2007    School of Justice & Social Inquiry, Affiliated Faculty Recognition Award.
2006    College Marshall (College of Liberal Arts & Sciences), Fall 2006 Commencement, ASU.
2002    Outstanding Achievement and Contribution Toward Advancing The Status of Women,
        Commission on the Status of Women, Arizona State University.
1983    Cum Laude, School of Education, University of Southern California.
1979-81 Member of Honor Societies in Psychology, Sociology, and Foreign Languages.

**Publications**

Books

2016    Cecilia Menjívar, Leisy Abrego and Leah Schmalzbauer. *Immigrant Families*. Cambridge, UK: Polity.

2014    Cecilia Menjívar. *Eterna Violencia: Vidas de las mujeres ladinas en Guatemala*. Guatemala:
        Ediciones del Pensativo & FLACSO-Guatemala. (Adapted & translated from *Enduring Violence*:
        *Ladina Women's Lives in Guatemala*.)
        • Author meets critics & book presentation, FLACSO-Guatemala, Guatemala City, Nov. 18th 2014

2011    Cecilia Menjívar. *Enduring Violence: Ladina Women's Lives in Guatemala*. Berkeley, CA:
        University of California Press.
        • Distinguished Scholarship Award, Pacific Sociological Association, 2012
        • Mirra Komarovsky Book Award, Eastern Sociological Society, 2012
        • Hubert Herring Best Book Award, Pacific Coast Council on Latin American Studies, 2011

- Chapter 2, "A Framework for Examining Violence," reprinted in Pp. 130-144 in *Gender through the Prism of Difference*, 5th Ed., by Maxine Baca Zinn, Pierrette Hondagneu-Sotelo, Michael A. Messner, & Amy M. Denissen. Oxford University Press, 2015.

2000   Cecilia Menjívar. *Fragmented Ties: Salvadoran Immigrant Networks in America*. Berkeley, CA: University of California Press.
- Among 20 books in "Influential Women of and for Anthropology" *Anthropology News*, American Anthropological Association, March 8th, 2017
- Among the 12 most influential books on the family since 2000, *Contemporary Sociology* 42 (3)
- William J. Goode Outstanding Book Award, American Sociological Association Family Section, 2001
- Honorable mention, Thomas & Znaniecki Book Award, American Sociological Association International Migration Section, 2001
- Choice Outstanding Academic Title in Social and Behavioral Sciences, 2002
- Review essay in *Contemporary Sociology*, 33 (4): 399-401 (2004)

Edited volumes (including journal special issues)

Forthcoming Cecilia Menjívar, Marie Ruiz and Immanuel Ness. (Eds.) *The Oxford Handbook of Migration Crises*. Oxford University Press.

2018   Cecilia Menjívar and Krista Perreira (Guest Editors) "Undocumented and Unaccompanied: Children of Migration in the European Union and the United States." *Journal of Ethnic and Migration Studies* https://doi.org/10.1080/1369183X.2017.1404255

2017   Bryan Roberts, Cecilia Menjívar and Nestor Rodriguez (Eds.) *Deportation and Return in a Border Restricted World: Experiences in Mexico, El Salvador, Guatemala, and Honduras*. Springer International Publishing.

2014   Cecilia Menjívar and Daniel Kanstroom. (Eds.) *Constructing Immigrant "Illegality": Critiques, Experiences, and Responses.* New York, NY: Cambridge University Press

2014   Elizabeth Aranda, Cecilia Menjívar, and Katharine M. Donato (Guest editors). "Spillover Effects of Immigration Enforcement in Local Contexts." *American Behavioral Scientist*, 58 (13) November.

2013   Cecilia Menjívar (Co-Editor with Saer Maty Ba, Michael Borgolte, Donna Gabaccia, Dirk Hoerder, Alex Julca, Marlou Shrover and Greggory Woolf). *Encyclopedia of Global Human Migration* Vols. 1-5 (Editor-in-Chief: Immanuel Ness). Chichester Willey-Blackwell.

2012   Jørgen Carling, Cecilia Menjívar, and Leah Schmalzbauer (Guest editors). "Transnational Parenthood." *Journal of Ethnic and Migration Studies*, 38 (2) February.

2008   Havidán Rodríguez, Rogelio Sáenz and Cecilia Menjívar. (Eds.) *Latinos/as in the United States: Changing the Face of América.* New York: Springer

2008   Adrian Pantoja, Cecilia Menjívar, and Lisa Magaña (Guest editors). The Spring Marches of 2006: Latinos, Immigration, and Political Mobilization in the 21st Century. *American Behavioral Scientist*, 52 (4) December.

2006   Cecilia Menjívar (Guest editor). Public Religion and Immigration across National Contexts. *American Behavioral Scientist*, 49 (11) July.

2005 Cecilia Menjívar and Nestor P. Rodríguez. (Eds.) *When States Kill: Latin America, the US, and Technologies of Terror*. Austin, TX: University of Texas Press.

2003 Cecilia Menjívar (Ed.) *Through the Eyes of Women: Gender, Social Networks, Family and Structural Change in Latin America and the Caribbean*." Ontario, Canada: de Sitter Publications. *Based on special issue of *Journal of Developing Societies* (see below)

2002 Cecilia Menjívar (Guest editor, double issue*)*. Structural Changes and Gender Relations in Latin America and the Caribbean. Double issue of the *Journal of Developing Societies,* 18 (2-3).

Peer-Reviewed Articles (*denotes student, post-doc, or advisee at the time of submission)

2018 Cecilia Menjívar, William P. Simmons, *Daniel Alvord, and *Elizabeth Salerno Valdez. "Immigration Enforcement, the Racialization of Legal Status, and Perceptions of the Police: Latinos in Chicago, Los Angeles, Houston, and Phoenix in Comparative Perspective." *Du Bois Review: Social Science Research on Race*, 15 (1): 107-128

2018 *Daniel Alvord, Cecilia Menjívar, and *Andrea Gómez Cervantes. "The Legal Violence in the 2017 Executive Orders: The Expansion of Immigrant Criminalization in Kansas." *Social Currents* https://doi-org.ezproxy1.lib.asu.edu/10.1177/2329496518762001

2018 Cecilia Menjívar, *Andrea Gómez Cervantes and *Daniel Alvord. ""The Expansion of "Crimmigration, Mass Detention, and Deportation." *Sociology Compass* doi.org/10.1111/soc4.12573

2018 *Gómez Cervantes, Andrea, *Daniel Alvord, and Cecilia Menjívar. "'Bad Hombres:' The Effects of Criminalizing Latino Immigrants through Law and Media in the Rural Midwest." *Migration Letters,* 15 (2): 182-196

2018 Cecilia Menjívar and Sarah M. Lakhani. "Combining Qualitative Data in Research Among U.S. Immigrant Populations." *SAGE Research Methods Cases* doi.org/10.4135/9781526444356

2018 Cecilia Menjívar and Krista Perreira. "Undocumented and Unaccompanied: Children of Migration in the European Union and the United States." (Introduction to special issue.) *Journal of Ethnic and Migration Studies* doi.org/10.1080/1369183X.2017.1404255

2018 Cecilia Menjívar, Juliana Morris, and Nestor Rodriguez. "The Ripple Effects of Deportations to Honduras." *Migration Studies,* 6 (1): 120-139

2018 Olga Kornienko, Victor Agadjanian, Cecilia Menjívar, and *Natalia Zotova. "Financial and Emotional Support in Close Personal Ties among Central Asian Migrant Women in Russia." *Social Networks,* 53: 125-135

2017 Carlos E. Santos, Cecilia Menjívar, *Rachel A. VanDaalen, Olga Kornienko, Kimberly A. Updegraff and *Samantha N. Cruz. "Awareness of Arizona's Immigration Law SB 1070 Predicts Classroom Behavioural Problems among Latino Youth during Early Adolescence." *Ethnic and Racial Studies*. doi: 10.1080/01419870.2017.1311021

2017 *Alex Lin, *Erin Gaskin, Sandra Simpkins and Cecilia Menjívar. "Cultural Values and Other Perceived Benefits of Organized Activities: A Qualitative Analysis of Mexican-Origin Parents' Perspectives in Arizona." *Applied Developmental Science*, 22 (2): 89-109 (Lead article)

2017 Leisy Abrego, Mat Coleman, Daniel E. Martinez, Cecilia Menjívar, and Jeremy Slack. "Making Immigrants into Criminals: Legal Processes of Criminalization in the Post-IIRIRA Era." *Journal on Migration and Human Security*, 5 (3): 694-715

2017    *Andrea Gomez Cervantes, Cecilia Menjívar, and William S. Staples. ""Humane" Immigration Enforcement and Latina Immigrants in the Detention Complex." *Feminist Criminology*, 12 (3): 269-292

- 2017 *Feminist Criminology* Best Article Award (given in 2018)

2017    Cecilia Menjívar and Shannon Drysdale Walsh. "The Architecture of Feminicide: The State, Inequalities, and Everyday Gender Violence in Honduras." *Latin American Research Review,* 52(2): 221-240

2017    Victor Agadjanian, Cecilia Menjívar, and *Natalia Zotova. "Legality, Racialization, and Immigrants' Experiences of Ethnoracial Harassment in Russia." *Social Problems*, 64 (4): 558-576

2017    *Chara Price, Sandra Simpkins and Cecilia Menjívar. "Sibling Behaviors and Mexican-Origin Adolescents' After-School Activities." *Journal of Adolescent Research*, 32 (2): 127-154 (lead article)

2016    Shannon Drysdale Walsh and Cecilia Menjívar. "What Guarantees Do We Have?" Legal Tolls and Persistent Impunity for Feminicide in Guatemala." *Latin American Politics and Society*, 58 (4): 31-55

2016    Cecilia Menjívar and Sarah M. Lakhani. "Transformative Effects of Immigration Law: Migrants' Personal and Social Metamorphoses through Regularization." *American Journal of Sociology*, 121 (6): 1818-1855

- Louis Wirth Best Article Award Honorable Mention, International Migration Section, American Sociological Association, 2017.

2016    Shannon Drysdale Walsh and Cecilia Menjívar. "Impunity and Multisided Violence in the Lives of Latin American Women: El Salvador in Comparative Perspective." *Current Sociology,* 64 (4): 586-602.

2016    Menjívar, Cecilia and Shannon Drysdale Walsh. "Subverting Justice: Socio-Legal Determinants of Impunity for Violence against Women in Guatemala." *Laws* 5 (3): 1-20.

2016    *Alex R. Lin, Cecilia Menjívar, *Andrea Vest Ettekal, Sandra D. Simpkins, *Erin Gaskin and *Annelise Pesch. ""They Will Post a Law About Playing Soccer" and other Ethnic/Racial Microaggressions in Organized Activities Experienced by Mexican-Origin Families." *Journal of Adolescent Research,* 31 (5): 557-581

2016    Cecilia Menjívar. "Immigrant Criminalization in Law and the Media: Effects on Latino Immigrant Workers' Identities in Arizona." *American Behavioral Scientist*, 60 (5-6): 597-616

2015    *Dulce Medina and Cecilia Menjívar. "The Context of Return Migration: Challenges of Mixed-status Families in Mexico's Schools." *Ethnic and Racial Studies*, 38 (12): 2123-2139

2015    *Haruna Fukui and Cecilia Menjívar. "Bound by Inequality: The Social Capital of Older Asian and Latinos in Phoenix, Arizona." *Ethnography,* 16 (4): 416-437

2015    María E. Enchautegui and Cecilia Menjívar. "Paradoxes of Family Reunification Law: Family Separation and Reorganization under the Current Immigration Regime." *Law & Policy,* 37(1-2): 32-60.
- Immigration Article of the Day" April 1, 2015, ImmigrationProf Blog

2015    William Simmons, Cecilia Menjívar and Michelle Téllez. "Violence and Vulnerability of Female Migrants in Drop Houses in Arizona: The Predictable Outcome of a Chain Reaction of Violence." *Violence Against Women,* 21 (5): 551-570

2014    Cecilia Menjívar. "Immigration Law Beyond Borders: Externalizing and Internalizing Border Controls in an Era of Securitization." *Annual Review of Law and Social Science,* 10: 353-369

2014    *Jennifer Arney and Cecilia Menjívar. "Medicalization of Emotionality in DTCA: Techniques Used to Expand the Antidepressant Market." *Sociological Inquiry*, 84 (4): 519-544

2014    Victor Agadjanian, *Evgenia Gorina, and Cecilia Menjívar. "Economic Incorporation, Civil Inclusion, and Social Ties: Plans to Return Home among Central Asian Migrant Women in Moscow, Russia." *International Migration Review*, 48 (3): 577-603. (Lead article)

2014    Elizabeth Aranda, Cecilia Menjívar and Katharine M. Donato. "The Spillover Consequences of an Enforcement-First U.S. Immigration Regime." (Introduction to special issue.) *American Behavioral Scientist*, 58 (13): 1687-1695.

2014    Cecilia Menjívar. The "Poli-Migra": Multi-layered legislation, enforcement practices, and What We Can Learn About and From Today's Approaches." *American Behavioral Scientist*, 58 (13): 1805-1819.

2014    *Silvia Dominguez and Cecilia Menjívar. "Beyond Individual and Visible Acts of Violence: A Framework to Examine the Lives of Women in Low-Income Neighborhoods." *Women's Studies International Forum* 44 (1): 184-195

2013    Carlos Santos and Cecilia Menjívar. "Youth's Perspective on Senate Bill 1070 in Arizona: The Socioeconomic Effects of Immigration Policy." *Association of Mexican-American Educators (AMAE) Journal*, Special invited issue, 7 (2): 7-17. (Lead article)

2013    Cecilia Menjívar. "Central American Immigrant Workers and Legal Violence in Phoenix, Arizona." *Latino Studies*, 11 (2): 228-252

2013    *Zeynep Kiliç and Cecilia Menjívar. "Fluid Adaptation of Contested Identities: Second Generation Turks in Germany and the United States." *Social Identities*, 19 (2): 204-220.

2012    Tanya Golash-Boza and Cecilia Menjívar. "Causes and Consequences of International Migration: Sociological Evidence for the Right to Mobility." *The International Journal of Human Rights*, 16 (8): 1213-1227.

- Reprinted in pp. 91-105, *New Directions in the Sociology of Human Rights*, edited by Patricia Hynes, Michele Lamb, Damien Short and Matthew Waites. London: Routledge, 2014

2012    *Olivia Salcido and Cecilia Menjívar. "Gendered Paths to Legal Citizenship: The Case of Latin American Immigrants in Phoenix." *Law & Society Review* 46 (2): 335-368.

- Reprinted in *Immigration, Refugee & Citizenship Law eJournal*, Vol. 14, No. 67. (Lead article)

2012    Cecilia Menjívar and *Leisy J. Abrego "Legal Violence: Immigration Law and the Lives of Central American Immigrants." *American Journal of Sociology*, 117 (5): 1380-1421.

- Best Article Award, Latino/a Section, American Sociological Association, 2014
- Best Article Award, Latino Studies Section, Latin American Studies Association 2013
- Spanish translation: "Violencia Legal: La ley de inmigración y las vidas de los inmigrantes centroamericanos." Pp. 173-246 in *Visiones de acá y de allá: Implicaciones de la política antimigrante en las comunidades de origen mexicano en Estados Unidos y México*, Carlos G. Vélez-Ibáñez, Roberto Sánchez Benítez and Mariángela Rodríguez Nicholls, eds. México D.F.: UNAM, 2015

2012    *Aysem R. Şenyürekli and Cecilia Menjívar. "Turkish Immigrants' Hopes and Fears Around Return Migration." *International Migration*, 50 (1): 3-19 (Lead article)

2012    Cecilia Menjívar. "Transnational Parenting and Immigration Law: The Case of Central Americans in the United States." *Journal of Ethnic and Migration Studies*, 38 (2): 301-322.

2012    *Nels Paulson and Cecilia Menjívar. "Religion, the State, and Disaster Relief in the United States and India." *International Journal of Sociology and Social Policy*, 32 (3-4): 179-196.

2012    Jørgen Carling, Cecilia Menjívar, and Leah Schmalzbauer. "Central Themes in the Study of Transnational Parenthood." (Introduction to special issue.) *Journal of Ethnic and Migration Studies*, 38 (2): 191-217.

2011    Cecilia Menjívar. "The Power of the Law: Central Americans' Legality and Everyday Life in Phoenix, Arizona." *Latino Studies*, 9 (4): 377-395. (Lead article)

2011    Victor Agadjanian and Cecilia Menjívar. "Fighting Down the Scourge, Building up the Church: Organizational Constraints in Religious Involvement with HIV/AIDS in Mozambique." *Global Public Health*, 6 (2): S148-S162.

2011    *Leisy J. Abrego and Cecilia Menjívar. "Immigrant Latina Mothers as Targets of Legal Violence." *International Journal of Sociology of the Family*, 37 (1): 9-26. (Lead article of special issue)

2011    *Sean McKenzie and Cecilia Menjívar. "The Meanings of Migration, Remittances, and Gifts: The views of Honduran Women Who Stay." *Global Networks: a Journal of Transnational Affairs*, 11 (1): 63-81.

2010    *Lilian Chavez and Cecilia Menjívar. "Children without Borders: A Mapping of the Literature on Unaccompanied Migrant Children to the United States." *Migraciones Internacionales*, 5 (3): 71-111.

2010    Cecilia Menjívar. "Immigrants, Immigration, and Sociology: Reflecting on the State of the Discipline." Inaugural Sociological Inquiry Distinguished Essay, *Sociological Inquiry*, 80 (1): 3-26. (Lead article)

2008    Adrian Pantoja, Cecilia Menjívar and Lisa Magaña. "The Spring Marches of 2006: Latinos, Immigration, and Political Mobilization in the 21ˢᵗ Century." (Introduction to special issue.) *American Behavioral Scientist* 52 (4): 499-506.

2008    Cecilia Menjívar. "Corporeal Dimensions of Gender Violence: Women's Self and Body in Eastern Guatemala." *Studies in Social Justice*, 2(1): 12-26

2008    Cecilia Menjívar. "Educational Hopes, Documented Dreams: Guatemalan and Salvadoran Immigrants' Legality and Educational Prospects." *The ANNALS of the American Academy of Political and Social Science*, 620 (1): 177-193.

2008    Cecilia Menjívar. "Violence and Women's Lives in Eastern Guatemala: A Conceptual Framework." *Latin American Research Review* 43 (3): 109-136.

      •   Earlier version published as "Violence and Women's Lives in Eastern Guatemala: A Conceptual Framework." 2008. WID (*Women & International Development) Working Paper Series*, #290 (peer reviewed & refereed), Michigan State University: Center for Gender in Global Context.

2008    Victor Agadjanian and Cecilia Menjívar. "Talking through the "Epidemic of the Millennium":

Congregation-based informal communication about HIV/AIDS in Mozambique." *Social Problems* 55 (3): 301-321 (Lead article)

2007    Cecilia Menjívar and Victor Agadjanian. "Men's Migration and Women's Lives: Views from Rural Armenia and Guatemala." *Social Science Quarterly* 88 (5): 1243-1262.

- Reprinted in *Web Anthology on Migration and Remittances* (Topic 15), Richard H. Adams, Jr., Hein de Haas, Richard Jones, and Una O. Osili, eds. NY: Social Science Research Council, 2012

2006    Cecilia Menjívar. "Public Religion and Immigration across National Borders." (Introduction to special issue.) *American Behavioral Scientist*, 49 (11): 1447-1454

2006    Cecilia Menjívar. "Global Processes and Local Lives: Guatemalan Women's Work at Home and Abroad." *International Labor and Working Class History* 70 (1): 86-105.

2006    Cecilia Menjívar. "Family Reorganization in a Context of Legal Uncertainty: Guatemalan and Salvadoran Immigrants in the United States." *International Journal of Sociology of the Family*, 32 (2): 223-245.

- Reprinted in pp. 90-114, *Globalization and the Family*, edited by Nazli Kibria and Sunil Kukreja. New Delhi & Kuala Lumpur: Ashwin-Anoka Press, 2007.

2006    Cecilia Menjívar. "Liminal Legality: Salvadoran and Guatemalan Immigrants' Lives in the United States." *American Journal of Sociology*, 111 (4): 999-1037.

- Featured in Discoveries: New and Noteworthy Social Research, as "Between 'documented' and 'undocumented.'" *Contexts: Understanding People in their Social Worlds*, 5 (4): 8-9 (2006)

- Winner, Best Article Award, 2007, Latino/a Section, American Sociological Association

2005    *Michelle Moran-Taylor and Cecilia Menjívar. "Unpacking Notions of Return: Guatemalan and Salvadoran Migrants in Phoenix." *International Migration*, 43 (4): 91-131.

2004    Cecilia Menjívar and *Cynthia Bejarano. "Latino Immigrants' Perceptions of Crime and of Police Authorities: A Case Study from the Phoenix Metropolitan Area." *Ethnic and Racial Studies,* 27 (1): 120-148.

2003    Cecilia Menjívar. "Reflections from One Latino Field: Notes from Research Among Central Americans in the United States."  *Cahiers des Amériques Latines*, 42 (1): 69-80.

2003    Cecilia Menjívar. "Religion and Immigration in Comparative Perspective: Salvadorans in Catholic and Evangelical Communities in San Francisco, Phoenix, and Washington D.C." *Sociology of Religion*, 64 (1): 21-45.

- Featured in Discoveries: New and Noteworthy Social Research, as "Different Paths to Americanism," *Contexts: Understanding People in their Social Worlds*, 3 (2): 9 (2004)

2002    Cecilia Menjívar and *Sang Kil. "For Their Own Good: Benevolent Rhetoric and Exclusionary Language in Public Officials' Discourse on Immigrant-related Issues" *Social Justice,* 29(1-2): 160-176.

2002   Cecilia Menjívar and *Olivia Salcido. "Immigrant Women and Domestic Violence: Common Experiences in Different Countries." *Gender & Society*, 16 (6): 898-920.

- Reprinted in pp. 123-136, *Gender Through the Prism of Difference*, Maxine Baca Zinn, Pierrette Hondagneu-Sotelo and Michael A. Messner, eds. Oxford University Press, 2005 (3rd ed).

2002   Cecilia Menjívar. "The Ties that Heal: Guatemalan Immigrant Women's Networks and Medical Treatment." *International Migration Review,* 36 (2): 437-466.

2002   Cecilia Menjívar. "Living in two worlds?: Guatemalan-origin children in the United States and emerging transnationalism." *Journal of Ethnic and Migration Studies,* 28 (3): 531-552.

2002   Cecilia Menjívar. "Structural Changes and Gender Relations in Latin America and the Caribbean." (Introduction to special issue.) *Journal of Developing Societies*, 18 (2-3): 1-10.

2001   Cecilia Menjívar. "Latino Immigrants and Their Perceptions of Religious Institutions: Cubans, Salvadorans, and Guatemalans in Phoenix, AZ." *Migraciones Internacionales* 1 (1): 65-88. (Invited, peer-reviewed article for inaugural issue.)

2001   *Emily Skop and Cecilia Menjívar. "Phoenix: The Newest Latino Immigrant Gateway?" *Association of Pacific Coast Geographers Yearbook*, 63: 63-76.

1999   Cecilia Menjívar. "Religious Institutions and Transnationalism: A Case Study of Catholic and Evangelical Salvadoran Immigrants." *International Journal of Politics, Culture and Society*, 12 (4): 589-612.

- Spanish translation: Instituciones religiosas y transnacionalismo: El caso de inmigrantes salvadoreños católicos y evangélicos, en *Istmo: Revista Virtual de Estudios Literarios y Culturales Centroamericanos*, Vol. 8, 2004.

1999   Cecilia Menjívar. "The Intersection of Work and Gender: Central American Immigrant Women and Employment in California." *American Behavioral Scientist*, 42(4): 595-621.

- Reprinted in pp. 101-126, *Gender and U.S. Immigration: Contemporary Trends*, edited by Pierrette Hondagneu-Sotelo. Berkeley: University of California Press, 2003.

1998   Cecilia Menjívar, Julie DaVanzo, Lisa Greenwell, and R. Burciaga Valdez. "Remittance Behavior of Filipino and Salvadoran Immigrants in Los Angeles." *International Migration Review*, 32 (1): 99-128.

1997   Cecilia Menjívar. "Immigrant Kinship Networks and the Impact of the Receiving Context: Salvadorans in San Francisco in the early 1990s." *Social Problems*, 44 (1): 104-123.

1997   Cecilia Menjívar. "Immigrant Kinship Networks: The Case of Vietnamese, Salvadorans, and Mexicans in Comparative Perspective" *Journal of Comparative Family Studies*, 28 (1): 1-24. (Lead article).

1996   Cecilia Menjívar. "Continuidad, transformación o ruptura?: las experiencias de refugiadas salvadoreñas en Estados Unidos" *Revista Mundial de Sociología* (*World Review of Sociology*) 2: 51-84.

1995   Cecilia Menjívar. "Kinship Networks Among Recent Immigrants: Lessons from a Qualitative Comparative Approach" *International Journal of Comparative Sociology*, 36 (3-4): 97-109.

1995   Cecilia Menjívar. "Immigrant Social Networks: Implications and Lessons for Policy." *Harvard Journal of Hispanic Policy* 8: 35-59.

1994    Cecilia Menjívar. "Salvadorean Migration to the United States in the 1980s: What Can We Learn *About* it and *From* it?" *International Migration* 32 (3): 371-401. (Lead article).

1993    Cecilia Menjívar. "History, Economy, and Politics: Macro and Micro-level Factors in Recent Salvadorean Migration to the United States." *Journal of Refugee Studies* 6 (4): 350-371.

Chapters in Edited Volumes (editor, board, or peer reviewed):

Forthcoming Cecilia Menjívar. "Sociology: Central America." in the *Handbook of Latin American Studies*, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

Forthcoming Cecilia Menjívar, *Andrea Gómez Cervantes, and William Staples. "Masking Punitive Practices: Latina Immigrants' Experiences in the U.S. Detention Complex." In *Violando La Ley: Latinas in the Justice System*, edited by Vera Lopez and Lisa Pasko. New York: New York University Press

Forthcoming Cecilia Menjívar and Shannon Drysdale Walsh. "Gender, Violence, and Migration." *Handbook on Critical Geographies of Migration*, edited by Katharyne Mitchell, Reece Jones, and Jennifer Fluri. Edward Elgar Publishing

Forthcoming Nina Rabin and Cecilia Menjívar. "On Their Own: Immigrant Youth Navigating Legal Systems." Chapter in *Illegal Encounters: The Effect of Detention and Deportation on Young People*, edited by Deborah A. Boehm and Susan J. Terrio. New York University Press.

Forthcoming Cecilia Menjívar. "Undocumented (or Unauthorized) Immigration." In *The Routledge International Handbook of Migration Studies, 2nd Edition*, edited by Steven J. Gold and Stephanie J. Nawyn. Routledge

2018    *Andrea Gómez Cervantes and Cecilia Menjívar. "Mass Deportation: Forced Removal, Immigrant Threat, and a Disposable Labor Force in a Global Context." Pp. 527-546 in *The Handbook of Race, Ethnicity, Crime, and Justice*, edited by Ramiro Martinez Jr., Meghan E. Hollis, and Jacob I. Stowell. Wiley Blackwell.

2018    Cecilia Menjívar and *Andrea Gómez Cervantes. "Immigration" Pp. 319-338 in *The Cambridge Handbook of Social Problems*, Vol. 1, edited by Javier A. Treviño. New York: Cambridge University Press.

2018    Cecilia Menjívar, *Andrea Gómez Cervantes and *Daniel Alvord. "Two Decades of Constructing Immigrants as Criminals." Pp. 193-204 in *The Routledge Handbook of Immigration and Crime,* edited by Holly Ventura Miller and Anthony Peguero. Routledge

2017    Cecilia Menjívar. "Illegality." Pp. 93-96 in *Keywords for Latino Studies*, edited by Deborah R. Vargas, Nancy Raquel Mirabal, and Lawrence La Fountain Stokes. New York: New York University Press.

2017    Bryan Roberts, Cecilia Menjívar and Nestor Rodriguez. "Voluntary and Involuntary Return Migration." (Introduction) Pp. 3-26 in *Deportation and Return in a Border-Restricted World: Experiences in Mexico, El Salvador, Guatemala, and Honduras*. Springer.

2017    Cecilia Menjívar. "Spaces of Legal Ambiguity: Central American Immigrants, 'Street-level Workers,' and Belonging." Pp. 36-52 in *Within and Beyond Citizenship: Borders, Membership, and Belonging*, edited by Roberto G. Gonzalez and Nando Sigona. London & New York: Routledge.

2017    Angélica Reina Paez and Cecilia Menjívar. "Understanding Intersectional Factors Surrounding Providers' Views and Latina Immigrant Victims' Access to Anti-Domestic Violence Services in the Midwest." Pp. 171-188 in *Routledge Handbook on Victims' Issues in Criminal Justice*, edited by Cliff Roberson. New York & London: Routledge

2016    Cecilia Menjívar. "Sociology: Central America." Pp. 519-528 in the *Handbook of Latin American Studies*, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2016    Cecilia Menjívar and *Andrea Gómez Cervantes. "The Effects of Parental Undocumented Status on Families and Children." *Children, Youth, and Families News* (Kalina Brabeck, editor), American Psychological Association.
        http://www.apa.org/pi/families/resources/newsletter/2016/11/undocumented-status.aspx

2016    Cecilia Menjívar. "Normalizing Suffering, Robadas, and Marital Unions among Ladinas in Eastern Guatemala." Pp. 75-85 in *Marital Rape: Consent, Marriage and Social Change in Global Context*, edited by Kersti Yllö and M. Gabriela Torres. Oxford University Press.

2015    Victor Agadjanian, Cecilia Menjívar, and *Arusyak Sevoyan. "The Impact of Male Labour Migration on Women and Households in Rural Armenia." Pp. 203-217 in *Armenians around the World: Migration and Transnationality*, edited by Artur Mkrtichyan. Frankfurt am Main: Peter Lang.

2015    Cecilia Menjívar and María Enchautegui. "Confluence of the Economic Recession and Immigration Laws in the Lives of Latino Immigrant Workers in the United States." Pp. 105-126 in *Immigrant Vulnerability and Resilience: Comparative Perspectives on Latin American Immigrants During the Great Recession*, edited by María Aysa-Lastra and Lorenzo Cachón. Springer

2015    Cecilia Menjívar. "Central American Immigrant Workers: How Legal Status Shapes the Labor Market Experience." Pp. 3-28 in *Immigration and Work (Research in the Sociology of Work)*, Vol. 27, edited by Jody Agius Vallejo. Emerald Group Publishing Ltd.

2014    Cecilia Menjívar. "Implementing a Multilayered Immigration System: The Case of Arizona." Pp. 179-204 in *Hidden Lives and Human Rights in the United States: Understanding the Controversies and Tragedies of Undocumented Immigration*, edited by Lois A. Lorentzen. Santa Barbara, CA: Praeger.

2014    Cecilia Menjívar. "Sociology: Central America." Pp. 47-59 in the *Handbook of Latin American Studies*, Vol., 69, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2014    *Bruce Rogers and Cecilia Menjívar. "Simulating the Social Networks and Interactions of Poor Immigrants." Pp. 336-355 in *Mixed Methods Social Networks Research: Design and Applications*, edited by Silvia Dominguez and Betina Hollstein. New York: Cambridge University Press

2014    Cecilia Menjívar and Susan Coutin. "Challenges of Recognition, Participation and Representation for the Legally Liminal." Pp. 325-330 in In *Migration, Gender and Social Justice*, edited by Tanh-Dam Truong, Des Gasper, Jeff Handmaker and Sylvia I. Berg. Heidelberg & New York: Springer (online 9/2013)

2014    Cecilia Menjívar and Daniel Kanstroom. "Immigrant Illegality:  Constructions, Critiques, and Responses." (Introduction.) Pp. 1-33 in *Constructing Immigrant "Illegality": Critiques, Experiences, and Responses*, edited by Cecilia Menjívar and Daniel Kanstroom. New York: Cambridge University Press.

2013    Victor Agadjanian, Cecilia Menjívar and *Boaventura Cau. "Economic Uncertainties, Social Strains, and HIV Risks: Effects of Male Labor Migration on Rural Women in Mozambique." Pp.

234-251 in *How Immigrants Impact their Homelands*, edited by Susan E. Eckstein and Adil Najam. Durham, NC: Duke University Press.

2013   Carlos Santos, Cecilia Menjívar, and Erin Godfrey. "Effects of SB 1070 on Children." Pp. 79-92 in *Latino Politics and Arizona's Immigration Law SB 1070*, edited by Lisa Magaña and Erik Lee. New York: Springer.

2013   Cecilia Menjívar. "Undocumented (or Unauthorized) Immigration." Pp. 355-365 in *Routledge International Handbook of Migration Studies*, edited by Steven J. Gold and Stephanie J. Nawyn. New York, NY: Routledge Press.

2012   Cecilia Menjívar. "Violencia en la vida de las mujeres en Guatemala." Pp. 211-234 in *Diálogos Interdisciplinarios sobre Violencia Sexual*, edited by Patricia Ravelo Blancas and Héctor Domínguez Ruvalcaba. Mexico, DF: FONCA, Ediciones EON & LLILAS.

2012   Cecilia Menjívar. "Sociology: Central America." Pp. 501-509 in the *Handbook of Latin American Studies*, Vol., 67, Hispanic Division of the Library of Congress, edited by Tracy North and Katherine D. McCann. Austin, TX: University of Texas Press.

2012   Cecilia Menjívar. "U.S. Immigration Law, Immigrant Illegality, and Immigration Reform." Pp. 63-71 in *Agenda for Social Justice: Solutions 2012*, edited by Glenn W. Muschert, Kathleen Ferraro, Brian V. Klocke, Robert Perrruci and Jon Shefner. Nnoxville, TN: Society for the Study of Social Problems.

2011   Cecilia Menjívar. "Mujeres migrantes en el contexto de la globalización: el caso de centroamericanas/os en Estados Unidos." Pp. 173-188 in *Mujeres Escribas: Tejedoras de pensamientos. II Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011*. Guatemala: FLACSO

2011   Rogelio Sáenz, Cecilia Menjívar, and *San Juanita Edilia Garcia. "Arizona's SB 1070: Setting Conditions for Violations of Human Rights Here and Beyond." Pp. 155-178 in *Sociology and Human Rights: A Bill of Rights for the Twenty-first Century*, edited by Judith Blau and Mark Frezzo. Los Angeles, CA: Sage/Pine Forge Press.

   • Reprinted in titled *Governing Immigration Through Crime: A Reader*, edited by Julie Dowling and Jonathan Inda. Stanford, CA: Stanford University Press, 2013

2010   Cecilia Menjívar. "Immigrant Art as Liminal Expression: The Case of Central Americans." Pp 176-196 in *Art in the Lives of Immigrant Communities in the United States*, edited by Paul DiMaggio and Patricia Fernández-Kelly. New Brunswick, NJ: Rutgers University Press.

2010   Cecilia Menjívar. "Latino immigrants, gender and poverty in the United States." Pp. 266-271 in *The International Handbook on Gender and Poverty: Concepts, Research, Policy*, edited Sylvia Chant. Cheltenham, UK: Edward Elgar.

2009   *Sang Kil, Cecilia Menjívar, and Roxanne Doty. "Securing Borders: Patriotism, Vigilantism and the Brutalization of the US American Public." Pp. 297-312 in Immigration*, Crime, and Justice*, edited by William F. McDonald. Bingley, UK: Emerald/JAI Press.

2009   Cecilia Menjívar and *Leisy J. Abrego. "Parents and Children across Borders: Legal Instability and Intergenerational Relations in Guatemalan and Salvadoran Families." Pp. 160-189 in *Across Generations: Immigrant Families in America*, edited by Nancy Foner. New York: New York University Press.

- Italian translation: "Genitori e figli confine: instabilità legale e rapporti intergenerazionali nelle famiglie guatemalteche e salvadoregne." *Famiglie Migranti*, ed Maurizio Ambrosini, in *Mondi Migranti: Rivista di studi e ricerche sulle migrazione internazionali*, 1: 7-34, 2009 (lead article).

2009   Nestor P. Rodríguez and Cecilia Menjívar. "Central American Immigrants and Racialization in a PostCivil Rights Era." Pp. 183-199 in *How the United States Racializes Latinos: White Hegemony and its Consequences*, edited by José A. Cobas, Jorge Duany, and Joe R. Feagin. Boulder & London: Paradigm Publishers.

- Reprinted in the 2nd edition of the volume, published by Routledge, New York, 2016

2008   Cecilia Menjívar and Rubén G. Rumbaut. "Rights of Migrants." Pp. 60-74 in *The Leading Rogue State: The United States and Human Rights*, edited by Judith Blau, David L. Brunsma, Alberto Moncada, and Catherine Zimmer. Boulder, CO & London: Paradigm Publishers.

2007   Cecilia Menjívar. "Salvadorans." Pp. 412-420 in *The New Americans: A Guide to Immigration Since 1965*," edited by Mary Waters C. and Reed Ueda. Cambridge, Mass.: Harvard University Press.

2006   Cecilia Menjívar. "Serving Christ in the Borderlands: Faith Workers Respond to Border Violence." Pp. 104-121 in *Religion and Social Justice for Immigrants*, edited by Pierrette Hondagneu-Sotelo. Rutgers University Press.

2006   *Sang Hea Kil and Cecilia Menjívar. "The "War on the Border:" The Criminalization of Immigrants and the Militarization of the U.S.-Mexico Border." Pp. 164-188 in *Immigration and Crime: Ethnicity, Race and Violence*, edited by Ramiro Martinez, Jr. and Abel Valenzuela, Jr. New York University Press.

2005   Cecilia Menjívar and Néstor Rodríguez. "State Terror in the U.S.-Latin American Interstate Regime. (Introduction.) Pp. 3-27 in *When States Kill: Terror in the U.S.-Latin American Interstate Regime*, edited by Cecilia Menjívar and Néstor Rodríguez. Austin: University of Texas Press.

2005   Cecilia Menjívar and Néstor Rodríguez. "New Responses to State Terror." (Conclusion.) Pp. 335-346 in *When States Kill: Terror in the U.S.-Latin American Interstate Regime*, edited by Cecilia Menjívar and Néstor Rodríguez. Austin: University of Texas Press.

2005   Cecilia Menjívar. "Immigrants and Refugees." Pp. 307-318 in *Companion to Gender Studies*, edited by Philomena Essed, David Theo Goldberg, and Audrey Kobayashi. London: Blackwell Publishers.

2004   Cecilia Menjívar. "El Salvador." Pp. 155-171 in *Teen Life in Latin America and the Caribbean*, edited by Cynthia Margarita Tompkins and Kristen Sternberg. Westford, Conn: Greenwood Press.

2004   Flavio Francisco Marsiglia and Cecilia Menjívar. "Nicaraguan and Salvadoran Children and Families," Pp. 253-273 in *Culturally Competent Practice with Immigrant and Refugee Children and Families*, edited by Rowena Fong. New York: Guilford Publications.

2002   Cecilia Menjívar and Lisa Magaña. "Immigration to Arizona: Diversity and Change." Pp. 53-71 in *Arizona Hispanics: The Evolution of Influence*, 81st Arizona Town Hall, edited by Louis Olivas. Tempe: Arizona State University.

- Reprinted in Arizona as a Border State—Competing in the Global Economy, 86th Arizona Town Hall, 2005.

2002    Geeta Chowdhry and Cecilia Menjívar. "(En)Gendering Development, Race(ing) Women's
        Studies: Core Issues in Teaching Gender and Development." Pp. 133-152 in *Encompassing
        Gender: Integrating International Studies and Women's Studies*, edited by Mary L.Lay, Janice
        Monk, and Deborah S. Rosenfelt. New York: The Feminist Press.

1999    Cecilia Menjívar. "Salvadorans and Nicaraguans: Refugees Become Workers." Pp. 232-253 in
        *Illegal Immigration in America: A Reference Handbook*, edited by David Haines and Karen E.
        Rosenblum. Westport, Conn.: Greenwood Press.

1992    Anita Leal and Cecilia Menjívar. "Xenophobia or Xenophilia?: Hispanic Women in Higher
        Education,". Pp. 93-103 in *Perspectives on Minority Women in Higher Education*, edited by L.B.
        Welch. New York, Westport & London: Praeger.

Encyclopedia Contributions (board of editors reviewed)

Forthcoming *Haruna Fukui and Cecilia Menjívar. "Gender and Social Networks of Migrants."
        *Encyclopedia of Migration*, edited by Susan K. Brown and Frank D. Bean, Springer Reference

2016    Leisy Abrego and Cecilia Menjívar. "Immigration in the United States." *Encyclopedia of Family
        Studies*, edited by Constance L. Shehan, Willey-Blackwell
        DOI: 10.1002/9781119085621.wbefs006

2016    Cecilia Menjívar. "Salvadorans Immigrants to the United States." *The Blackwell Encyclopedia of
        Race, Ethnicity and Nationalism*. doi: 10.1002/9781118663202.wberen084

2016    Cecilia Menjívar. "Guatemalan Immigrants to the United States" *The Blackwell Encyclopedia of
        Race, Ethnicity and Nationalism*. doi: 10.1002/9781118663202.wberen083

2015    Cecilia Menjívar. "Migrant Children: and the U.S. Crisis of Policy" (Special Report: World Affairs).
        Pp 370-371in Book of the Year, Events of 2014, edited by Karen Sparks. *Encyclopedia Britannica*.

2013    Cecilia Menjívar. "Immigrant Workers." *Sociology of Work: An Encyclopedia*, Vol. 1: 415-420,
        edited by Vicki Smith. Los Angeles, CA: Sage.

2013    Cecilia Menjívar "Salvadorans" *ABC-Clio Encyclopedia of American Immigration*, edited by
        Elliott R. Barkan.

2013    Cecilia Menjívar. "Central America: Gender and Migration." Pp. 897-901 in *Encyclopedia of
        Global Human Migration*, Vol. 2, edited by Immanuel Ness et al. Malden, MA: Wiley Blackwell.

2013    Cecilia Menjívar. "Domestic Violence, Abuse, and Migration." Pp. 1251-1256 in *Encyclopedia of
        Global Human Migration*, Vol. 3, edited by Immanuel Ness et al. Malden, MA: Wiley Blackwell.

2009    Cecilia Menjívar. "Children and Immigration: Historical and Cultural Perspectives." Pp. 481-484
        in *The Child: An Encyclopedic Companion*, edited by Richard A. Shweder, with Thomas R.
        Bidell, Anne C. Dailey, Suzanne D. Dixon, Peggy J. Miller, and John Modell. Chicago: The
        University of Chicago Press

2008    Cecilia Menjívar. "Central Americans." Pp. 278-282 in *Encyclopedia of Race and Racism, 3 vols.*
        ed. by John Hartwell Moore. Detroit: Macmillan Reference USA

2006    Cecilia Menjívar. "Social Networks." Pp. 313-316 in *Immigration in America Today: An Encyclopedia*,
        edited by James Loucky, Jeanne Armstrong, and Larry J. Estrada. Westport CT:  Greenwood.

2006    Cecilia Menjívar. "Central Americans." Pp. 134-137 in *Latinas in the United States: A Historical Encyclopedia*, Volume 1, edited by Vicki L. Ruiz and Virginia Sánchez-Korrol. Indiana University Press.

2005    Cecilia Menjívar. "Central Americans." Pp. 294-303 in *The Oxford Encyclopedia of Latinos and Latinas in the United States* (Vol.1), edited by Suzanne Oboler and Deena J. González. Oxford, England: Oxford University Press.

- Reprinted in pp. 129-134, *Encyclopedia of Latino/as in Politics, Law, and Social Movements*, edited by Suzanne Oboler and Deena J. González, Oxford University Press, 2016.

2001    Cecilia Menjívar. "Central America." Pp. 1099-1108 in *Encyclopedia of American Immigration*, edited by James Ciment. Armonk, New York: M.E. Sharpe.

2000    Menjívar, Cecilia. "Immigration." Pp. 1123-1126 in *Routledge International Encyclopedia of Women: Global Women's Issues and Knowledge*, Volume 3, edited by Cheris Kramarae and Dale Spender. New York: Routledge.

Preface, Essays & Commentary

2017    Cecilia Menjívar "Studying Central Americans in Latino Studies." *Latino Studies*, 15 (1): 91-94

2017    Cecilia Menjívar. Preface. Pp. xi-xv in *Violence and Crime in Latin America: Representations and Politics*, edited by Gema Santamaria and David Carey Jr. Oklahoma University Press.

2016    Cecilia Menjívar. Review essay, *Everyday Illegal,* based on *Everyday Illegal: When Policies Undermine Immigrant Families*, by Joanna Dreby. *Sociological Forum*, 31 (3): 724-728

2016    (with Peter Rolhoff and others) "Fertility Awareness Methods Are Not Modern Contraceptives: Defining Contraception to Reflect Our Priorities." *Global Health Science & Practice, 4 (2): 342-345*

2013    Cecilia Menjívar. "When Immigration Policies Affect Immigrants' Lives: Commentary." Response to "How do Tougher Immigration Measures Impact Unauthorized Immigrants?" by Catalina Amuedo Dorantes, Thitima Puttitanun, and Ana P. Martinez-Donate. *Demography*, 50 (3): 1097-1099.

2012    Cecilia Menjívar. Comment to "Awakening to a Nightmare," by Roberto G. Gonzales and Leo R. Chavez. *Current Anthropology* 53 (3): 272.

2011    Cecilia Menjívar. "Long-term Family Separations and Unaccompanied Children's Lives." Response to "Voice, Agency, and Vulnerability: the Immigration of Children through Systems of Protection and Enforcement" by Aryah Somers. *International Migration* 49 (5): 17-19.

2009    Cecilia Menjívar. "Who Belongs and Why." Response to article, "Which American Dream Do You Mean?" by David Stoll. *Society*, 46 (5): 416-418

2008    Havidán Rodríguez, Rogelio Sáenz, and Cecilia Menjívar. (Preface.) Pp. xv-xxiii in *Latinos/as in the United States: Changing the Face of América.* New York*: Springer

2004    Cecilia Menjívar. "Response to Levitt: Limits of Transnationalism." *Contexts*, 3 (3): 5

Other Non-refereed Professional Publications

2018    Rogelio Sáenz and Cecilia Menjívar. "U.S. should own up to its role in the plight of Salvadorans." *The Houston Chronicle*, January 13th http://www.houstonchronicle.com/opinion/outlook/article/Saenz-U-S-should-own-up-to-its-role-in-the-12496957.php?utm_campaign=email-premium&utm_source=CMS%20Sharing%20Button&utm_medium=social

         Reprinted in *La Voz de Esperanza*, San Antonio, TX, Vol. 3 (1): 10-11 (February)

2017    Cecilia Menjívar. "Immigrant Rights Under Siege." Featured article, ASA Section on Human Rights Newsletter, Fall issue, pp. 4-6

2017    Cecilia Menjívar and Shannon Drysdale Walsh. "The Architecture of Feminicide." http://www.panoramas.pitt.edu/larr/architecture-feminicide-state-inequalities-and-everyday-gender-violence-honduras Latin American Research Review blog

2014    Cecilia Menjívar. "Reflecting on Enduring Violence." *Society,* 51 (4): 401-403.

2014    "Enduring Violence." *Gender & Society* blog:
         http://gendersociety.wordpress.com/2014/03/26/enduringviolence/

2010    "Letter from Immigrant Mothers in Phoenix." MomsRising.org, May 29,
         https://www.momsrising.org/blog/letter-from-immigrant-mothers-in-phoenix

2009    "Immigration Reform: A Country Divided, Or a Richer Society?" *Religion Dispatches*, November 20. http://www.religiondispatches.org/

         • Also published in *Faith in Public Life*:
           http://faithinpubliclife.org/content/news/2009/11/immigration_reform_a_country_d.html

2008    Cecilia Menjívar. "Los inmigrantes salvadoreños en "limbo legal" en Estados Unidos." El Faro Académico, El Faro (El Salvador's on line newspaper) November 26th.
         http://www.elfaro.net/secciones/academico/20081124/academico1.asp

2001    Cecilia Menjívar. "'Papers' offer opportunity, justice for undocumented." *The Arizona Republic,* Sunday, August 5, 2001, V3.

         • Reprinted in Crime and Juvenile Delinquency Division Newsletter, SSSP, Fall 2001.

2001    Cecilia Menjívar. "Latino Immigrants and Views of Crime and Police Authorities in the Phoenix Metropolitan Area." *World on the Move*, Newsletter of the International Migration Section, American Sociological Association, Volume 7, Number 2. (Spring)

Working Papers, Reports and Conference Proceedings

2018    Cecilia Menjívar and Andrea Gómez Cervantes. El Salvador: Civil War, Natural Disasters, and Gang Violence Drive Migration. Washington, DC: Migration Policy Institute
         https://www.migrationpolicy.org/article/el-salvador-civil-war-natural-disasters-and-gang-violence-drive-migration

2017   Cecilia Menjívar. Temporary Protected Status in the United States: The Experiences of Hondurans and Salvadorans http://ipsr.ku.edu/migration/pdf/TPS_Report.pdf

2015   Mary Waters and Marisa G. Pineau. (Eds.) (Contributing author.) The Integration of Immigrants into American Society, Report of the Committee on Immigrant Integration, National Academy of Sciences, Engineering, Medicine. Washington, DC: National Academy Press. (Peer reviewed)

2015   Cecilia Menjívar. "Country Conditions: Mexico, Guatemala, Honduras and El Salvador." Prepared for Women on the Run report. Washington DC: UNHCR

2013   Cecilia Menjívar and William P. Simmons. "Insecure Communities in Maricopa County: Latino Perceptions of Police Involvement in Immigration Enforcement." Report prepared for the National Day Labor Organizing Network/Puente, presented at the Insecure Communities and Community Mistrust forum, Phoenix, AZ, December 11th.

2013   Cecilia Menjívar and Olivia Salcido. "Gendered Paths to Legal Status: The Case of Latin American Immigrants in Phoenix, Arizona." (Special Report) Washington, DC: Immigration Policy Center, American Immigration Council. http://www.immigrationpolicy.org/special-reports/gendered-paths-legalstatus-case-latin-american-immigrants-phoenix-arizona

2012   Cecilia Menjívar and Leisy Abrego. "Legal Violence in the Lives of Immigrants: How Immigration Enforcement Affects Families, Schools, and Workplaces." Washington, DC: Center for American Progress. http://www.americanprogress.org/issues/immigration/report/2012/12/11/47533/legal-violencein-the-lives-of-immigrants/

2008   Cecilia Menjívar. "Unaccompanied Migrant Children: A First Step at Mapping What We Know." Report prepared for FUNDEMEX, ASU's Office of the President, and the Office of the First Lady of Mexico. April 27th. (CePoD Working Paper #2008-108)

2005   Cecilia Menjívar. "Migraciones y Transformaciones en la Familia." (Chapter 7). Informe sobre Desarrollo Humano (Human Development Report), United Nations Development Program, San Salvador, El Salvador. http://www.desarrollohumano.org.sv/migraciones

2000   Cecilia Menjívar. "Networks and Religious Communities Among Salvadoran Immigrants in San Francisco, Washington D.C., and Phoenix." Center for Comparative Immigration Studies, University of California, San Diego, Working Paper No. 25.

1999   Cecilia Menjívar et al. "Contemporary Latino Migration to the Phoenix Metropolitan Area." Report presented to the Center for Urban Inquiry, Arizona State University.

1995   Cecilia Menjívar. "Social Networks Among Salvadorans in California." Pp. 47-51 in *Central Americans in California: Transnational Communities, Economies and Cultures*, edited by Nora Hamilton and Norma Chinchilla. The Center for Multiethnic and Transnational Studies, University of Southern California, Occasional Papers Series, Monograph No.1.

1994   Cecilia Menjívar. "Social Networks Dynamics: Implications for Salvadoreans in San Francisco." *University of California, Berkeley Chicano/Latino Policy Project* Working Paper, Vol 2, No.1.

Book Reviews (2005 to present)

2016   In Harm's Way: The Dynamics of Urban Violence, by Javier Auyero and María Fernanda Berti. Princeton and Oxford: Princeton University Press, 2015. *American Journal of Sociology,* 122 (1): 292-294

2016    Skills of the 'Unskilled': Work and Mobility among Mexican Migrants, by Jacqueline Maria Hagan, Rubén Hernández-León, and Jean-Luc Demonsant, Oakland, CA, University of California Press, 2015. *Ethnic and Racial Studies* DOI: 10.1080/01419870.2016.1178791

2015    Adiós Niño: The Gangs of Guatemala City and the Politics of Death, by Deborah T. Levenson. Durham, NC: Duke University Press, 2013. *Contemporary Sociology*, 44 (3): 375-377

2015    Violence against Latina Immigrants: Citizenship, Inequality, and Community, by Roberta Villalón. New York: New York University Press, 2010. *Social Forces*, 93(4): e106-107

2014    Intimate Migrations: Gender, Family, and Illegality Among Transnational Mexicans, by Deborah A. Boehm. New York and London: New York University Press, 2012. *Journal of Latin American Anthropology*, 46 (1): 213-214

2014    The Militarization of Childhood: Thinking beyond the Global South, edited by Marshall Beier. New York: Palgrave Macmillan, 2011. *Contemporary Sociology,* 43 (2): 192-194

2009    Migration Miracle: Faith, Hope, and Meaning of the Undocumented Journey, by Jacqueline Maria Hagan. Cambridge, MA: Harvard University Press, 2008. *Contemporary Sociology*, 38 (6): 529-531.

2009    God's Heart Has No Borders: How Religious Activists are Working for Immigrant Rights, by Pierrette Hondagneu-Sotelo. Berkeley: University of California Press, 2008. *Journal of Church and State*, 51 (1): 159-160.

2009    God Needs No Passport: Immigrants and the Changing American Religious Landscape, by Peggy Levitt. New York & London: The New Press. *American Journal of Sociology*, 114 (5): 1578-1580.

2008    Deflecting Immigration: Networks, Markets, and Regulation in Los Angeles, by Ivan Light. Russell Sage Foundation, 2006. *Social Forces* 87 (2): 1158-1161

2008    Sacred Assemblies and Civic Engagement: How Religion Matters for America's Newest Immigrants. By Fred Kniss and Paul D. Numrich. 2007. New Brunswick, NJ: Rutgers University Press, 2007. *Journal for the Scientific Study of Religion*: 47 (3): 522-523.

2006    Landscapes of Struggle: Politics, Society, and Community in El Salvador, edited by Aldo Lauria Santiago and Leigh Binford. Pittsburg: University of Pittsburg Press, 2004. *Journal of Latin American & Caribbean Anthropology* 11 (2): 471-473.

2006    Immigrants at the Margins: Law, Race, and Exclusion in Southern Europe, by Kitty Calavita. Cambridge: Cambridge University Press, 2005. *Law & Society Review* 40 (4): 965-967.

2005    Paradise in Ashes: A Guatemalan Journey of Courage, Terror and Hope, by Beatriz Manz. Berkeley: University of California Press, 2004. *Contemporary Sociology* 34 (6): 653-655.

2005    Migration, Mujercitas, and Medicine Men: Living in Urban Mexico, by Valentina Napolitano. Berkeley: University of California Press, 2002. *Gender & Society* 19 (5): 706

2005    Salvadoran Migration to Southern California: Redefining El Hermano Lejano, by Beth Baker-Cristales. Gainesville: University Press of Florida, 2004. *Journal of Latin American & Caribbean Anthropology* 10 (1): 251-252.

2005    A Courtship after Marriage: Sexuality and Love in Mexican Transnational Families, by Jennifer S. Hirsch. Berkeley: University of California Press, 2003. *Gender & Society 19* (1): 126-128.

**Funded Research**

National

2017-2018 "Mixed-Status Families: Power, Identity, and Community." NSF Dissertation Improvement Grant, Role: PI (Andrea Gómez Cervantes, co-PI).

2015-2020 "Family Migration Context and Early Life Outcomes." NIH/NICHD Program Grant # P01HD080659.  Role: Co-Investigator, with others (Program Director: Jennifer Glick).

2014     American Sociological Association/National Science Foundation Travel Grant to ISA, ($1,500)

2014-2016 "Behavioral and Institutional Barriers to HIV Prevention Among Migrant Women." NICHD 1R21HD078201-01 Role: Co-Investigator (Victor Agadjanian, PI)

2013-2016 "Distal Factors and Proximal Settings as Predictors of Latino Adolescents' Activities: Insights from Mixed Methods." W.T. Grant Foundation. Role: Co-PI (Sandra Simpkins, PI)

2010-2015 "School-based Prevention for Childhood Anxiety." NIMH 1K01MH086687-01A1 Role: Qualitative Methods Consultant/Expert (Armando Piña, PI)

2008-2013. "Childbearing Dynamics in a Setting of High HIV Prevalence and Massive ART Rollout." NIH/NICHD R01 HD058365. Role: Co-PI (Victor Agadjanian, PI)

2008-2009 "Direct to Consumer Advertising of Psychotropic Medications: Effects for Consumers, Physicians and Society at Large." NSF Dissertation Improvement Grant, Role: PI (Jennifer Arney, Co-PI)

2007– 2012 "Health Disparities Research at SIRC: Cultural Processes in Risk and Resiliency. NIH/National Center on Minority Health and Health Disparities, P20 MD002316-01 Role: Co-investigator, with others (Flavio Marsiglia, director)

2006-2010 "Religious Institutions and HIV/AIDS Prevention and Care" NIH/NICHD, R01HD05175. Role: Co-PI (Victor Agadjanian, PI)

2006-2008 "Men's Migration and Women's HIV/AIDS Risks." NIH/NICHD 1R21HD048257-01A1 Role: Co-PI (Victor Agadjanian, PI)

2004     "Organized Religion and HIV/AIDS in Mozambique." NIH/NICHD Supplement to Grant R03 HD043675 Role: Co-PI (Victor Agadjanian, PI)

1995-1997 "Health Care Choices During Pregnancy and Illness." NIH/NICHD Minority Investigator Research Supplement to Grant R01 HD27361-06S1 (P.I. of parent project: Anne R. Pebley)

1990-1991 American Sociological Association Dissertation Research Grant

Internal

2013     "Austere Borderlands: Recession, Migration, and Contested Means of Belonging in the E.U." PI (Co-PIs: Megan Carney and Laia Soto-Bermant). Institute for Humanities Research, Arizona State University. ($12,000)

2013     Comparative Border Studies Initiative ($4,500)

2012     "Mapping Affect to Understand and Impede the Reproduction of Violence in Latin America." College of Liberal Arts and Sciences, Arizona State University. Co-PI with Cynthia Tompkins et al. ($20,000)

2005-2007 Mexican American and U.S. Latino Research Center, Texas A&M (Immigration from El Salvador), CoPI (Nadia Flores, PI) ($19,500)

2006     Elizabeth Guillot Award, Sociology Program, Arizona State University ($3,000).

2003-2004 "Examining Poverty in the U.S. Southwest." Arizona State University Vice President for Research Office, Co-PI with Laura Peck, Elizabeth Segal and Myla Vicente Carpio. ($45,859)

2002     "The Social Worlds of Women: Class, Context, and Culture in Rural Guatemala." Women's Studies Summer Research Grant, Arizona State University. ($2,000)

2000-2001 "People in Motion Seminar." Grant from Arizona State University to eight professors studying immigration issues, coordinator by Brian Gratton, Arizona State University. ($2500)

2000     "The Phoenix Metropolitan Area: A New Latino Immigration Gateway." Dean's Incentive Grant. College of Public Programs, Arizona State University ($4,800)

1999     "Class, Context and Culture and in Rural Guatemalan Women's Networks." Center for Latin American Studies, Arizona State University. ($1,100) (Summer)

1999     "New Settlement Patterns of Latino Immigrants in the Phoenix Metropolitan Area." Dean's Incentive Grant. College of Public Programs, Arizona State University ($5,000)

1999-2000 "Latino Immigration to the Phoenix Metropolitan Area." Graduate Scholars Special Grant from the Center for Urban Inquiry to Cindy Bejarano, Eugene Arene and Emily Skop Faculty Sponsor/Advisor/Coordinator. ($6,993)

1998-1999 "Contemporary Latino Migration to the Phoenix Metropolitan Area." Special Grants, Center for Urban Studies, Arizona State University. ($9,003).

1998-1999 "Family and Gender in New Settlement Patterns of Latino Immigrants to the Phoenix Metropolitan Area." Dean's Incentive Grant. College of Public Programs, Arizona State University ($5,000).

1997-1998 "Guatemalan Immigrant Women's Networks." Faculty Grant in Aid. Arizona State University. ($5,350.).

1997   "Economic and Political Justice: Refugee Migrations in the late 20th Century." Dean's Incentive Grant. College of Public Programs, Arizona State University ($5,000.).

1996   "Class, Context, and Culture: Guatemalan Women's Networks." Dean's Incentive Grant College of Public Programs, Arizona State University ($4,952).

1996   "Salvadoran Women's Networking." Women's Studies Summer Research Grant. Women's Studies Center, Arizona State University ($2,300).

1989-1990 University of California Regents, Graduate Student Research Grant. ($5000).

1989-1990 California Policy Seminar, Technical Research Grant. ($2,500)

## Keynote and Distinguished Lectures (2006 to present)

2018   "Law, the Media and the Criminalization of Immigrants: Constructions and Consequences." Henry M. Jackson Endowed Lecture in International Relations, Whitman College, February 28th

2017   "Gender-based Violence across the Global South: Learning *about* it and *from* it." "Gendered Violence in the Global South" Conference, University of South Wales, Sidney, Australia, December 6th

2017   "Immigration Law, Hostile Contexts, and the Membership of Latino Immigrants." Keynote lecture, Latin American and Latino Studies, University of Arkansas, April 4th

2017   "Immigration Law in the Lives of Immigrants: Membership, Citizenship, and Exclusion?" Keynote lecture, Center for Latina/o Studies in the Americas, University of San Francisco, February 27th.

2016   "Country Conditions for the Migration of Central American Women," Plenary Session, CLINIC (Catholic Legal Immigration Network, Inc.) Convening, Sheraton Hotel, Kansas City, MO. May 24th.

2015   "Central American Immigrants Navigate the US Ethnoracial Landscape." Keynote lecture, Rethinking Race: USC's Centennial Celebration Conference, University of Southern California, October 28-19

2015   "U.S. Immigration Law and the Reconfiguration of Immigrant Families." The 2015 Albert Morris Lecture, Department of Sociology, Boston University, April 29th

2014   "The Reconfiguration of Immigrant Latino Families." Bold Aspirations Lecture, Office of the Provost, University of Kansas, October 21st.

2014   "The Reconfiguration of Immigrant Latino Families in Light of the Current Immigration Regime." Latin American & Latino Studies Distinguished Lecture, University of California, Santa Cruz, May 14th

2013   "Multi-layered Legislation, Enforcement Practices, and Piecemeal Immigration Policies: What Can We Learn From and About Today's Approaches?" Keynote Address, Latino Communities in Old and New Destinations: Multi-disciplinary Perspectives to Assessing the Impact of Legal Reforms Conference, University of South Florida, November 8th

2013   "Immigrants' Lives, Immigration Laws and Reflections for Reform." The Bastian Foundation Diversity Lecture Series, Westminster College, Salt Lake City, September 27th

2013   "A Reflection on Immigration, Violence and Vulnerability." The Cole Lecture, 31st Annual Sociology and Anthropology Symposium, Wheaton College, Norton, MA January 30-31

2012   "Immigration and Religious Communities: Challenges to Public Life." Plenary Session, Society for the Scientific Study of Religion and Religious Research Association, Phoenix, AZ, November 9-11

2012   "Borders, Migration, Community: Arizona and Beyond" Preconference Lecture, International Communication Association, Phoenix, Arizona, May 24th

2012   "The Power of the Law: Central Americans' Legality in Everyday Life." Featured speaker, Central Americans and the Latino/a Landscape: New Configurations of Latina/o America Conference, LLILAS/CMAS, University of Texas, Austin, February 24th.

2011    "Everyday Violence in the Lives of Ladina Guatemalans." ADVANCE Distinguished Lecture, Kansas State University, Oct 21st

2011    "Migración Femenina Centroamericana en Estados Unidos." Conferencia magistral, II Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011. FLACSO, Guatemala City, Guatemala, May 6th

2011    "Latino Immigrant Lives: Reflections for Reform." The 20th Anniversary Daniel S. Sanders Peace and Social Justice Lecture, University of Illinois, Urbana-Champaign, May 2nd

2010    "Living in Legal Limbo: Latino Immigration in Arizona." Keynote Address, Changing Face of America Conference: Immigration and Social Policy, San Jose State University, Oct 23rd.

2010    "Citizenship, Exclusion, and the Contemporary Immigration Regime. Opening Keynote Lecture, 10th conference on Globalization and Social Responsibility, St Olaf College, February 26th, and "Gender and Families Left Behind in the Context of Migration," February 27th.

2009    "Immigration, Citizenship, and Exclusion: Latin-American Immigrants and the Contemporary Immigration Regime." Alpha Kappa Delta Distinguished Lecture, American Sociological Association Meetings, San Francisco, August 8th.

2008    "Violence Against Immigrants: The Border and Beyond." Keynote speaker, Lives on the Edge: Immigration and Politics Along the U.S.-Mexico Border Workshop, University of Arizona May 2nd.

2008    "Domestic Violence and Immigrant Families." Plenary panel: "The Role of Families in Integration." Tenth Metropolis Conference, Halifax, NS, Canada, April 3-6

2007    "Immigration Policy and Family Reorganization: Experiences of Salvadoran and Guatemalan Immigrants." Keynote speaker for the year's colloquium series, Department of Sociology, University of North Carolina, Greensboro, March 23rd

2006    Closing Remarks, Latina/o Migration: Local and National Challenges, University of Illinois, Urbana Champaign, October 11th.

**Invited Presentations/Lectures (2006 to present)**

2018    "Ethics & human subjects today: legal rights & limits for researchers," "Collecting data on Undocumented: Fieldwork Techniques." Summer Institute in Migration Research Methods, BIMI, UC Berkeley, June 18th

2018    "The Legal Violence of the 2017 Executive Orders: Effects on Latino Immigrants and White Residents in Rural America." LALACS, Dartmouth College, May 23th

2017    Temporary Protected Status in the United States: The Experiences of Hondurans and Salvadorans
        --Legislative briefing, Cannon Building 122 (House), Washington DC, June 23rd
        --Presentación, National TPS Conference, All Souls Church, Washington DC, June 24th

2017    "Temporary Legal Statuses and Transformations of the Immigrant Self." Center for Comparative Migration Studies, UC San Diego, May 25th

2016    "Geopolitics, Securitization, and the Definitional Question in Asylum Admissions: The Case of Central Americans Then and Now." Shifting Landscapes of Asylum in North America, Canada Program, Weatherhead Center for International Affairs, Harvard University, May 2-3.

2015-2016 *The Integration of Immigrants into American Society Report*, National Academy of Sciences, Engineering, and Medicine. Panelist.
        --Congressional Briefing, Rayburn House of Representatives Building, DC, March 11, 2016
        -- National Immigrant Integration Conference, December 14, 2015
        --National Academy of Sciences, Engineering, and Medicine Washington, DC, September 28, 2015

2015    "Immigration Law and Immigrant Families." Department of Sociology, Yerevan State University, Yerevan, Armenia, May 13th

2015    "The Reconfiguration of Immigrant Families through Law." The Kercher Symposium Series, Department of Sociology, Western Michigan University, April 8th

2015    "Central America: Migration Trends" brief. Bureau of Western Hemisphere Affairs, Department of State, Washington DC, January 7th

2014    "Immigration Laws and Immigrant Families." OLLAS Lecture Series, Office of Latino/Latin American Studies, University of Nebraska, Omaha, November 11th.

2014    "The Transformative Effects of Immigration Law." CLASS Workshop, Gould School of Law, University of Southern California, September 29th.

2014   "Transformative Effects of Immigration Law on Families." Department of Sociology, UCLA, April 6th

2013   "Enduring Violence: Ladina Women's Lives in Guatemala." Department of Sociology, University of Pennsylvania, November 20th.

2013   "Transformative Effects of Immigration Law." Center for Migration and Development, Princeton University, May 9th.

2013   "Legal Violence: Short and Long Term Effects on Immigrants." Population Studies & Training Center, Brown University, May 2nd.

2012   "Legal Violence in the Lives of Immigrants: How Immigration Enforcement Affects Families, Schools, and Workplaces." (Cecilia Menjívar and Leisy Abrego). Capstone event of Documenting the Undocumented Series, Center for American Progress, Washington, DC, December 11th.

2012   "Criminalization of Immigrants: Effects on the ground." Krost Symposium, Texas Lutheran University, October 4th.

2012   "Enduring Violence in Guatemala's Women's Lives." Department of Sociology, Northern Arizona University, September 25th.

2012   "Hyper Awareness of the Law in Central American Immigrants' Everyday Life." Center for Race, Ethnicity and Politics, UCLA, April 18th.

2012   "Enduring Violence: Ladina Women's Lives in Guatemala." UCLA "Untold Histories: Transnational Voices of Central Americans" series, and California State University, Los Angeles Chicano Studies and Latin American Studies, February 2nd.

2011   "Living in Legal Limbo: Latino Immigrants in Arizona's Immigration Regime." University of California, Merced, March 14th

2010   "A Framework of Vulnerability and Violence." What Katrina Can Tell Us About Race, Class, and Gender in These United States Meeting, Social Science Research Council, New York, November 12th-13[th].

2010   "Central Americans' Legality and Everyday Life in Phoenix, Arizona." Center for Multicultural Studies, University of California, Santa Barbara, May 3rd

2010    "El impacto de las leyes migratorias en la vida de centroamericanos en Estados Unidos: el caso de Phoenix, Arizona." Seminario Permanente de Migración, Colegio de La Frontera Norte, Tijuana, BC, Mexico, April 9th.

2010   "Family, Border Justice, and Policy." 7th Border Justice Series Conference, Social Justice and Human Rights Program, Arizona State University West, March 25th

2009   "Legal Violence: Contemporary U.S. Immigration Law and Central American Lives." Marcos & Conceptos: A Critical Latin/a American Studies Symposium." American Studies and Ethnicity Program, University of Southern California, April 17th.

2009    "Immigration and Legality." Global Initiative Speaker Series, Northern Arizona University, March 4th.

2008   "Legal Violence?: Immigration Law in the Lives of Central Americans in the United States." Department of Sociology, Department of Chicano/Latino Studies, and Center for Research on Latinos in a Global Society, University of California, Irvine, May 9th.

2008   "Men's Migration and the Women who Stay." Department of Sociology's Workshop on Economic Sociology and Center for Migration Studies, Princeton University, April 28th.

2008   "International Perspectives on Migration and the Family: Research from the United States." Family Migration Pre-Conference Day, St. Mary's University, Halifax, NS, Canada April 3rd.

2008   "Central American Immigrant Families and Contemporary Immigration Law: Redefinition, Reorganization or Breakdown?" Latino and Hispanic Caribbean Studies, Rutgers University Latin American Studies, and Center for Latino Arts & Culture, Rutgers University March 26th.

2007   "Legal Violence and the Family Lives of Central American Immigrants." Institute for the Study of Social Change, University of California, Berkeley, November 8th.

2007    "Immigration Policy and Family Reorganization: Experiences of Salvadoran and Guatemalan Immigrants." Mason Migration Project/Department Sociology, George Mason University, March 22nd.

2006   Primer encuentro de latinidades: Una mirada crítica a los movimientos y realidades de los emigrantes hispanoamericanos en los Estados Unidos, especialista participante. Convenio Andrés Bello, Bogotá, Colombia, Dec 15-16.

2006   "Law Against the Family: Salvadoran and Guatemalan Immigrant Families and Immigration Law." Department of Sociology, UCLA December 7th.

2006 "Religion and the Contexts of Exit and Reception in Immigrants' Lives: Observations from Phoenix." CORRUL/Department of Sociology, Rice University, November 10th

2006 "Las nuevas familias centroamericanas en tiempos de migración." Taller Centroamericano de la Red Internacional de Migración y Desarrollo (RIMD), Programa de Naciones Unidas para El Desarrollo (PNUD) El Salvador, y Universidad Centroamericana José Simeón Cañas, (UCA) San Salvador, El Salvador, June 28th & 29th.

**Conference/paper Presentations** (*denotes invited) (**2006 to present**)

2018 "Legal Structures, Institutions, Racialization Practices and the Immigrant Self." Invited Session, "Theorizing Emotions and the Self in Migration Research American Sociological Association Meetings, Philadelphia, August 11-14*

2017 "The Contradictions of Liminal Legality: Economic Attainment and Civic Engagement of Immigrants on TPS." (with Byeongdon Oh, Daniel Alvord, and Victor Agadjanian) American Sociological Association, Montreal, Canada, August 12-16

2017 "Document Overseers, Enhanced Enforcement, Racialized Local Contexts, and Liminally Legal Latino Immigrants." Paper-Trails: Migrants and Documents in an Era of Legal Insecurity, University of Colorado, Denver, August 7-9.*

2017 "Country Conditions, Gender-based Violence, and the Migration of Central American Women to the U.S." Reconsidering Gender-based Violence in the Context of Displacement and Migration, Göttingen Center for Gender Studies Summer Symposium, Göttingen, Germany July 6-7*

2017 "The Temporariness of Legality: Waiting, Uncertainty, and Transformations of the Self." Citizenship in Unsettling Times Workshop, University of Leicester, Leicester, UK, June 8-9.*

2017 "Gender-based Violence." Country Conditions in Central America and Asylum Decision-Making, Center for Latin American & Latino Studies, American University, January 12-13, Washington, DC*

2016 "Legal Experiences and Attitudes of Immigrants." Law & Society Association, June 2-5, New Orleans*

2016 The Transformative Effects of Multi-layered Precarity: Experiences of Liminally Legal Central American Immigrant Workers, Latin American Studies Association, May 27-30, New York.*

2016 "Theoretical, Methodological, and Ethical Issues in Conducting Research with Undocumented, Unaccompanied, and Citizen Children," Undocumented, Unaccompanied, and Citizen: Charting Research Directions for Children of Immigration, School of Social Work, UT Austin, Feb 25-26.*

2016 "Is There a Role for Academics in the Support of Central American Refugees?" Plenary opening panel, Derechos en Crisis: Refugees, Migrant Detention, and Authoritarian Neoliberalism, LLILAS, UT, Austin, February 24-26.*

2015 Panel "The Politics of Citizenship," Transforming Migrations: Beyond the 1965 Act Conference, University of California, Irvine, October 8-9.*

2015 Panel "Intersections of Violence in Latin America and Human Rights Across Time and Space." Intersections of Violence in Latin America Symposium, Latin American, Caribbean and Latino Studies Program, University of Kentucky, September 30th

2015 "Exploring Strategies from Scholarly Research to Expert Testimony." Central American Refugees in Detention: Rethinking U.S. Immigration Conference, Chicano Research Center, UCLA, September 17th

2015 "Everyday Aggression: Inequality and Feminicide in Honduras and Latin America." Featured Session— Enduring and/or New Forms of Inequality in a Globalizing Word, Panel 1. Latin American Studies Association meetings, San Juan Puerto Rico, May 27-30.*

2015 "Legal Status as an Identity among Immigrants." Migration and Identity: Perspectives from Asia, Europe and North America, Chinese University of Hong Kong, Hong Kong, March 6-7.*

2015 "Contributions to Policy: Legal Status." Frontiers of Immigration Research and Policy Conference, Temporary Migration Cluster, University of California, Davis, January 22-23.*

2014 "Social Networks Among Older Asian and Latino Immigrants in Phoenix." (Cecilia Menjívar and Haruna Fukui) Thematic Session on Networks of Need in the Age of Economic and Social Precarity, American Sociological Association, San Francisco, CA, August 16-19.*

2014 "Multisided Violence and the State in the Lives of Guatemalan and Salvadoran Women." XVIII ISA World Congress of Sociology, Yokohama, Japan, July 13-19.

2013 "Broken by Law?: How Immigration Policies Split Families." (Maria Enchautegui and Cecilia Menjívar), Association for Public Policy Analysis and Management, Washington DC, November 7-9.

2013    "Contexts of Exit and Women's Emigration." Law, Asylum, and Sending Countries panel, Crossing Borders: Immigration and Gender in the Americas, Radcliffe Institute, Harvard University, April 25-26.*

2013    "Violence Against Immigrants: A Focus on Structures." Undocunation Symposium, Center for Race & Gender, University of California, Berkeley, February 15.

2012    "The Plurality of the Legal Context of Reception: The Case of Central Asian Immigrant Women in Russia." (Cecilia Menjívar, Natalia Zotova, and Victor Agadjanian), American Sociological Association meetings, Denver, CO, August

2012    "Twenty Years of Continued Migration," El Salvador: Twenty Years of Peace panel, Latin American Studies Association meetings, San Francisco, CA, May 23-26.*

2012    "Legality without Borders: US Immigration Law and Transnational Links." [Im]Migration and Movement: People, Ideas, and Social Worlds: A Fellows Symposium, Institute for Humanities Research, Arizona State University, April 23rd.*

2012    "The Socio-emotional Effects of SB 1070 on Youth in Arizona." (Carlos Santos and Cecilia Menjívar) Equity and Opportunity Research Symposium: Immigration Policy Shifts affecting Latino Children/Families, Arizona State University, February 23-24.*

2011    "Everyday Violence in the Lives of Ladina Guatemalans." Thematic Session on Conflict, Citizenship, and Development in Latin America, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    "War and Peace: Enduring Social Effects of Protracted Conflicts in Southern Africa and Central America." (Cecilia Menjívar and Victor Agadjanian) Thematic Session on Learning from Intractable Social Conflict, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    "Immigrant Latina Mothers as Targets of Legal Violence." (Leisy Abrego and Cecilia Menjívar) Invited section on Treacherous Geographies of Borders, Gender, and Immigrant Communities in the Americas, American Sociological Association meetings, Las Vegas, NV, August 20-23.*

2011    Presentation/Discussion of *Enduring Violence: Ladina Women's Lives in Guatemala*. Encuentro Mesoamericano de Estudios de Género y Feminismos, Avances y retos de una década: 2001-2011. FLACSO, Guatemala City, Guatemala, May 5th *

2011    "Labor Force Participation Among Aging Immigrants in the United States." (Haruna Fukui and Cecilia Menjívar) Poster, Population Association of America meetings, Washington, DC, April 1st

2011    "Family Separation and Immigrant Women." "Organizations Working with Latina Immigrants: Resources and Strategies for Change," Institute for Women's Policy Research/Woodrow Wilson International Center, Washington DC, March 25th*

2010    "Central Americans' Lives in the United States: What Can We Learn *About* Them and *From* Them." Surveying Social Marginality Conference, University of Washington, Seattle, October 8th.*

2010    "Liminal Legality and the Experiences of Transnational Children and their Families." Thematic Session on Children's Citizenship Status and Experiences in a Globalizing World, American Sociological Association meetings, Atlanta, GA, August 14-17.*

2010    "Enduring Violence: Ladina Women's Lives in The Guatemalan Oriente." Republics of Fear: Understanding Endemic Violence in Latin America Today Conference, Lozano Long Center, University of Texas, Austin, March 4-5.*

2009    "Controlling Immigration or Legal Violence?: An Assessment from Phoenix, AZ." Migration during an Era of Restriction Conference, University of Texas, Austin, November 4-6.*

2009    "Economic Uncertainties, Social Strains, and HIV Risks: Exploring the Effects of Male Labor Migration on Rural Women in Mozambique." (Victor Agadjanian, Cecilia Menjívar and Boaventura Cau) How Immigrants Impact their Homelands Conference, Boston University, September 25th.*

2009    "Living on the Edge of the Law: The 1.5 Undocumented Mexican Generation and the Transformation of Citizenship." (Belinda Herrera and Cecilia Menjívar) Social Science Research on Immigration: The Role of Transnational Migration, Communities and Policy, Arizona State University, September 10-11th*

2009    "Defending Borders and the Brutalization of the US American Public." (Sang Kil, Cecilia Menjívar, and Roxanne Doty) American Sociological Association, San Francisco, CA, August 8-11.

2009    "Securing Borders: Patriotism, Vigilantism, and the Brutalization of the U.S. American Public." (Sang Kil, Cecilia Menjívar, and Roxanne Doty) Pacific Sociological Association, San Diego, CA, April 8-11*

2009    "Combining Computer Simulation and Ethnography in Studying Network Dynamics, Network Formation, and Disintegration of Salvadoran Immigrants' Networks." (Bruce Rogers and Cecilia

Menjívar) Mixing Methods in Social Network Research International Conference, European Academy, Berlin, Germany, January 30-31*

2008    "Family Separation and Immigration Law: Central American cases in Phoenix, Arizona." Transnational Parenthood and Children-Left-Behind Conference, International Peace Research Institute (PRIO), Oslo, Norway, November 20-21.

2008    "Parents and Children across Borders: Legal Instability and Intergenerational Relations in Guatemalan and Salvadoran Families." (Cecilia Menjívar and Leisy Abrego) American Sociological Association Meetings, Boston, August 1-4*

2008    "In Solidarity: Assistance to Central American Transmigrants during their Journeys North. (Lilian Chavez and Cecilia Menjívar) International Migration Section Roundtables, American Sociological Association Meetings, Boston, August 1-4.

2008    "Residents' Views toward Immigration and Social Transformation in the U.S. Southwest." (Haruna Fukui and Cecilia Menjívar) International Migration Section Roundtables, American Sociological Association Meetings, Boston, August 1-4.

2008    "Educational Aspirations and Documented Dreams: Guatemalan and Salvadoran Immigrants and their Prospects in the U.S. Educational System." The Americas Plural: Regional and Comparative Perspectives Conference, Institute for the Study of the Americas, University of London, June 19-20*

2007    "Rights of Racial and Ethnic Minorities and Migrants: Between Rhetoric and Reality" (Cecilia Menjívar and Rubén Rumbaut). To be presented at the "Migration and Human Rights in the North American Corridor" conference, Human Rights Program, University of Chicago, Oct 12-13*

2007    "Women's Lives and Violence in Eastern Guatemala." Latin American Studies Association Meetings, Montreal, Canada, September*

2007    "Reshaping the Post-Soviet Periphery: The Impact of Men's Labor Migration on Women's Lives and Aspirations in Rural Armenia" (Victor Agadjanian, Arousyak Sevoyan, and Cecilia Menjivar). Population Association of America, New York, March.

2007    "Escaping Stereotypes: Older Women's Perceptions of Old Age and Aging." Leah Rohlfsen and Cecilia Menjívar. Pacific Sociological Association Meetings, Oakland, CA, March.

2006    "Enduring Violence: Women's Lives in Eastern Guatemala." American Anthropological Association Meetings, San Jose, CA, November*

2006    "Fighting to Exist in Non-Existence: The Citizenship Process of Central American and Mexican Women" (Olivia Salcido and Cecilia Menjívar). International Migration Section Roundtables, American Sociological Association Meetings, Montreal, Canada, August.

2006    "Guatemalan women's work and gender relations in Guatemala." Research Committee 06, Family Research, Session 10: Families in developing countries. ISA World Congress of Sociology, Durban, South Africa, July.

2006    "Guatemalan and Salvadoran Immigrant Families and US Immigration Policy." Research Committee 06, Family Research, Session 06: Various family forms. ISA World Congress of Sociology, Durban, South Africa, July.

2006    "New Family Formations and US Immigration Law." Latin American Studies Section, Western Social Science Association, Phoenix, AZ, April.

**Conference/invited panel discussant (2006 to present)**

2017    Thematic Session: The Cultural Terrain of Migrant Inclusion and Exclusion: Perspectives from Africa and Asia (presider & discussant), American Sociological Association, Montreal, Aug. 12-16

2015    "Immigration and Politics." Regular session, American Sociological Association meetings, Aug 22-25, Chicago, IL. (Discussant)

2015    "Migrations, Precarities and Illegalizations in the Americas" (Panel I). Latin American Studies Association, San Juan Puerto Rico, May 27-30 (Panel Discussant)

2015    "Gender Issues in Contemporary Armenia: From Research to Policy." Yerevan State University Center for Gender and Leadership Studies, Armenia, May 11-12 (Conference Rapporteur)

2015    "Fleeing Violence, Finding Prison: The Treatment of Migrant Women in Flight from Domestic Violence in the U.S. Immigration System." Haury Program in Environmental and Social Justice, James E. Rogers College of Law, University of Arizona, Tucson, AZ, April 23-24

2014    "Somos Familia: The Transnational Politics of Representation about Latino Families." Latina/o Studies International Conference, Chicago, IL, July 17-19

2014    "The Disappeared, Displaced and Technologies of Memory: Long-term Consequences of Armed Conflicts in Central America." Latin American Studies Association meetings, Chicago, May 21-24

2014    Central American Immigration: Honoring Pioneers & Charting New Paths, Center for the Study of Immigrant Integration, University of Southern California, February 26.

2013    Trabajadoras migrantes en la frontera sur: seminario/taller. El Colegio de México, June 21-22.

2012    Thematic session, Gender and Immigration, Pacific Sociological Association Meetings, San Diego, CA, 22-25 March

2010    Thematic session, Spiritual and Religious Challenges to State Citizenship in the Age of Migration, American Sociological Association meetings, Atlanta, GA, August 14-17.

2010    Taller "Familias y Movilidades: Enfoques teóricos y perspectivas metodológicas", Colegio de México, DF, México, June 11th

2009    Unaccompanied Migrant Children Workshop/Discussion, Radcliffe Institute, Harvard University, June 17-20.

2008    "Religion at the Edge: Expanding the Boundaries of the Sociology of Religion." Center for the Study of Religion, Princeton University, October 3-4.

2007    Panel "The Border is Everywhere: "New" Spaces and Actors in Transnational Migration between Latin America and the United States - Part 1, Latin American Studies Association, Montreal.

2007    "A Conversation with Alejandro Portes." Eastern Sociological Society, Philadelphia, March.

2006    Session "Beyond Low Wage Labor Migration: Entrepreneurs, Professionals, & Managers." American Sociological Association Meetings, Montreal, Canada, August

2006    Qualitative methods session and session on ethics of research. "Taller Centroamericano de la Red Internacional de Migración y Desarrollo (RIMD), Programa de Naciones Unidas para El Desarrollo (PNUD) El Salvador, y La Universidad Centroamericana José Simeón Cañas, (UCA) San Salvador, El Salvador, June 28th & 29th.

2006    Panel "Transnational Families." Fourth Annual Summer Institute on International Migration, Center for Comparative Immigration Studies, University of California, San Diego, June 19-23.

2006    Migration and the Arts in the United States Workshop, Princeton University, June 1-2.

2006    Panel "Voces Inocentes: Discusión sobre el largometraje." Latin American Studies Association Meetings, San Juan, Puerto Rico, March.

**Critic on Panels**

2015    Author meets-critics-panel, book, "Crime, Punishment and Migration," by Dario Melossi. American Society of Criminology, November 18-21, Washington, DC.

2009    Critic, Author-meets-critics panel, book "Survival of the Knitted: Immigrant Social Networks in a Stratified World," American Sociological Association, San Francisco, California, August 9th.

2009    Critic, Author-meets-critics panel, book "God's Heart Has no Borders," Pacific Sociological Association, San Diego, California, April 10th.

2006    Critic, Author-meets-critics panel for "La Virgen of el Barrio: Marian Apparitions, Catholic Evangelizing, and Mexican American Activism, by Kristy Nabhan-Warren. Association for the Sociology of Religion, Montreal, Canada, August 9-12.


**Courses Taught**

University of Kansas:
    Sociology of Immigration (undergraduate and graduate)

Arizona State University:
    Sociology/School of Social and Family Dynamics:
    Graduate: Seminar in qualitative methods; immigration
    Undergraduate: research methods; immigration.
    Graduate/undergraduate course: Gender Violence

School of Justice and Social Inquiry:
Graduate: Research Methods; Immigration and Justice; Migration, Immigration and Justice;
Refugee Migrations and Justice.
Undergraduate: Research Methods; Gender and International Development; Immigration and Justice.

Department of Sociology, University of California, Davis: 1989-1990 Instructor; 1/87-6/89 Teaching
Assistant.  Department of Sociology, University of Southern California: 9/81-5/82 Teaching Assistant.

**Mentoring and Student Committees**
*Book workshops*

2017   Angela Garcia, School of Social Service Administration, University of Chicago, Sept 28-29
2017   Maria Rendón, UC Irvine (held at UC Berkeley), June 21
2016   Jennifer Jones, Institute for Latino Studies, University of Notre Dame, Sept. 7-8.
2013   Penny Kanner Next Generation Fellowship, Leisy Abrego. Center for the Study of Women, UCLA, April 5

*Post-doctoral*
Amada Armenta, Department of Sociology, University of Pennsylvania. Post-doctoral Fellowship, Ford Foundation
Diversity Fellowship (declined); The Woodrow Wilson National Fellowship, 2016-2017 (Mentor)

Leisy J. Abrego, Chicano Studies Department, UCLA. Ford Foundation Diversity Post-doctoral Fellowship,
2012-2013 (Mentor)

Silvia Dominguez, Sociology, Northeastern University. Ford Foundation Diversity Post-doctoral
Fellowship, 2009-2010 (Mentor)

Sandra D. Simpkins, School of Social and Family Dynamics, Arizona State University. W.T. Grant Foundation
Fellowship, 2007-2012 (Mentor/qualitative methods advisor)

*PhDs in Progress (Chair)*
Andrea Gómez Cervantes Department of Sociology, University of Kansas

*PhDs in Progress (Committee Member)*
Daniel Alvord, Department of Sociology, University of Kansas
Byeongdon Oh, Department of Sociology, University of Kansas
Florencia Rojo, Department of Sociology and Behavioral Sciences, University of California, San Francisco
Meredith Van Natta, Department of Sociology and Behavioral Sciences, University of California, San Francisco

*PhDs Completed (Chair)*
Jennifer Arney          Sociology, School of Social and Family Dynamics (Spring 2010), ASU
Dissertation: "Prescription Drug Advertising and the Biomedical Construction of Affective Disorder:
Effects for Consumers, Physicians, and Society."
*Assistant Professor, University of Houston, Clear Lake

Lilian Chavez          Sociology, School of Social and Family Dynamics (Spring 2016), ASU
Dissertation: "The Migration Process for Unaccompanied Immigrant Minors: Children and Adolescents
Migrating from Mexico and Central America to the United States."
*Assistant Professor, Mesa Community College

Luis Fernandez          School of Justice and Social Inquiry (Spring 2005), ASU
Dissertation: "Policing Protest Spaces: Social Control in the Anti-Globalization Movement."
*Associate Professor, Northern Arizona University (formerly, Grinnell College)

Haruna Fukui          Sociology, School of Social and Family Dynamics (Fall 2014), ASU
"Social Networks of Older Immigrants in Phoenix, Arizona."
*Assistant Professor, Okayama University, Japan

Belinda Herrera          School of Justice and Social Inquiry (Spring 2009) (co-chair), ASU
Dissertation: "Living on the Edge of the Law: Undocumented 1.5 Mexican Immigrants and their
Expressions of Citizenship."

Sang Kil          School of Justice and Social Inquiry (Fall 2006), ASU
Dissertation: "Covering the Border: How the News Media Create Race, Crime Nation, & the USA-Mexico
Divide."
*Associate Professor, San Jose State University

Zeynep Kilic          Sociology, School of Social and Family Dynamics (Fall 2006), ASU
Dissertation: "Reluctant Citizens: Belonging and Immigrant Identification in the Era of Transnationalism."
*Associate Professor, University of Alaska

Carole McKenna          School of Justice and Social Inquiry (Fall 2008), ASU
Dissertation: "Militarism: Micro-Macro Power Arrangements between Wives, Soldiers, and the Military-
Industrial-Service-Complex."
*Instructor, Ferris State University

Dulce Medina          School of Social Transformation, Program in Justice Studies (Spring 2016) ASU
Dissertation: "Immigrant Incorporation in the U.S. and Mexico: Well-being, Community Reception, and
National Identity in Contexts of Reception and Return."
*Research Analyst, California Pension System

Carlos Posadas          School of Justice and Social Inquiry (Spring 2007), ASU
Dissertation: "Women's Translocal Networks and How they Organize Resettlement by Looking at
Specific Spheres of their Lives."
*Associate Professor (and former Chair), New Mexico State University

Olivia Salcido          School of Justice and Social Inquiry (Spring 2011), ASU
Dissertation: "Wolves" or "Blessing": Victims'/Survivors' Perspectives on the Criminal Justice System.
*Tempe Preparatory Academy faculty

Tyler Wall          School of Justice and Social Inquiry (Spring 2009) (co-chair), ASU
Dissertation: "War-Nation: Military and Moral Geographies of the Hoosier Homefront."
*Associate Professor, University of Tennessee (formerly, Eastern Kentucky University)

*PhDs Completed (Committee Member)* (All at ASU, unless otherwise indicated)
Melinda Alexander          School of Geographical Sciences, (Fall 2014), ASU
Dissertation: "Belonging With the Lost Boys: The Mobilization of Audiences and Volunteers at a
Refugee Community Center in Phoenix, Arizona."

Randall Amster          School of Justice Studies (Spring 2002), ASU
Dissertation: "Patterns of Exclusion, Forces of Resistance: Urban Sidewalks, National Forests, and the
Contested Realms of Public Space."

Cynthia Bejarano          School of Justice Studies (Summer 2001), ASU
Dissertation: "A Mosaic of Latino Cultures: Young Lives at the Crossroads of Sameness and Difference."

Naomi Bellot          School of Justice and Social Inquiry (Spring 2009), ASU

Dissertation: "Gender Vulnerabilities in the Caribbean: A Focus upon Indigenous Kalinago (Carib) Women in Bataka, Dominica."

Neslihan Cevik          Sociology, School of Social and Family Dynamics (Summer 2010), ASU
Dissertation: "Religious Revival in Modern Turkey: Muslim, New Muslim Entrepreneurs, and Sites of Hybridity."

Chantal Figueroa          Organizational Leadership, Policy, & Development (Summer 2014) U. of Minnesota
"State of Terror, States of Mind: Gender, Mental Health and Systems of Care in Guatemala City."

Everardo Garduño          Dept. of Anthropology (Fall 2005), ASU
"From Invented to Imagined and Invisible Communities: Mobility, Social Networks and Ethnicity among the Yumans of Baja California."

Gail Gibbons          School of Social Work (Fall 2006), ASU
Dissertation: "Twenty-five Years Later: A Comparative Study of the Socioeconomic Integration of Vietnamese Refugees in Arizona."

Anneliese M Harper          School of Human Communication (Spring 1996), ASU
Dissertation: "The Impact of Immigration on Rural Guatemalan Women Ways of Speaking (Gossip)"

Khaleel Husssaini          Sociology, School of Social and Family Dynamics (Spring 2008), ASU
"Immigrant Adaptation Among Mexican Students in the Southwest: Understanding Differences Among Fifth Graders' Consumption Norms of Alcohol, Cigarettes, and Marijuana."

Atsuko Kawakami          Sociology, School of Social and Family Dynamics (Spring 2012), ASU
"Aging and Identity Among Japanese Immigrant Women."

Heather Kuhn          School of Public Health (Spring 2005) (External Reader) Harvard University
Dissertation: "Health Profile of Farm workers and Interface of Workers with Healthcare in Imperial County, California:  A Qualitative Analysis."

Brenda Ohta          Sociology, School of Social and Family Dynamics (Spring 2008), ASU
Dissertation: "Determinants of Care for Medicare Recipients at the End of Life: Utilization and Decision Making in the Acute Care Hospital."

John Rosinbum          Department of History, ASU (Spring 2014), ASU
"A Crisis Transformed: Refugees, Activists and Government Officials in the United States and Canada during the Central American Refugee Crisis."

Aundrea Janaé Snitker Women & Gender Studies (Spring 2016) ASU
Dissertation: "Constructing Masculinities and the Role of Stay-at-Home Fathers: Discussions of Isolation, Resistance and the Division of Household Labor."

Emily Skop          Department of Geography (Spring 2002), ASU
Dissertation: "The Saffron Suburbs: Asian Indian Immigrants Community Formation in Metropolitan Phoenix."

Andrea Vest          Family and Human Development, Sanford School (Fall 2014), ASU
Dissertation: "Latino Adolescents' Organized Activities: Understanding the Role of Ethnicity and Culture in Shaping Participation."

Paloma Elizabeth Villegas Dept. of Sociology and Equity Studies (Summer 2012) University of Toronto
Dissertation: "Assembling and (re)marking migrant illegalization: Mexican migrants with precarious status in Canada."

Arely Zimmerman        Department of Political Science, (Spring 2010) UCLA
Dissertation: "Contesting Citizenship: Identity, Rights, and Participation across Borders, Central Americans in Los Angeles."

_Qualifying Examinations/Defenses only_ (All at ASU, unless otherwise indicated)
Eugenio Arene          Educational Policy Analysis, School of Education
Jennifer Chappell Eckert, School of Social Welfare, University of Kansas (qualifying exam committee)
Neel Bhattacharjee     Dept. of Geography
Terna Gbasha           School of Justice and Social Inquiry
Estye Fenton           Department of Sociology and Anthropology (Northeastern University)
Mei Lei                School of Public Affairs
Chara Price            Family and Human Development, Sanford School, ASU
Elizabeth (Lisa) Reber School of Social Transformation, ASU

_M.A. Theses Completed (Chair)_
Cherie Espinoza        School of Justice Studies (Fall 2000), ASU
Thesis: "Education for Extinction: Protecting Our Roots from Arizona English-Only Initiative."

Dulce Medina           Sociology, School of Social and Family Dynamics (Summer 2011), ASU
Thesis: "Return Migration: Modes of Incorporation for Mixed Nativity Households in Mexico"

Emily Sawyer           Sociology, School of Social and Family Dynamics (Spring 2009) (co-chair)
Thesis: "The Adoption of Biomedicine into _Quechua_ Cosmology of Health and Illness: Treatment-Seeking Behavior in an Indigenous Ecuadorian Community."  (Co-Chair)

Cecilia Martinez-Vasquez  School of Justice Studies (Summer 2005), ASU
Thesis: "Identity Formation Among Salvadoran Youth of the 1.5 and Second Generation."

_M.A. Theses Competed (Committee Member)_ (All at ASU, unless otherwise indicated)
John Abiel Benítez     Department of Geography (Summer 2002), ASU
Thesis: "The Hispanic Protestant Landscape in Mesa, AZ."

Melissa Carpenter      Dept. of English/ Comparative Literature (Spring 2001), ASU
Thesis: "También somos madres: Militancy and Maternity in Latin American Testimonios."

Aurelia de La Rosa Aceves Sociology, School of Social and Family Dynamics (Spring 2011), ASU
Thesis: "Phoenix's Place for the Homeless: Stories from the Maricopa County Human Services Campus."

Mario Escobar          Department of Spanish (Fall 2011), ASU
"Globalización, violencia y solidaridad: prácticas discursivas eurocentroamericanas y chicanas."

Miriam Hilin           Department of Sociology (Spring 2005), ASU
"Immigration Law and the Family Stability of Mexican Undocumented Immigrants."

Juan Esteban Mejía Aguilar Estudios de Población, *Colegio de la Frontera Norte, Mexico (Summer 2014)
"Migrantes Desaparecidos: Una Búsqueda Interminable."

Robert Miller          School of Architecture (Spring1998), ASU
Final Project: "Redesigning the INS Building to Accommodate the Social and Cultural Diversity of Immigrants."

Paul Ara Nersessian    Department of Religious Studies (Summer 2002), ASU
Thesis: "Borderlands Scholarship."

Reena Patel            Global Technology and Development (ASU East) (Summer 2003), ASU

Thesis: "The Re-Enforcement of Traditional Gender Roles in the Technology Sector: A Case Study of Female Engineers in India."

Chara Price            Family and Human Development, Social and Family Dynamics (Fall 2012), ASU
"Sibling Behaviors and Mexican Origin Adolescents' After-School Activity Participation."

Emily Skop             Dept. of Geography (Summer 1997), ASU
Thesis: "Segmented Paths: The Geographic and Social Mobility of Mariel Cuban Exiles."

Kathleen Tonnies       Curriculum & Instruction, School of Education, (Fall 2016) University of Kansas
 "From Passion to Practice: Developing a Culturally Relevant Training Program for Volunteers of Adult Refugee English Language Learners."

*Honors Theses Completed (Director)*
Michelle Brady         School of Justice Studies (Fall 2000), ASU
Thesis: "The Stalker: A Creative Project."

Chrisanne Gultz        School of Politics and Global Studies (Spring 2014), ASU
"The Media Construction of Undocumented Immigration as a National Crisis"

Sean McKenzie          Departments of Political Science & Spanish (Spring 2008), ASU
"Formation of Perceptions of Migration Among Wives and Mothers Left Behind in Rural Honduras."

Magdalena Valenzuela  School of Justice Studies (Spring 2000), ASU Thesis: "A System Flawed: The Death Penalty in the United States."

*Honors Theses Completed (Committee Member)*
Anna Fairbanks Bethancourt    Department of English (Spring 2011), ASU
"Consolidating Migrant Identity in Arizona: Newcomers and a State's Need for Social Empathy."

Loredana Cuatro Nochez  School of Languages and Linguistics, *Griffith University, Australia (Summer 2007)
Thesis: "Salvadorian migrant: A case study to investigate their schooling experience, cultural identity and their language maintenance in (Queensland) Australia."

Falynn Glickstein        School of Justice Studies (Spring 2004), ASU
Honor's thesis: "Killings of the Women in Juarez."

Brenna Gromley          Department of History (Spring 2008), ASU
"Battling Neighbors: The United States Response to Honduran-El Salvador "Soccer War."

Lauren Kerchenko        Department of History (Fall 2000), ASU
Thesis: "From the Ukraine to the US: Immigrant Women and Assimilation."

Haley McInnis           Sociology (Spring 2013), ASU
"The Role of Religious Organizations in Progressive Social Movements: Local Churches and Their Response to Senate Bill 1070."

Michelle Speck          Dept. of Anthropology (Spring 2001), ASU
Thesis: "Mexican Immigrant Women."

*Other Undergraduate Mentoring*

*At the University of Kansas*
Giselle Almodovar       Emerging Scholars Faculty Mentor, Center for Undergraduate Research, 2016-2018

Faculty Mentor Program, College of Liberals Arts and Science, Fall 2016

*At Arizona State University*

| Lea Fordyce | B.A. | Obama Scholar Mentorship Program, 2013-2014 |
|---|---|---|
| William McDonald | B.S. | Research Apprenticeship, School of Politics & Global Studies, 2013 |
| Mauro Whiteman | B.S. | Research Fellow, Center for the Study of Religion and Conflict, Fall 2012 |
| Christy Garcia | B.S. | Research Apprenticeship, School of Social and Family Dynamics, Fall 2007 |
| Vanessa Tucker | B.S. | Research Apprenticeship, School of Social and Family Dynamics, Fall 2007 |
| Joshua Whistler | B.S. | Research Fellow, Center for the Study of Religion and Conflict, 2004-05 |
| Olivia Reyes | B.S. | Research Fellow, Center for the Study of Religion and Conflict, 2004-05 |
| Sonia Anaya | B.S. | Research Apprenticeship, School of Justice Studies, Fall 2003 |
| Malea Chavez | B.S. | Research Apprenticeship, School of Justice Studies, Fall 1998 |

**Panels, Boards and Related**

--Advisory Board, Migrant Children & Youth Project, Deborah Boehm and Susan Terrio (leads), 2017

--Advisory planning board, "Developing a 21st Century US Immigration Agenda," CMS, New York, 2016

--Advisory council member, Immigrant Integration: Assessing and Improving the Collective Response of the Catholic Church in the United States Panel, Center for Migration Studies, New York, 2014-

--Institute for Women's Policy Research, Washington, D.C. "Women Immigrants in the New Destinations: Religion's Role in Facilitating Incorporation and Improving Well-Being," 1/2009-2011.

--United Nations Development Program (UNDP). San Salvador, El Salvador. Contributor to Report, 12/04-04/05.

--Annie E. Casey Foundation. Participant, Consultative Session on Transnational Families, September 23rd, 2002

--Center for the Common Good, Vesper Society, Oakland, CA. Research Consultant, Immigration Project, 4/932/94

--University Eduardo Mondlane, Maputo, Mozambique, Facultade de Letras, Advisor/Consultant, 1993 (Summer)

--Joint Committee on International Migration, Refugee Resettlement, and International Cooperative Development, Sacramento, CA. Research Coordinator, 9/89-1/91

--Evaluation, Training and Management Co., Sacramento, CA. Consultant, Project: Rehabilitation programs in low-income communities, 1/90-12/90.

--Casa de la Cultura, Ministry of Culture, Managua, Nicaragua Assistant Coordinator, 5/85-9/85.

--LULAC, Los Angeles, Program Development Assistant, 9/83-9/84.

**Professional Service** (*denotes elected)

American Sociological Association

2017-2018 Chair Elect,* International Migration Section

2016-2017; 2018-2020 Member, Committee on the Status of Women

2016-2017 Member, Committee on Nominations, Family Section

2016-2017 Chair, Founders' Award Committee, Latino/a Section

2015-2016 Chair, Public Sociology Award Committee, International Migration Section

2014-2015 Member, William J. Goode Book Award Committee, Family Section

2013-2014 Member, Lewis A. Coser Award Committee, Theory Section

2013-2014 Founders Award Selection Committee, Latino/a Section

2013-2014 Vice-President elect*; Vice-President, 2014-2015; Past Vice-President, 2015-2016; Program Committee 2015 Meetings

2012-2013 Chair, Article Award Committee, International Migration Section

2010-2013 Member-at-large,* ASA Council.
        Fund for the Advancement of the Discipline sub-committee
        Minority Fellowship Program Advisory Board (Council Liaison)

2010-2011 Chair, Awards Committees and Chair, Career Award Committee, Latino/a Section

2010 Member, NSF/ASA Postdoctoral Fellowship Review Committee (also in 2012)

2009-2010 Member, Committee on Nominations, Family Section

2007-2008 Member, Awards Committee, Latino/a Section
2007-2009 Member,* ASA Committee on Nominations
2006-2008 Member, Program committee for the Annual Meetings (& author-meets-critics books selection).
2005-2006 Chair, Latina/o Section.* (Chair-elect, 2004-2005).
2003-2004, 2004-2005 Member, Thomas and Znaniecki Award Committee, International Migration Section
2003-2006 Council Member,* International Migration Section.
2002-2004  Member, Program committee for the Annual Meetings.

<u>Latin American Studies Association</u>
2017     International Migration Section Article Award Committee member
2009-2010 Diskin Distinguished Lecture and Diskin Dissertation Award Selection Committee member.
2009-2010 Co-chair, Migration and Latin American Diasporas Track, for 2010 meetings, Toronto, Canada
2007-2009 Co-chair, Cross-border Studies and Migration Track, for 2009 meetings, Rio de Janeiro, Brazil.
2004-2006 Council member,* Section on Gender.
2002-2003 Co-chair,* Central American Section.
2000-2002 Council member,* Central American Section.

<u>Pacific Sociological Association</u>
2012-2013 Member, Distinguished Scholarship Award committee
2004-2007 Member,* Committee on Committees, Southern Region.

<u>Society for the Study of Social Problems</u>
2004-2005 Chair, Committee on Committees (one year replacement).
2004     Member, Program Committee for the Annual Meeting.
2002-2005 Member,* Committee on Committees.
2001-2002 Chair, Minority Fellowship Selection Committee.
2001     Site visit for Social Problems Editorial Office, Summer.
2000-2001 Chair-elect and Member. Minority Fellowship Selection Committee.
1998-1999 Member, Lee Founders Award Committee.

<u>Sociologists for Women in Society</u>
Member, Mainstream Team (media contact) 2009-

<u>Editorial/Advisory Boards</u> (Journals)
*American Behavioral Scientist*, 9/2009-
*American Journal of Sociology,* Consulting editor, 9/2011-8/2013
*American Sociological Review,* 1/2009-12/2011; 1/2003-12/2005
*Contexts,* 1/2017-12/2019
*Aztlán: A Journal of Chicano Studies,* 1/2018-12/2020
*Gender & Society,* 1/2013-1/2015; 1/2003-1/2005
*International Migration Review, 2018-2021*
*Journal of Developing Societies*, Associate editor, 2002- 2005
*Journal of Developing Societies*, Book Review Editor, 1995-2000
*Journal of Latin American Studies*, International advisory board member, 1/2014-
*Latino Studies*, 1/2001-
*Migraciones Internacionales*, 2001-2010
*Perspectives on Global Development and Technology,* 2001-2003
*Population Research and Policy Review*, 9/2015-
*Sociological Science* (Consulting editor), 6/2017-
*The Sociological Quarterly,* 2008-2014
*Sociology of Race and Ethnicity,* 1/2017-12/2019
*Studies in Social Justice,* 1/2006-
*TRACE* (Travaux et Recherches dans les Amériques du Centre), CEMCA 9/2012-

Editorial Boards (Encyclopedias, Series and Volumes)
Global Migration and Social Change Series, *Policy Press* (University of Bristol), UK, 2016-
Latina/o Sociology Series, *New York University Press*, 2013-
Latinos in the United States: Studies in Diversity and Change Series, *Lynne Rienner Publishers*, 2004-
School of Advanced Research Press (Santa Fe, NM), 2007-2010
*Immigration and Crime: Ethnicity, Race, and Violence,* edited by Ramiro Martinez, Jr., and Abel
   Valenzuela. New York University Press (2005).
*Latinas in the United States: An Historical Encyclopedia*. Vicki L. Ruiz and Virginia Sánchez-Korrol,
   editors. Indiana University Press (2005).


Selected other professional service
2017    Organizing committee member, "Country Conditions in Central America and Asylum Decision-
        Making" Workshop, College of Law & Center for Latin American & Latino Studies, American
        University, Washington DC January 12
2006-2012 Expert/member, Working Group on Global Childhood and Migration
2006    Faculty participant, Fourth Annual Summer Institute on International Migration, Center for
        Comparative Immigration Studies, University of California, San Diego, June 19-23.
2002    "Hispanic Gendering of the Americas: Beyond Cultural and Geographical Boundaries." National
        Endowment for the Arts Summer Institute for College and University Teachers, Arizona State
        University, June 17-July 19. (Institute faculty member.)
1998    Co-Chair. Immigration and Human Rights Working Group, Inter-University Program for Latino
        Research. (IUPLR, based at the University of Texas, Austin.)
1997    Mentor. Southwest Institute for Research on Women. Summer Institute on Global Processes, Local
        Lives: Comparative Approaches to Women's and Area Studies. University of Arizona. 6/8-15.


*Grant Reviews*: Center for Engaged Scholarship (2017), NSF Law and Society Program (2005, 2007, 2008, 2013); NSF Social and Behavioral Sciences Program (1996, 2005, 2006, 2007); NSF Sociology Program (2012, 2013, 2016, 2017), Social Sciences and Humanities Research Council of Canada (2002, 2004, 2007, 2016); Foundation for Child Development, New York (1997); Louisiana Board of Regents' Research Competitiveness Subprogram (2006); Israel Science Foundation (2007, 2010, 2016); Austrian Science Fund (2010), National Humanities Center (2011), Russell Sage Foundation (2013, 2016), Sam Houston State University Office of Sponsored Projects (2013).


*Manuscript referee for book publishers*: The University of Arizona Press, The University of California Press, Columbia University Press, The University Press of Florida, The Johns Hopkins University Press, School of American Research Press, New York University Press, University of Notre Dame Latino Studies Institute, Oxford University Press, University of Pittsburg Press, Polity Press, Routledge, Rutgers University Press, Springer, Stanford University Press, Temple University Press, Wadsworth Publishing


*Tenure and promotion reviews*: University of Alaska, Arizona State University, University of Arkansas, SUNY Albany, SUNY Stony Brook, Amherst College, University of British Columbia, University of Birmingham, Brigham Young University, Brown University, Columbia University, Bucknell University, UC Berkeley, UC Irvine, UCLA, UC Santa Cruz, UC San Diego, Clemson University, Cornell University, CUNY, Dartmouth College, Drexel University, Florida International University, Fordham University, Grinnell College, Harvard University, University of Illinois Urbana-Champaign, University of Illinois-Chicago, Indiana University, Iowa State University, Kansas State University, University of Massachusetts at Lowell, Michigan State University, North Carolina State University, Northeastern University, University of Oregon, Oregon State University, University of Pennsylvania, Pitzer College, Pomona College, Princeton University, Providence College; Rice University, Texas A&M, University of Texas at Austin, University of Toronto, Tufts University, University of San Francisco, University of South Florida, University of Southern California, University of Utah, Wheaton College (MA), Whitman College, Wellesley College.


*Program review*: Global and Sociocultural Studies, Florida International University (Graduate Program), (Spring 2013); Department of Sociology, Brown University (Spring 2018)

**Service at the University of Kansas**
2016-2017 Member, Personnel Committee, Department of Sociology
2016- Member, Search Committee for CLAS Associate Dean for Diversity, Equity & Inclusion
2016-Member, Advisory Board, Women, Gender, and Sexuality Studies
2015- Member, Executive Committee, Center for Latin American & Caribbean Studies

**Service at Arizona State University**
University
2014 Southwest Borderlands Initiative Selection Committee (member)
2013-2016 Member, University Graduate Council
2012-2014 Co-convener, working group on Immigration Theory, Institute for Humanities Research
2012-2014 Co-organizer, Working group on Latin American Studies, Institute for Humanities Research
2012-2014 Member, Executive Board, Faculty Women's Association
2012-2014 Outstanding Doctoral Mentor Committee, Graduate College
2012-2013 Member, Executive Board, Comparative Border Studies Center, School of Transborder Studies
2011-2012 President, Chicano and Latino Faculty and Staff Association
2009      Member, Personnel Committee, Dept. of Transborder, Chicano/a, & Latino/a Studies (Fall)
2007-2010 Member, Campus Environment Team
2006-2008 Faculty Liaison, Chicano & Latino Faculty and Staff Association/Faculty Women's Association.
2006      Member, Advisory Board, Center for Latin American Research (Fall)
2006      Faculty panel participant, Social Science Graduate Student Association, April 21st.
2006      Panel judge, Graduate Students in Life, Earth, and Social Sciences Association, Feb 17th.
2006      Member, Personnel Committee, Asian Pacific American Studies Program.
2003-2004 Mentor, Faculty Development Program
2004-2005 Member, Search Committee (for director) Center for Latin American Studies,
2003-2004 Member, Steering Committee, School of Global Studies
2003      Keynote speaker, Sociology Club kickoff celebration. Department of Sociology, Nov. 18th.
2003      Sabbatical Review, Social and Behavioral Sciences, Arizona State University West.
2003-2004 Member, Personnel Committee, Asian Pacific American Studies Program.
2001-2002 Member, Committee on the Status of Women.
2000-   Member. Race and Ethnic Relations Doctoral Examination Committee, Department of Sociology.
1998-2001 Member, Executive Board, Committee on Law and the Social Sciences.
2000-2001 Member, Child and Family Services Advisory Board.
2000-2001 Member, Recruitment Committee. Asian Pacific American Studies Program. 2000, 2001, and 2002
Graduate College Representative in Dissertation Defenses: May 2002, September 2001, July 2000.
1999      Participant (and fund raising), First Conference on Central American Literature and Culture, April.
1999      Participant, "A Campus Climate for Diversity Summit." (Part of "Preparing for the University of
          the Next Century.") March 27th
1998-1999 Member, Search Committee, Department of Chicana/Chicano Studies.
1998-1999 Member, Search Committee, Department of Religious Studies.
1997-1999 Coordinator. Women in Latin America Working Group. Center for Latin American Studies.
1996-1997 Advisory Council, Center for Latin American Studies.

College of Letters, Arts and Sciences
2013-2014 Member, Committee on Committees (elected)
2012 (Spring semester) Search Committee member (for Social Science Dean)
2010-2011 Member, Dean's Advisory Council

College of Public Programs
2001-2002 College of Public Programs Internal Grants Committee.

School of Social and Family Dynamics (2005-present)
2012- Associate Director

2007-2009; 2010-2012 Director, Graduate Studies (Sociology)
2006-2007 Graduate Committee (member).

School of Justice Studies (1996-2005)
Chair: Personnel Committee; Computer and Colloquium Committee
Member (multiple years): Policy Work Group, Graduate Committee, Personnel Committee, John P. Frank
Lecture Committee, Graduate Committee, Computer Committee, Recruitment Committee

**Community Service and Public Presentations**
2014     "Conversación sobre migración." Centro Laboral, South Omaha, November 10th.
2014     Panel "Global Violence and Social Justice: A Conversation", Tucson Festival of Books, March 15th.
2012     "The Effects of Migration on Those Who Stay in the Countries of Origin." Foundation for Inter-Cultural
         Dialogue, Tempe, AZ, December 5.
2008, 2009 Committee member, II Feria de la Pupusa, Unidos en Arizona/Comité Salvadoreño, Nov.
2007     Presentation to Wilson Elementary School students, Faculty Ambassadors Program, Nov 16th.
2006     Academic participant, Religious Convening, Interfaith Worker Justice, Phoenix Dioceses, 3/26-3/27.
2002     Presentation, ASU Escribe, ASU Public History Program, Arizona Book Festival, April 6th.
2001     Lecture on immigration. Phoenix Civitan Club, Phoenix Arizona. June 7th.
2000     Organizer and Chair. Feria Informativa de Servicios Sociales (Social Services Informational Fair
         for Latino immigrants in the area), ASU Downtown Center. July 15th.
2000     Immigrants and Laborers. Presentation to the City of Mesa, Arizona Neighborhood Committee. May 25th.
8/90-12/93 Northern California Legal Services, Sacramento, CA. Legal Assistance and Refugee Project,
         Assistant/Translator (Volunteer)
5/91- 8/92 Dixon Family Planning Services, Dixon, CA (Research Consultant)

Country conditions expert witness (all pro bono) in asylum cases of Central American immigrant
immigrants throughout the country, with a focus on detention cases in Artesia, Dilly, and Karnes, Texas.

Multiple local, regional, national and international media interviews (in English and Spanish).

**Memberships**
American Sociological Association
Latin American Studies Association
Sociologists for Women in Society
Eastern Sociological Society
Pacific Sociological Association
Citizenship and Immigration Network, Law and Society Association
Red Internacional de Migración y Desarrollo
Association for the Sociology of Religion

**Languages**
Fluent in Spanish and Portuguese.
Fair knowledge of French and Italian.

**HARRY E. VANDEN, Ph.D.**
School of Interdisciplinary Global Studies
Institute for the Study of Latin America and the Caribbean
College of Arts and Sciences, University of South Florida
Tampa, FL 33620-8100
Home Office: 15918 Shawver Lake Dr., Lutz, Fl. 33549
Phone: Home Office (813) 978-1588
E Mail: vanden@usf.edu

## EDUCATION

**B.A., International Affairs**, minor in Spanish. Albright College, Reading, Pennsylvania.

"Diploma," Universidad Computense de Madrid, Facultad de Filosofía y Letras, Madrid, España (New York University Junior Year in Spain).

**M.A., Political Science** (with some work in Public Administration), and
**Certificate in Latin American Studies** (Graduate).
Maxwell School, Syracuse University, **Thesis**: "Central American Political Integration."

Doctoral Study in Political Science (and Public Administration), Temple University.

**Ph.D., Political Science**, minor concentration in Latin American Studies. The New School for Social Research, New York, New York. **Dissertation**: "José Carlos Mariátegui:  Revolutionary Political Thought and Praxis in a Developing Nation."

## WORK/TEACHING EXPERIENCE

### *University of South Florida, Tampa*

2017-       **Professor Emeritus, Latin American Studies and**
**International Studies/Political Science**
1987-2017 **Professor of Political Science**/ **International Studies** and **Institute for the Study of Latin America and the Caribbean** (2013-2017)
1980-87    **Associate Professor** of Political Science
1975-80    **Assistant Professor** of Political Science

**Founding Director**, Caribbean and Latin American Studies Center (1993-97)
**Member**, Institute for the Study of Latin America and the Caribbean Advisory Committee (1997-2017) and ISLAC Steering Committee (for charting ISLAC's future) 2006/2007 Academic Year
**Director of Graduate Studies**, Dept. of Political Science (1985-89)
**Founding Coordinator/Chair**, Latin American Studies Committee (1979-83 and 1989-97)

Harry E. Vanden, Ph.D.                                                                    2

**Member M.P.A. Committee**, 1979-1980 (started Masters Program in Public Administration)
**Coordinator**, USF MacDill Air Force Base Program (1986-89)
**Chair**, Fulbright Committee, 1999-2000, and 2001-2002.
**Faculty Senate**, 1999-2000 to 2001-2002 and 2003-2004 to 2005-2006, Secretary of Senate, 2005-2006.

**Other University Positions and Committees**: Political Science Undergraduate Advisor; College of Social and Behavioral Sciences Undergraduate Committee; College of Social and Behavioral Sciences Graduate Committee; College of Social and Behavioral Sciences Promotions and Tenure Committee; Awards Committee, Division of Sponsored Research; and USF Publications Committee. College of Arts and Sciences Advisory Committee, 2005-2008. Search Committees (2000-2013): Institute for Latin America and Caribbean Studies, Public Administration-Department of Government and International Affairs, Department of Africana Studies.

*Visiting Positions*

2003-04    **Visiting Professor**, Department of Politics and Government, Illinois State University
2007       **Visiting Professor,** Graduate Program in International Relations jointly given by The State University of São Paulo (UNESP), The State University at Campinas (UNICAMP), and the Pontifical Catholic University, São Paulo (PUC São Paulo), São Paulo, Brazil.

*Community Involvement*

Working Group, Latin American Paz (Peace), American Society of Friends (National Quaker Organization), Member and Treasurer, 2009-
WMNF Community Radio Station: volunteer and Board Member 1990-1996.
Hillsborough County Organization for Progress and Equality, volunteer and Board Member 2000-03.
Hispanic Service Council: Board Member 1995-2003.

*Related Work Experience*

**Advisor/Technical Expert**, Instituto Nacional de Administración Pública, Office of the President, Republic of Peru. Duties: Research, program development and preparation of the house publication, *Administración*. 1974-75.

**Instructor,** Division of Social Sciences, New School for Social Research (Teaching Latin American Politics and Political Thought), l973.

**Graduate Student Advisor**, Department of Political Science, Graduate Faculty, New School for Social Research (Administration and Advising), 1971-72.

Harry E. Vanden, Ph.D.                                                                                    3

**Lecturer,** Department of Government, Manhattan College, Bronx, New York (Latin American Politics), Spring, l972.

**Lecturer**, Division of Social Sciences, Richmond College, City University of New York (courses in Political Science), l97l.

**Field Research Coordinator**, National Opinion Research Center, University of Chicago (New York Office). Duties: Supervising field interviewing in Spanish and English, data collection, coding, and sampling, l969-70.

***Other Work Experience:***

Spanish speaking Social Worker, Philadelphia
Spanish Speaking Psychiatric Social Worker, New York City

## Awards, Honors, Grants:

**Fulbright Scholar,** Graduate teaching and research. São Paulo, Brazil, August-December, 2007.

**Fulbright Scholar**, Peru, l973-74, Dissertation research.

**Grant Director**, Ministry of Interior, Republic of Costa Rica, training program in police practices and administration at Costa Rican National School of Police. $2,000. 1998.

**U.S. AID Training Grant**: "Training Vocational Rehabilitation Specialists from El Salvador." Co-P.I. with Susan Kelly.  Administered through Development Associates. $150,000. 1994.

**TIP Teaching Award**, University of South Florida, 1994/95 Academic Year.

**Creative Faculty Research Grant**, College of Social and Behavioral Sciences, l990.

One of ten **outstanding professors** chosen by two successive University of South Florida graduating classes in 1980's.

**Faculty Research Grant**, University of South Florida, 1982.

**Summer Seminar Grant**, National Endowment for the Humanities, (Multidisciplinary Seminar on Latin America by Historian Bob Levine, at SUNY, Stony Brook), 1980.

## ELECTION OBSERVATION:

International Election Observer with President Jimmy Carter and the Carter Center, Mozambique national elections, December 2004.

International Election Observer with President Jimmy Carter and the Carter Center, Nicaraguan national elections, 2001.

International Election Observer with President Jimmy Carter and the Carter Center, Venezuelan presidential elections, December, 1998.

International Election Observer, National Elections in Nicaragua, 1990.

## EDITORIAL:

**Editor,** *New Political Science*, l977-78, Co-editor, 1989-1994, Managing Editor, 1994-96.

**International Consultative Committee**, *Anuario Mariáteguiano* (Lima, Peru), 1989-2010

**Editorial board,** *Globalizations*,  2004-

**Editorial Board,** Dr. Kiran C. Patel Center for Global Solutions,  2005- 2009

**Editorial Board,** *Latin American Perspectives, 2007-*

 **Special editions co-editor**:

 **New Political Science**, "The Central American Malestorm," Fall/Winter, 1990, No. 18/19.

 **Journal of Developing Societies,** special issue on Inter-American Relations , 2005.

 **Latin American Perspectives,** special issue on New Social Movements, March, 2007.

 **Latin American Perspectives,** second special issue on New Social Movements, January, 2011.

## RESEARCH AND TEACHING FOCI:

*Areas of Research Specialization*:

Latin American Politics and Thought; New Political Movements (Brazil, Bolivia, Ecuador, Venezuela); Central American and Mexican Gangs and Cartels; Third World Marxist Thought; Revolutionary Movements/Peasants; Inter-American Relations; Terrorism.

Research and living experience in Peru, Nicaragua, Costa Rica, Spain, Ecuador, Brazil, Bolivia, Venezuela, Guatemala, El Salvador, Honduras, Cuba, Mexico, and Argentina.

Harry E. Vanden, Ph.D.                                                                 5

*Areas of Teaching Competence:*

Latin American Studies:
        Politics
        Thought
        Political Economy
        Contemporary History
        Interdisciplinary Introduction
Inter-American Relations
Contemporary History
Politics of Developing Areas
Comparative Politics
Political Economy
World Ideologies
Marxist Thought
International Law and Relations
International Organization
Terrorism
Social Movements

*Specialized courses given:*
Central America
Latin American Political Thought
Latin American Public Administration
Latin America Through Film,
New Social/Political Movements in Latin America,
The Americas (based on PBS Series).
U.S.-Latin American Relations
Democracy in Latin America
Social Movements

## Expert Witness Testimony:

Testimony on country conditions in U.S. Immigration, Federal and State Courts and Immigration courts in Great Britain and Canada. More than 100 cases.
Countries: Guatemala, El Salvador, Honduras, Nicaragua, Peru, Brazil, Bolivia, Mexico, Colombia, Ecuador, Venezuela and Argentina.
Areas: General political and social conditions, gangs, cartels and gang and cartel victimization in Central America and Mexico, status and treatment of homosexuals and racial minorities, spouse/partner abuse and domestic violence.

Harry E. Vanden, Ph.D.                                                                                    6

## Professional Affiliations and Offices:

Latin American Studies Association
       Co-Chair, Central American Section, 1997- 2000
       Member, LASA Task-force On Central America, 1992-1997
South Eastern Council on Latin American Studies
       President, 1988-1989
       President Elect, 1987-1988
       Executive Council Member, 1978-1982
Charter Member, Society for Iberian and Latin American Thought
       President, 1983-1985
       Vice-President, 1982-1983
Florida Political Science Association
       Secretary-Treasurer, 1979-81
The American Society of International Law
International Political Science Association
American Political Science Association
International Studies Association

## Languages:

Spanish (fluency/bilingual)
Portuguese (fluency)
French

## Travel:

Mexico, South and Central America, Caribbean. Western and Eastern Europe, North Africa, and Southern Africa.

## PUBLICATIONS:

***Books***:

Harry E. Vanden and Gary Prevost, Editors in Chief, *Encyclopedia of Latin American Politics*. New York and Oxford: Oxford University Press, forthcoming (2019) on line and then two volume printed edition (late 2019 or 2020).

Harry E. Vanden and Gary Prevost, *Politics of Latin America: The Power Game*. New York and Oxford: Oxford University Press, Sixth Edition, 2018,

- Fifth Edition (revised), 2015.  ,

- 4th edition (further revised with additional new chapter on U.S.-Latin American Relations), 2012.
- Third Edition (revised and expanded), 2009.
- Second (revised and expanded) Edition, 2006.
- 

Harry E. Vanden and Gary Prevost, *Politics of Latin America: The Power Game*.  New York and Oxford: Oxford University Press, 2002, reprinted 2003.

Harry E. Vanden, Peter N. Funke, Gary Prevost, eds., *The New Global Politics: Global Social Movements in the Twenty-First Century*. London and New York: Routledge, 2017.

Richard Stahler-Sholk, Harry E. Vanden, Marc Becker, eds., *Rethinking Latin American Social Movements: Radical Action From Below*. Lanham, Maryland: Rowman and Littlefield, 2014.

Gary Prevost, Harry E. Vanden, Carlos Oliva, and  Luis Fernando Ayerbe, eds., *U.S. National Security Concerns in Latin America and the Caribbean: the Concept of Ungoverned Spaces and Sovereignty*, New York: Palgrave Macmillan, 2014

Harry E. Vanden and Marc Becker, editors and translators, *José Carlos Mariátegui: An Anthology of His Writings*, Kharagpur, West Bengal, India: Cornerstone Publications, 2013. [a specially edited Indian edition of the 2011 edition, with a much revised 50 page introduction]

Gary Prevost, Carlos Oliva and Harry E. Vanden, eds. *Social Movements and Leftists Governments in Latin America*.  London: Zed Press, 2012.

*José Carlos Mariátegui: An Anthology of His Writings*, translated and edited by Harry E. Vanden and Marc Becker. New York: Monthly Review Press, 2011.

Gary Prevost and Harry E. Vanden, *Latin America: An Introduction.* New York and Oxford: Oxford University Press, 2011.

Richard Stahler-Sholk, Harry E. Vanden and Glen Kuecker, eds.,  *Latin American Social Movements in the Twenty-First Century, Resistance, Power, and Democracy.* Lanham, Maryland: Rowman & Littlefield, 2008. *Chosen as a Choice Outstanding Academic Book for 2009.*

Jorge Nef. and Harry E. Vanden, eds., *Inter-American Relations in an Era of Globalization. Beyond Unilaterialism?*  Whitby, Ontario: de Sitter Publications, 2007.

Harry E. Vanden and Gary Prevost, eds., *The Undermining of the Sandinista Revolution*. London: Macmillan Press Limited, New York: St. Martin's Press, 1999. (Paperback edition with new preface).

Harry E. Vanden, Ph.D.                                                                                    8

Gary Prevost and Harry E. Vanden*, eds., *The Undermining of the Sandinista Revolution.* London: Macmillan Press Limited, New York: St. Martin's Press, 1997.

Harry E. Vanden and Gary Prevost, *Democracy and Socialism in Sandinista Nicaragua*. Boulder, Colorado: Lynne Rienner Publishers, 1993.

Harry E. Vanden, *A Bibliography of Latin American Marxism*. New York: Garland Publishing Company, 1991 (869 pages).

Harry E. Vanden, *National Marxism in Latin America: José Carlos Mariátegui's Thought and Praxis*. Boulder: Lynne Rienner Publishers, 1986.

Harry E. Vanden, *José Carlos Mariátegui: Influencias en su formación ideológica*. Lima: Biblioteca "Amauta", l975.

**Other Works***:*

Harry E. Vanden, ed., *Fin de Siglo Latin America: Notes on a Changing Reality*. Tampa: Honors Publishing, 1997. (Publication of Honors Student papers from honors class on Latin America.)

Waltrud Quesier Morales and Harry E. Vanden*, La Lucha por la Soberania: Nicaragua y los No Alineados*.  Documento de Trabajo PROSPEL, No.5, Santiago, Chile: Academia de Humansimo Cristiano, 1986.

**Report:**

Susan D. M. Kelley and Harry E. Vanden, *A Project to Train Vocational Habilitation Specialists for Persons with Mental Retardation in El Salvador*, Final Report for Development Associates and Agency for International Development, U.S. Department of State, 140pp. Tampa,1994.

**Electronic Publication:**

Ilene Frank, and Harry E. Vanden . (2008 and updated). "Maras: Gangs in Central America. A Bibliography." Available at  *http://www.box.net/shared/m267o3f1is*

**Blog Entry/Publication:**

Violeta Polanco and Harry E. Vanden, "Medidas  extraordinarias  de seguridad  en El Salvador: ¿Pueden reducir  la violencia  en el país?" *Latin American Perspectives* Blog, July, 2016.

*Book Chapters:*

"Cycles of Protest and Social Movements in Brazil," in Harry E. Vanden, Peter N. Funke, Gary

Harry E. Vanden, Ph.D.                                                                                          9

Prevost, eds., *The New Global Politics: Social Movements on a Global Scale*. London and New York: Routledge, 2017.

With Peter N. Funke and Gary Prevost, "Introduction," in Harry E. Vanden, Peter N. Funke, Gary Prevost, eds., *The New Global Politics: Social Movements on a Global Scale*. London and New York: Routledge, 2017.

 "The Sandinistas, Armed Struggle, Participation, Democracy, Verticalism and Mass Movements in Nicaragua," in Stephen Feuchtwang and Alpa Shaw, eds., *Emancipatory Politics: A Critique*. Open Access [London]: Open Anthropology Cooperative Press, 2015.

"Taking the Streets, Swarming Public Places: the 2013 Popular Protests and Social Movements in Brazil," in  Richard Stahler-Sholk, Harry E. Vanden, Marc Becker, eds., *Rethinking Latin American Social Movements: Radical Action From Below*. Lanham, Maryland: Rowman and Littlefield, 2014.

Richard Stahler-Sholk, Harry E. Vanden and Marc Becker, "Introduction" and "Conclusion" in Richard Stahler-Sholk, Harry E. Vanden, Marc Becker, eds., *Rethinking Latin American Social Movements: Radical Action From Below*. Lanham, Maryland: Rowman and Littlefield, 2014.

 **"C**rimen Organizado y Areas No Gobernados en la America Central: Mara Salvatrucha y Barrio 18," (Organized Crime and Non-Governed Areas in Central America: the Mara Salvatrucha and 18th Street Gang), in Luis Fernando Ayerbe, ed., *Territorialidade e entrecruzamentos geopolíticos na América Latina*.  São Paulo: Memorial da América Latina, 2014.

"Maras, Contragoverned Spaces and Sovereignty," in Gary Prevost, Harry E. Vanden, Luis Fernando Ayerbe,and Carlos Oliva, eds., *U.S. National Security Concerns in Latin America and the Caribbean: the Concept of Ungoverned Spaces and Sovereignty*.   New York: Palgrave Macmillan, 2014.

Gary Prevost and Harry E. Vanden, "Introduction," in Gary Prevost, Harry E. Vanden, Carlos Oliva and  Luis Fernando Ayerbe, eds., *U.S. National Security Concerns in Latin America and the Caribbean: the Concept of Ungoverned Spaces and Sovereignty*, New York: Palgrave Macmillan, 2014.

Harry E. Vanden and Marc Becker, Préface (introduction), in Pierre Beaudet, editor,  José Carlos Mariátegui and Alvaro García Linares, *Indianisme et paysannerie en Amérique Latine, socialime et libération nationale*. Montreal: M editeur, 2012.

"Las Maras, Espacios Contragobernados y Soberanía." (The Maras [Central American Gangs], Nongoverned Spaces and Sovereignty), in Luis Fernando Ayerbe, ed.,
*Territrorialitidades,Conflictos E Dasafios A Soberania Estatal Na América Latina*
(Territorialities,Conflict and Challenges to State Sovereignty in Latin America). São Paulo,

Harry E. Vanden, Ph.D.                                                                  10
Brazil: Memorial da América Latina, 2012.

Gary Prevost, Harry E. Vanden, and Carlos Oliva Campos, "Introduction," in Gary Prevost, Harry E. Vanden, Luis Ayerbe, Carlos Campos, eds., *Social Movements and Leftist Governments in Latin America*, London : Zed Press, 2012.

"The Landless Rural Workers Movement and their Waning Influence on Brazil´s Workers´s Party Government," in Gary Prevost, Carlos Oliva Campos and Harry E. Vanden, eds., *Social Movements and Leftist Governments in Latin America*. London: Zed Books, 2012.

"Os Sem-Terra Brasileiors Marca, Posição Política," in Miriam Claudia Lourenção Simonetti, editor, *Asentamentos Rurais e Ciudania: a construção de novos espaços de vida.* São Paulo: Prensa da Universidad Estadual de São Paulo, 2011.

Richard Stahler-Sholk, Harry E. Vanden and Glen Kuecker ,"Introduction" and "Conclusion" in Richard Stahler-Sholk, Harry E. Vanden and Glen Kuecker, eds., *Latin American Social Movements in the Twenty-First Century, Resistance, Power, and Democracy.* Lanham, Maryland: Rowman & Littlefield, 2008.

"Social Movements, Hegemony, and New Forms of Resistance," in Richard Stahler-Sholk, Harry E. Vanden and Glen Kuecker, eds., *Latin American Social Movements in the Twenty-First Century, Resistance, Power, and Democracy.* Lanham, Maryland: Rowman & Littlefield, 2008.

"Epilogue: The Fable of the Shark and the Piranhas." in *Inter-American Relations in an Era of Globalization. Beyond Unilaterialism?* Jorge Nef. and Harry E. Vanden, eds., Whitby, Ontario: de Sitter Publications, 2007.

"Social Movements, Hegemony and Resistance," in Gary Prevost and Carlos Oliva eds., *The Bush Doctrine and Latin America*. New York: Palgrave Macmillan, 2007.

"The Landless Hold Their Ground," in Teo Ballvé and Vijay Prashad, eds., *Dispaches from Latin America: On the Frontiers of Neoliberalism*.  Boston: South End Press, 2006.

"The Landless Hold Their Ground," in Vijay Prashad and Teo Ballvé, eds., *Dispaches from Latin America: On the Frontiers of Neoliberalism*.  New Deli, India: Left World Books, 2006.

"Globalization in a Time of Neoliberalism: Politicized Social Movements and the Latin American Response," in Richard Harris, ed., *Globalization and Development in Latin America.* Whitby, Ontario: de Sitter Publications, 2005.

"The Effects of Globalization and Neoliberalism in Central America: Nicaragua and Costa Rica," in Gary Prevost and Carlos Oliva Campos, eds., *Neoliberalism and NeoPanamericanismo, the View from Latin America*. New York and Houndmills, Basingstroke: Palgrave/Macmillan, 2002.

"Nicaragua," in *One Party Regimes*, Marco Rumanelli, ed. New York: St. Martin's Press, 1999.

"Democracy Derailed: The 1990 Elections and After" in Gary Prevost and Harry E. Vanden, *The Undermining of the Sandinista Revolution*. London: Macmillan Press Ltd., 1997.

"U.S.- Nicaraguan Relations." With Thomas Walker. in Kenneth M. Coleman and George C. Herring (eds.) *The Central American Crisis*. 2nd ed., Wilmington, Del.: Scholarly Resources, 1991.

"Nicaraguan Foreign Relations" in Thomas Walker (ed.), *Revolution and Counterrevolution in Nicaragua: 1979 Through 1989*.  Boulder: Westview Press, 1991.

"Nicaraguan-U.S. Relations" (Introduction and Bibliography). With Joel Edelstein, Jimmy Furlow and Janine Pittman in Neil Snarr and Associates, *Sandinista Nicaragua* Part II. Ann Arbor: Pierian Press, 1990.

"Mariátegui y los primeros pasos hacia un auténtico marxismo Latinoamericano," in Manuel J. Peláez  and Miguel Martínez López, eds., *Essays in the History of Political Thought.* Barcelona: PPU, 1988.

"State Policy and the Cult of Terror in Central America," in Paul Wilkinson and A.M. Stewart, eds., *Contemporary Research on Terrorism*,  Aberdeen, Scotland:  Aberdeen University Press, 1987.

"Nicarguan Relations with the Non-Aligned Movement," With Waltrud Quesier Morales, in Tom Walker, ed., *Nicaragua: The First Five Years*.  New York: Praeger, 1985.

"The Ideology of the Nicaraguan Insurrection," in Thomas W. Walker, ed., *Nicaraguan Revolution*, (New York: Praeger, 1982), pp. 41-62.

*Articles:*

 "Como la Monarquía Española facilitó la Independencia Republicana de los Estados Unidos: El rol de Bernardo de Gálvez en la Guerra de Independencia Norteamericana" *TSN (Transatlantic Studies Networks) Revista de Estudios Internacionales*, (Universidad de Malaga, Spain), No 2, September, 2016.

"Reflexiones sobre el pensamiento del peruano José Carlos Mariátegui, Europa y unas influencias europeas." *Surco Sur* (Tampa), No. 6, January, 2014.

" A Violência das Gangues da América Central" (The Violence of Central American Gangs) and in Spanish version of magazine, "La Violencia de las Maras Centroamericanas," *Nuestra América, Revista do Memorial da América Latina.* ( São Paulo, Brazil) No 42, Third Trimester, 2011.

Richard Stahler Sholk and Harry E. Vanden, "Introduction" in "A Second Look at Latin American Social Movements" Special Issue of *Latin American Perspectives*, Vol 38, No. 1 (January) 2011.

"O Desenvolvimento das Novas Movementos Socais e Sua Influência na Política Externa" ("The Development of New Social Movements and Their Influence on Foreign Policy") NERA (UNESP, Brazil), 2009.

"La Vigencia del Pensamiento Marxista de Mariátegui en el Siglo XXI," *Geografia em Questão*, Publication of Associacão dos Geógrafos Brasileiros ( Marechal Cândido Rondon, Brazil). No. 1, Vol 1, 2008.

"Brazil's Landless and the Revolt Against Neo-Liberalism." *Global Dialogue*, Vol. 10, 2008.

"Sem-Terra Brasileiros Marcam Sua Posicão" (Brazillian Landless Hold Their Ground) *Perspectives, Revista de Ciêcias Socais, Universidade Estadual Paulista/UNESP*. Vol 32, July/December, 2007, pp. 203-213.

"Bringing Latin America to Life with Films in the Classroom," *Social Education*, Vol. 74, No.4, May/June 2007.

"Social Movements, Hegemony, and New Forms of Resistance," *Latin American Perspectives,* Vol. 34, No 2,  March, 2007.

"José Carlos Mariátegui," in *Diccionario de Juristas Hispanos,* Manuel J. Peláez, ed., Malaga: University of Malaga, 2006.

"New Social Movements and the Response to Neoliberalism: Brazil's MST" *NACLA: Report on the Americas*, March/April, 2005, Vol. 38, No.5.

"L'Amerique Latine qui Dit 'Non,' " *Enjeux Internationaux* (Brussels)  No. 9, Autumn  2005.

"Le MST, Pas de Terre, Mais Beaucoup d'Idées," *Enjeux Internationaux* (Brussels)  No. 9, Autumn  2005.

"Vigencia del Pensamiento Marxista de Mariátegui en el Siglo XXI," *Revista Peruana de Filosofia Aplicada*. Lima, XI, No. 12, 2005, pp.25-38.

"New Political Movements, Governance and the Breakdown of Traditional Politics in Latin America." *International Journal of Public Administration*.  Vol. 27, No. 13-14, 2004.

Harry E. Vanden, Ph.D.                                                                    13

"Globalization in a Time of Neoliberalism: Politicized Social Movements and the Latin American Response." *Journal of Developing Societies*. Vol. 19, Issue 2-3, 2003.

"New Forms of Hegemony: Effects of Globalization and Neo-Liberalism in the Central American State of Nicaragua." *Cenários*, *Revista do Grupo de Estudos Interdisciplinares sobre Cultura e Desenvolvimento*. (Araraquara, São Paulo State, Brazil)  No. 3-4 2001/2002.

"Neloliberal Meltdown in Argentina," with Patrice E. Olsen, *Shanachie* (alternative  Publication at the University of South Florida). No. 7, January 7, 2002.

"Globalization and Beyond: What We Need to Learn From Latin America," *Hispanic Outlook in Higher Education*. February, 2000.

"International Law, Embargo on Cuba: Human Rights Violations Add Up to Genocide," *The Human Quest*. January-February, 1998.

"The U.S. Embargo and Health Care in Cuba," With Anthony F. Kirkpatrick, M.D. *LASA Forum*, XXXVI, No. 2, Summer, 1997.

"Contra Crack and the Company," *The Human Quest*, Nov-Dec, 1996.

"Bay Area Must Reconsider Its Hispanic Heritage," *Tampa Tribune*. October 26, 1993.

"Democracy and Socialism: Latin American and Nicaraguan," *Proceedings, Second Biennial Conference on Culture, Society and Change in Latin America*. Tampa and Mérida: University of South Florida and Universidad de los Andes, 1993.

"José Carlos Mariátegui" in the *Routledge Dictionary of Twentieth-Century Political Thinkers*, London and New York: Routledge, 1992.

"Terrorism, Law and State Policy in Central America: The Eighties," *New Political Science*  No. 18/19 (Fall/Winter, 1990), pp.55-73.

"José Carlos Mariátegui y la perestroika," *El Día Latinoamericano*  (Mexico City) December 31, 1990.

"The U.S., State Policy and the Cult of Terror in Central America," *Cuadernos Informativos de Derecho Historico, Público, Procesal y de la Navegación* (Barcelona) No.2 (1989), pp.1691-1710.

"Mariátegui, marxismo, comunismo, y otras notas bibliográficas," in Victor Berger (ed.), *Ensayos sobre  Mariátegui: Symposio de Nueva York*. Lima: Biblioteca Amauta, 1987.

Harry E. Vanden, Ph.D.                                                                 14

Articles/Entries, Carlos Fonseca Amador, Daniel Ortega, Tomás Borge (Nicaragua), José Carlos Mariátegui, Ricardo Martínez de la Torre (Peru) in Robert A. Gorman, ed., *Biographical Dictionary of Neo-Marxism* (Westport: Greenwood Press, 1986).

"The Making of a Latin Marxist, José Carlos Mariátegui's Intellectual Formation," *Inter-American Review of Bibliography*, XXXVI, No. 1 (1986), pp. 5-28.

"Mariátegui and the First Steps Toward Authentic Latin American Marxism," *South Eastern Latin Americanist*.  XXX, Nos. 1-2, (June-Sept., 1986), pp. 17-34.

"Nicaraguan Relations with the Nonaligned." With Waltrud Quesier Morales.  *Journal of Inter-American Studies and World Affairs*, XXVII, No.3 (Fall,1985), pp.141-161.

"The Nicaraguan Elections," *Journal of Communist Studies* (London) I, No. 2 (June,1985).

"El Marxismo-Leninismo de Mariátegui," *Dialéctica* (Puebla, Mexico), VIII, No. 13 (June, 1983), pp. 75-93.

"Defining Terrorism in El Salvador: 'La Matanza'," With Robert W. Taylor. *The Annals of the American Academy of Political and Social Science*. Vol. 463 (September, 1982), pp. 106-118.

"Marxism and the Peasant in Latin America:  Marginalization or Mobilization," *Latin American Perspectives* IX, No. 4 (Fall, 1982), pp. 74-98.

"The Ideology of the Nicaraguan Revolution," *Monthly Review*.  Vol. 34 (June, 1982), pp. 25-41.

"Lecturas Marxistas de Mariátegui," *Nuevo Amanecer Cultural* (Managua), l, No. 30 (December 28, 1980).

"Mariátegui: Marxismo, comunismo y otras notas bibliograficas, *Buelna*, Culiacán, Mexico, No. 4-5 (January-March, 1980), pp. 87-107.

"La Influencia Italiana," Mariátegui, A 50 Años de su Muerte, Special Magazine Supplement, *El Día* (Mexico City), June, 1980.

"Mariátegui:  Marxismo, Comunismo and Other Bibliographic Notes," *Latin American Research Review*, Vol. 14, No. 3 (Fall, 1979) pp. 61-86.

"The Peasants as a Revolutionary Class--An Early View From Peru," *Journal of Inter-American Studies and World Affairs*, Vol. 20, No. 2, (May, l978), pp. 191-209.

"Socialism, Land and the Indian," in the 7 Ensayos, *INTI* (University of Connecticut), No. 4, Autumn, l976.

Harry E. Vanden, Ph.D.                                                                                    15
"Influencias en Mariátegui," *La Jornada* (Lima), l, No. l4, May 6, l975.

### *Reviews and review essays:*
*American Political Science Review*
*Hispanic American Historical Review*
*Journal of Politics*
*Journal of Developing Areas*
*Latin American Politics and Society/Journal of Inter-American Studies and World Affairs*
*South Eastern Latin Americanist*
*Studies in Comparative Development*
*Social Movement Studies*


### *Reviewer/Referee/Academic Evaluation:*

Progam Evaluation*:*
International Panel for the Evaluation of Curricular Revision, School of Political Science (70 professors, 1,700 students) Universidad de San Carlos de Guatemala, October 14-19, 2013.

Grant Evaluation:

CAPES (Coordenação de Aperfeiçoamento de Pessoal de Nível Superior), Ministry of Education/Fulbright Brazil
Economic and Social Research Council (Britain)
National Endowment for the Humanities
Social Science and Humanities Research Council (Canada)

Refereed Review:
*Bulletin of Latin American Research*
*Comparative Political Studies*
*Globalizations*
*International Studies Quarterly*
*Latin American Perspectives*
*Latin American Politics and Society/Journal of Inter-American Studies and World Affairs*
*Latin American Research Review*
*New Political Science*
*Polity*
*Social Movement Studies*
*Radical Philosophy*

*Lynne Rienner Publisher*
*Oxford University Press*
*Palgrave Macmillan*
*Routledge/Taylor Francis*

Harry E. Vanden, Ph.D.                                                          16
*Rowman and Littlefield*
*University of Arizona Press,*
*University of Florida Presses*
*University of Kansas Press*


### *Recent Panels Chaired/Dicussant:*

Organized two panels tied to a book project on Globalized Social Movements, "Globalized Social Movements: Latin America the Arab Spring and Beyond" for May 2015 LASA International Congress, San Juan, Puerto Rico, and for ISA South Annual Meeting,  March , 2016,Tampa Florida. Included four USF graduate students in panels and successful book proposal.

Discussant,  Panel on " Movimientos Sociales y Procesos Políticos en América Latina"  LASA International Congress. June 29-May 2, 2013, Washington, D.C.

Chair, Organizer and Participant , "Maras and Violence in Central America," (Roundtable), XXIX  International Congress of the Latin American Studies Association, Sept., 2010, Toronto.

Chair and Organizer, "Maras in Central America," (Roundtable), XXVII International Congress of the Latin American Studies Association, Sept 5-8, 2007, Montreal.

Chair, Final Roundtable Discussion, Human Rights, State Terrorism and Universal Jurisdiction, Global Implications of the Pinochet Case ( an International Symposia), University of South Florida, Tampa,  September 12, 2006.

Chair and Discussant, Transborder Politics, Corruption, Education and State Power in the Americas, Florida Political Science Association, April 8, 2006.

Chair and Commentator, "Electoral Dynamics in New Democracies,"  Midwest Political Science Association, April 15-18, 2004,  Chicago, Illinois.

Chair (and Convener), "New Social Movements in Latin America: New Repertoires of Resistance in a Globalizing Reality," Rocky Mountain Council for Latin American Studies. Santa Fe, New Mexico, March  10-13, 2004.


### Papers and Major Presentations:

"Maras: American Bred Youth Gangs That Challenge State Sovereignty in Central America," July 8, 2017, (U.S.) Joint Special Operations University, Tampa, Florida.

Harry E. Vanden, Ph.D.                                                                                              17

Invited presentation, "Como la Monarquía Española facilitó la Independencia Republicana de los Estados Unidos: El rol de Bernardo de Gálvez en la Guerra de Independencia Norteamericana*"* II WORKSHOP INTERNACIONAL DE ESTUDIOS TRANSATLÁNTICOS, Los Gálvez y los orígenes de una relación problemática entre dos continentes. Universidad de Malaga, Malaga, Spain, 16 June, 2016.


"Latin American Social Movements and their influence on Podemos," Latin American Institute, Stockholm University, Stockholm, May 13, 2016.

"From Latin America to Spain: the Latin American Influence on Podemos" May 26-30, 2016 LASA International Congress, New York, N.Y.

Invited University Wide Lecture,"Latin American Social Movements" IFI Forum, University of Jyväskylä, Jylväskyä, Finland, March 16, 2016.

"Taking the Streets, Swarming Public Places: the 2013 Popular Protests and Social Movements in Brazil on 2013, " May 2015 LASA International Congress, San Juan, Puerto Rico.

Invited presentation, "Relaciones Transatlanticas y Trans-ideológicas: Estados Unidos y España Desde la República,   "I Workshop International de Estudios Transatlanticos: España y America: Miradas Cruzadas. Una Perspectiva Interdisciplinar."  University of Málaga, Málaga, España, 14-15 May, 2015.

"Nuevos Movimientos Sociales en Latinoamérica," Conferencia de Cientistas Sociales Internacionales, en el XL Aniversario de la Escuela de Ciencia Política Y Tricentenario de la Universidad de San Carlos de Guatemala, Guatemala, October 8-11, 2013.

"Las Maras, Espacios Contragobernados y Soberania, M.S. 13 y M 18 en la América Central," Seminario Internacional: Extraterritoralidades, Entrecruzamiento de Soberania e Conflicto na América Latina. Memorial da America Latina e Instituto de Estudios Econômicos e Internacionales da UNESP, São Paulo, Brazil. August 14-16, 2013.

"Marxist Revolutionary Thought and Practice in Latin America," Centre for Comparative Politics and Political Theory, School of International Studies, Jawaharlal Nehru University, New Delhi, India, July 29, 2013.

"Social Movements in Latin America," School of Social Sciences, University of Hyderabad, Hyderabad, India, July 22, 2013.

"Social Movements and Democracy in Latin America," Department of Cultural Studies, English and Foreign Language University, Hyderabad, India, July 22, 2013

Harry E. Vanden, Ph.D.                                                                                          18

5th Annual Ghandy Memorial Lecture, "Marxist Revolutionary Thought and Practice in Latin America," Sponsored by the Anuradha Ghandy Memorial Committee, held at St. Xavier´s College, Mumbai, India, July 18, 2013.

"The Resurgence of the Latin American Left" Tata Institute of Social Sciences, Mumbai, India, July 17, 2013.

"Central American Gangs and Non-Governed Spaces," International Congress of the Latin American Studies Association (LASA), San Francisco, CA., May 23-26, 2012.

With Tamara Simunovic, "Democracy and Human Rights in Post Zelaya Honduras," Annual Conference, South Eastern Council on Latin American Studies (SECOLAS), March 29-31, 2012 Gainesville, Florida.

"Las Maras y Espacios No Gobernados." (The Maras: Central American Gangs] and Nongoverned Spaces), International Invited Conference, Extraterritorialities, Entrecruzamento de Soberanías e Fontes de Conflicto na América Latina (Extraterritorialities, Sovereignity Crossover and Sources of Conflict in Latin America), Memorial da América Latina, São Paulo, Brazil, September 29, 2011. Funded by Friedrich Ebert Foundation.

" Participation, Democracy, Verticalism, Vanguard and Mass Movements: Nicaragua and Latin America," Peoples´ Movements: Strategy and Tactics, International Invited Conference, Oxford University, July 11-12, 2011.

"Latin America and the United States," Address to Annual Meeting of the German Marshall Fund, Del Ray Beach, Florida, January 30, 2012.

"New Social and Political Movements in Latin America," Maxwell School, Syracuse University, September 9, 2008. Invited lecture hosted by Latin American Studies Program and Africana Studies Department.

"Geography and U.S. Cuban Relations," UNIOESTE (State University of Eastern Paraná), Marechal Cândido Rondon, Paraná, Brazil, December 7, 2007.

" Movimentos Socais na America Latina no Inicio do Século XXI" (Social Movements in Latin America at the Beginning of the 21st Century) ,VII Post Graduate Week in Sociology, UNESPE (State University of São Paulo)-Araraquara, Araraquara, Brazil, November 8, 2007.

Discussant, Foreign Policy and International Politics Panel, First International Symposium, Post Graduate Program in International Relations San Tiago Dantes- UNESPE, UNICAMP and PUC/SP (State University of São Paulo, State University, Campinas, Pontifical Catholic University-São Paulo), November 13, 2007. São Paulo, Brazil.

Harry E. Vanden, Ph.D.                                                                            19

"EUA e América Latina," (The United States and Latin America) V Annual Week of International Relations- New Actors in International Relations, State University of São Paulo-Marília, Marília, S.P.,Brazil,  September 27, 2007.

"11 de Setembro e Imbricações no Direto Internacional," (September 11 and International Law), September 11, 2007, Pontifical Catholic University of São Paulo, São Paulo, Brazil.

"Novos Movimentos Socias e Novas Lideranças Políticas na América Latina," Short Course, International Seminar "New Political Leadership, Social Movements, and Government Alternatives in Latin America,"with International Participants, Memorial da América Latina (Major Brazilian Foundation on Latin America), São Paulo, August 8, 2007.

Roundtable discussant, "Maras in Central America,"  XXVII  International Congress of the Latin American Studies Association, Sept 5-8, 2007, Montreal.

"Amauta en el Contexto Internacional" Simposio Internacional, Amauta a los 80 Años, Lima, September 6-9, 2006.

"Brasil y el M.S.T."  World Social Forum, Caracas, Venezuela, January 26, 2006.

"The Mobilization of the Subalterns in the Twenty-First Century: Politicized Social Movements in Latin America" Annual Conference, Southwestern Council of Latin American Studies, Vera Cruz, Mexico, March 9-12, 2005.

"Os Sem Terra y Novos Movimientos Sociais", World Social Forum,
January, 2005, Porto Alegre Brazil (Given in Portuguese)

 "Nuevos Movimientos Sociales y Políticos, la Crisis del Neoliberalimo y el Aporte de Mariátegui," Casa Museo José Carlos Mariátegui, Lima, Peru, July 11, 2005.

"Luchando Por la Justicia. El MST de Brazil," Seminario Internacional, AUNA, Havana, Cuba June 9, 2005.

Roundtable Discussion on "Peasant Movements and Agro-Business in Latin American and the Caribbean," CLASCO (Conference on Latin American Social Sciences) Presidente Prudente, São Paulo State, Brazil . August 29 to September 3, 2005. (In Portuguese and Spanish)

Politicized Social Movements in Latin America: New Forms of  Resistance," Rocky Mountain Council for Latin American Studies,  Santa Fe, New Mexico  March 10-13 , 2004.

El Marxismo de José Carlos Mariátegui, Invited addresses, Cátedra Ernesto Guevara, FLACSO, Havana and the University of Havana,   March 8 and 9,  2004.

Harry E. Vanden, Ph.D.                                                                                              20

"Art and Politics: The Latin American Artist as Political Actor,"  Southeastern Council on Latin American Studies, Santo Domingo, Dominican Republic,   March 4-6, 2004.

"U.S. Foreign Policy and Inter-American Relations After September 11," in (short) course on Inter-American Relations offered by Graduate Program in International Relations offered jointly by the Universidade Estadual Paulista, Universidade Estadual Paulista de Campinas, and the Pontífica Universidade Católica de São Paulo,  São Paulo, September 17-18, 2003.

"Globalizacão, Hegemonia Norteamericana, Espaço e Resistencía-Os Sem Terra e Novos Movimentos Socais-políticos," International conference on  As Relações Estados Unidos-America Latina no Contexto da Doutrina Bush sponsored by the (joint) Graduate Program in International Relations of the Universidade Estadual Paulista, Universidade Estadual Paulista de Campinas, and the Pontífica Universidade Católica de São Paulo, São Paulo, September 15-16, 2003

"Globalization in a Time of Neoliberalism: the MST and New Social Movements" Latin American Studies Association, XXIV International Congress, Dallas, March 27-30, 2003.

"The Landless in a Time of Globalization: Democracy and the Movimento dos Trabalhadores Rurais Sem Terra in Brazil" Seminario Regional "Las Relaciones Interamericanas Después del 11 de Septiembre del 2001," Havana, November 4-6, 2002.

"New Political Movements in a Time of Neoliberalism, Venezuela and Chavismo" Rocky Mountain Conference on Latin American Studies, April 11-13,  2002, Portland,  Oregon.

"La Vigencia del Pensamiento Marxista de Mariátegui en el Siglo 21" , Rocky Mountain Conference on Latin American Studies, Tucson, Feb 28– March 2, 2001.

"Integration and Globalized Reintegration in Central America: Nicaragua and Costa Rica" Latin American Studies Association, XXIII, International Congress, Washington, D.C. Sept 6-8, 2001.

"New Horizons, New Hegemony in Interamerican Relations: the effects of Globalization in Costa Rica and Nicaragua" Latin  American Studies Association, XXII   International Congress,  Miami Florida. March 16-18, 2000.

"Costos Sociales del Neoliberalismo en América Central, Casos de Nicaragua y Costa Rica"  50th Congress of Americanists, Warsaw, Poland, July 10-14, 2000.

"Los efectos de la globalización en Centro America: Nicaragua y otros casos" presented in Seminário Internacional, As Relações Inter-Americanas, in Araraquara, São Paulo State, Brazil. Universidade Estadual Paulista. 3-4 November, 1999.

"International Law and the Embargo," Salud y Nutrición en Cuba: Efectos del Embargo Americano, conference sponsored by the Cuban Committee for Democracy and the Olof Palm Center (Sweden), Miami, September 13, 1997.

"Elections in Nicaragua: 1990 and 1996," XX International Congress, Latin American Studies Association, Guadalajara, Mexico, April, 1997.

"La Globalización de las Economías Americanas: Nicaragua, Chile, EE UU y Ecuador," Plenary, XII Asemblea Nacional de Economistas del Ecuador, Guayaquil, 22-27 July, 1996.

"La globalización de las economias centroamericanas: el caso de Nicaragua y apuntes para un futuro," Plenary, V Congreso de Profesionales en las Ciencias Economicas de Costa Rica meeting jointly with the V Congreso Latinamericano de Economistas, San José, Costa Rica, 26-29 September, 1995.

"Un hombre amplio: Thought and Culture in José Carlos Mariátegui" The Library of Congress, Washington, D.C., December 16, 1994. (Sponsored jointly by the Peruvian Embassy and the Hispanic Division of the Library of Congress to celebrate Mariátegui's centenary)

"Pasos hacia un socialismo para el siglo XXI: los plantamientos marxistas de José Carlos Mariátegui", Coloquio Internacional Mariátegui, Casa de las Américas, Havana, June 18-21, 1994.

"Como forjar un socialismo viable: los plantamientos marxistas de José Carlos Mariátegui", Centenario de José Carlos Marátegui, Museo Nacional, Lima, June 13-17, 1994.

"Socialism and Democracy in the Nicaraguan Context," XVII International Congress, Latin American Studies Association, Atlanta, Georgia, March 10-12, 1994.

"Democracy and Socialism" Encuentro Internacional Constitución, Democracia y Sistemas Poíticas, Sponsored by the National Union of Jurists, Havana, Cuba, November, 16-19, 1993.

"Democracy and Socialism: Latin American and Nicaraguan, "Second Biennial Conference on Culture, Society and Change in the Americas." Merida, Venezuela, March 10-14, 1993.

"Capitalist and Socialist Conceptions of Democracy in Nicaragua," South Eastern Council on Latin American Studies Meeting, Antigua, Guatemala, February 18-21, 1993.

"El Pensamiento de Mariátegui ante la crisis del Socialismo," Universidad de San Carlos de Guatemala, Feb. 17, 1993.

"La Política Exterior de Bill Clinton hacia Centroamérica," Universidad de San Carlos de Guatemala (National University in Guatemala) Feb. 15, 1993.

Harry E. Vanden, Ph.D.                                                                                    22

"The 1990 Elections: How Capitalism and Western Democracy Stopped the Revolution," XVII International Congress, Latin American Studies Association, Los Angeles, September 24-27, 1992, and the International Studies Association South, Tampa, October 9-11, 1992.

"Democracy and the Development of Mass Organizations in Nicaragua," 39th Annual Meeting, South Eastern Council of Latin American Studies, Charleston, April 2-5, 1992.

"El Plan Bush, La Inciativa para las Americas," plenary, III Congreso de Profesionales en Ciencias Economicas, San José, Costa Rica, March 26-27, 1992.

"The International Political Economy of the 1990 Nicaraguan Elections," American Political Science Association Meeting, Washington, D.C.  August 27-31, 1991.

"How Democracy Stopped the Revolution: Reflections on the 1990 Elections in Nicaragua," 38th Annual Meeting, South Eastern Council of Latin American Studies, Jacksonville, Florida, March 2, 1991.

"U.S. Foreign Relations With Nicaragua During the Reagan Years", with Thomas W. Walker. American Political Science Association Meeting, Atlanta, GA., August 31- September 2, 1989.

"Democratization in Central America" Conference on Democratization in Latin America, College of William and Mary, August 1-2, 1989.

"Radical Thought in the Third World," December 9, 1988, College of William and Mary.
"U.S.- Nicaragua Relations," July 8,1988, Queens College, Cambridge University, Cambridge.
"Socialism and Democracy in the New Nicaragua", American Political Science Association, Washington, D.C., September 1-4, 1988.

"Democracy and Socialism in the New Nicaragua," 46th International Congress of Americanists, Amsterdam, July 4-8, 1988.

"Marxism and Democracy: Political Development in Nicaragua," Latin American Studies Association, Boston, October 23-25, 1986.

"State Policy and the Cult of Terror in Central America," Research on Terrorism, An International Academic Conference, University of Aberdeen, Scotland, April 15-17, 1986.

"Mariátegui and the First Steps Toward Authentic Latin American Marxism," XII International Congress of the Latin American Studies Association, Albuquerque, April 18-20, 1985.

"Nicaraguan Relations with the Nonaligned Movement," With Waltrud Queiser Morales. 25th Annual Convention, International Studies Association, Atlanta, March 27-31, 1984.

"The Ideology of Revolution in Nicaragua," American Historical Association Meeting,

Harry E. Vanden, Ph.D.                                                                      23
Washington, D.C., December, 1982.

"Defining Terrorism in El Salvador," with Robert W. Taylor. 85th Annual Meeting, American Academy of Political and Social Science, Philadelphia, April 23-24, 1982.

"The Ideology of the Nicaraguan Insurrection," International Studies Association Meeting, Cincinnati, Ohio, March 24-27, 1982.

"The New Ideology of Revolution in Central America," Latin American Studies Association Meeting, Washington, D.C., March 4-6, 1982.

"El Marxismo-Leninismo de Mariátegui," Coloquio Internacional Mariátegui y la Revolución Latinoamericana, Universidad Autonoma de Sinaloa, Culiacán, Mexico, April, 1980.

"José Carlos Mariátegui and the Development of Indo-American Marxism," Joint Meeting, Society for Iberian and Latin American Thought and The Third National Colloquy of the Mexican Philosophy Association, Puebla, Mexico, December 3-7, 1979.

"National Culture and International Marxism in Mariátegui," Latin American Studies Association, Pittsburgh, April, 1979.

"The Peasants as a Revolutionary Class," Latin American Studies Association, Atlanta, Georgia, March 1976.

"Los Libros Marxistas de Mariátegui," II Seminario Internacional José Carlos Mariátegui, Lima, Peru, June 17-20, 1974.