# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-01853-EGS <br><br> **Hon. Emmet G. Sullivan** |

## MOTION OF THE UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

ANA C. REYES (D.C. Bar No. 477354)
XIAO WANG (D.C. Bar No. 1035487)
YOULIN YUAN (D.C. Bar No. 1613542)
WILLIAMS & CONNOLLY LLP
*725 Twelfth Street, N.W.*
*Washington, DC 20005*
*(202) 434-5000*
*(202) 434-5029 (fax)*

Pursuant to Civil Local Rule 7(o), the United Nations High Commissioner for Refugees ("UNHCR") respectfully moves for leave to file the accompanying brief as amicus curiae in support of Plaintiffs' cross-motion for summary judgment. In support of its motion, UNHCR states:

1. UNHCR is the organization entrusted by the United Nations General Assembly with responsibility for providing international protection to refugees and others of concern and, together with national governments, for seeking permanent solutions to their problems. UNHCR exercises its supervisory responsibility by issuing interpretative guidelines on the meaning of various international refugee instruments, in particular the *1951 Convention* and its *1967 Protocol*, as implemented in section 101(a)(42) of the Immigration and Nationality Act ("INA"). UNHCR's views are informed by its more than six decades of experience supervising the treaty-based system of refugee protection.

2. This case concerns the new asylum policies as reflected in *Matter of A-B-*, 27 I.&N. Dec. 316 (A.G. 2018), and USCIS's July 11, 2018 Guidance, USCIS Policy Memorandum, Guidance for Processing Reasonable Fear, Credible Fear, Asylum, and Refugee Claims in Accordance with *Matter of A-B-*, July 11, 2018 (PM-602-0162). These policies diverge from UNHCR guidance in assessing asylum eligibility for victims of persecution by non-state actors, and carry significant ramifications for the credible fear screening process. UNHCR submits this brief to provide guidance to this Court on the United States' obligations under pertinent international refugee instruments.

3. This Court has broad discretion in deciding whether to allow a non-party to participate as an amicus curiae. *See D.C. v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). The filing of an amicus brief should be allowed where the amicus curiae "has

unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Hard Drive Prods., Inc. v. Does 1-1,495*, 892 F. Supp. 2d 334, 337 (D.D.C. 2012) (internal quotation marks omitted). "Even when a party is very well represented, an amicus may provide important assistance to the court." *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002). While UNHCR takes no position directly on the merits of Plaintiffs' claims, UNHCR draws upon its experience, expertise, and practical knowledge to inform this Court of pertinent international asylum and refugee standards. UNHCR's brief is not duplicative of the parties' briefs, but rather provides unique information that may assist the Court in resolving the pending motions.

4. UNHCR's proposed brief is submitted within two days of the filing of Plaintiffs' cross-motion for summary judgment, and in accordance with the Court's Minute Order on August 29, 2018. Consideration of UNHCR's brief will not delay the disposition of the case or otherwise disrupt the proceedings.

5. Plaintiffs consent to the filing of the proposed amicus brief. Defendants have indicated that they consent to the filing of the proposed amicus brief provided that it does not refer to or seek to introduce non-record factual material into the case. As UNHCR takes no position directly on the merits of Plaintiffs' claims, the brief does not refer to any factual materials— whether record or not—relating to Plaintiffs.

6. For the foregoing reasons, UNHCR respectfully requests that this Court grant leave to permit the filing of its amicus brief.

Dated:  September 28, 2018

Respectfully submitted,

*/s/*Ana C. Reyes
ANA C. REYES (D.C. Bar No. 477354)
XIAO WANG (D.C. Bar No. 1035487)
YOULIN YUAN (D.C. Bar No. 1613542)
WILLIAMS & CONNOLLY LLP
*725 Twelfth Street, N.W.*
*Washington, DC 20005*
*(202) 434-5000*
*(202) 434-5029 (fax)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2018, the foregoing materials will be filed with the Court and sent to all counsel of record by operation of the Court's electronic filing system.

/s/Ana C. Reyes
Ana C. Reyes
