**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRACE, et al., <br><br> Plaintiffs, <br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-01853-EGS <br><br> **Hon. Emmet G. Sullivan** |

**[PROPOSED] ORDER GRANTING MOTION OF THE UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion for Leave filed by the United Nations High Commissioner for Refugees,

IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further ORDERED that the attached proposed brief be accepted as the Amicus Curiae Brief of the United Nations High Commissioner for Refugees.

Dated:_____     _____
                                  The Honorable Emmet G. Sullivan
                                  United States District Judge