IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRACE, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>JEFFERSON  BEAUREGARD SESSIONS III,<br>Attorney General of the United States, *et al.*,<br><br>　　　　　　*Defendants*. | No. 1:18-cv-01853 (EGS) |

**JOINT REQUEST FOR CLARIFICATION OF BRIEFING SCHEDULE AS TO
EVIDENCE MOTIONS AND/OR JOINT MOTION TO MODIFY SCHEDULE ON
EVIDENCE MOTIONS**

　　　The parties respectfully and jointly request clarification of the briefing schedule set by this Court in its Minute Order dated October 2, 2018, and/or move the Court for a modification of the briefing schedule such that the deadline for Plaintiffs to file a reply concerning their motion to consider evidence outside the administrative record (Doc. No. 66) is October 24, 2018, and the deadline for Defendants to file a reply concerning their motion to strike (Doc. No. 88) is October 31, 2018.

　　　After Plaintiffs filed a motion to consider evidence outside the administrative record on September 26, 2018, Defendants moved to hold the summary judgment briefing in abeyance or, in the alternative, for a two-week extension to file their last summary judgment brief. Doc. No. 67; *see also* Doc. No. 68 (Plaintiffs' response in opposition). On October 2, 2018, the Court issued a Minute Order that moved the deadline for Defendants' summary judgment brief to

1

October 10, and moved the deadline for Plaintiffs' reply on their cross motion for summary judgment to October 24, 2018.

On October 10, Defendants filed their reply in support of their summary judgment motion and opposition to Plaintiffs' cross motion for summary judgment (Doc. No. 85). That same date, Defendants filed their opposition to Plaintiffs' extra record evidence motion as well as a motion to strike Plaintiffs' evidence, with the identical brief in support of both. Docs. No. 87-88.

Under Local Rule 7, a memorandum in opposition to a motion is due 14 days after the service of the motion. Thus, Plaintiffs' opposition to Defendants' motion to strike is due on October 24, the same date Plaintiffs' reply on their cross motion for summary judgment is due. However, under Local Rule 7, a reply on a motion is due within seven days after the service of the opposition; thus, under that rule, Plaintiffs' reply concerning their extra record evidence motion would be due on October 17 – one week before their opposition to Defendants' motion to strike is due.

Given that the issues in Defendants' motion to strike are identical those in Plaintiffs' extra record evidence motion, it would be most efficient for Plaintiffs to file a single brief opposing Defendants' motion to strike and as a reply in support of Plaintiffs' extra record evidence motion, on the same date that Plaintiffs' summary judgment brief is due, October 24.

Under the requested schedule, and pursuant to Local Rule 7, Defendants' reply concerning their motion to strike would be due on October 31, 2018.

Accordingly, the parties respectfully request that the Court issue an order clarifying or modifying the briefing schedule for the parties' respective evidence motions, such that:

- Plaintiffs' reply brief concerning their extra record evidence motion is due on October 24, 2018, the same date that Plaintiffs' opposition to Defendants' motion to strike and Plaintiffs' summary judgment brief is due; and

- Defendants' reply brief concerning their motion to strike is due on October 31, 2018.

Dated: October 12, 2018                                              Respectfully submitted,

*/s/ Jennifer Chang Newell*
Jennifer Chang Newell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

*Attorney for Plaintiffs*

/s/ Erez Reuveni
Erez Reuveni
Assistant Director,
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 307-4293
Erez.R.Reuveni@usdoj.gov