UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:18-cv-01853 (EGS) |

## STATEMENT REGARDING CAPTION

As orally directed by the Court at today's hearing, Plaintiffs submit their position regarding the caption of this civil action.

Federal Rule of Civil Procedure 17(d) provides as follows:

**(d) Public Officer's Title and Name.** A public officer who sues or is sued in an official capacity may be designated by official title rather than by name, but the court may order that the officer's name be added.

Plaintiffs take no position at this time regarding the identity of the current Acting Attorney General of the United States. Plaintiffs respectfully suggest that the Court should caption this matter by reference to the title of the Attorney General, as authorized by Fed. R. Civ. P. 17(d).

Defendants have asked Plaintiffs to represent that "the position of the United States is that Matthew G. Whitaker, Acting Attorney General, should be substituted under Rule 25(d)."

November 19, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Jennifer Chang Newell*
　　　　　　　　　　　　　　　　　　　　Katrina Eiland*
　　　　　　　　　　　　　　　　　　　　Cody Wofsy*
　　　　　　　　　　　　　　　　　　　　Julie Veroff

American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Judy Rabinovitz*
Omar C. Jadwat*
Lee Gelernt
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Sandra S. Park*
Emma Roth*
Lenora M. Lapidus
American Civil Liberties Union Foundation,
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7871

Eunice Lee*
Karen Musalo*
Anne Dutton*
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877

*/s/ Arthur B. Spitzer*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800

Thomas Buser-Clancy*
Andre Segura*
ACLU Foundation of Texas P.O. Box 8306
Houston, TX 77288
(713) 942-8146

*Attorneys for Plaintiffs*

---

\* Admitted *pro hac vice.*

2