# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-01853-EGS |
| MATTHEW G. WHITAKER, in his Official capacity as Acting Attorney General of the United States, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' MOTION FOR A STAY OF PARAGRAPH 5 OF THE COURT'S PERMANENT INJUNCTION ORDER IN LIGHT OF LAPSE OF APPROPRIATIONS

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

CHRISTINA P. GREER
Trial Attorney, Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

JOSEPH DARROW
JOSHUA S. PRESS
Trial Attorneys

Dated: December 26, 2018        *Attorneys for Defendants*

## MOTION FOR A STAY OF PARAGRAPH 5 OF THE COURT'S PERMANENT INJUNCTION ORDER IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the deadlines in paragraph 5 of the Permanent Injunction Order in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the meet and confer deadline in paragraph 5 of the Court's Permanent Injunction Order until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has informed counsel for the Government that the Plaintiffs take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of paragraph 5 of the Court's Permanent Injunction Order in this case until Department of Justice attorneys are permitted to resume their

usual civil litigation functions.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        WILLIAM C. PEACHEY
        Director

        EREZ REUVENI
        Assistant Director

By:   */s/ Christina P. Greer*
        CHRISTINA P. GREER
        Trial Attorney, Office of Immigration Litigation
        U.S. Department of Justice, Civil Division
        450 5th Street NW
        Washington, DC 20530
        Tel. (202) 598-8770
        Christina.P.Greer@usdoj.gov

        JOSEPH DARROW
        JOSHUA S. PRESS
        Trial Attorneys

Dated: December 26, 2018        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the appellate CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

       By: */s/ Christina P. Greer*
          CHRISTINA P. GREER
          Trial Attorney
          United States Department of Justice
          Civil Division