# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MATTHEW G. WHITAKER, in his )<br>Official capacity as Acting Attorney )<br>General of the United States, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:18-cv-01853-EGS |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTIONS

In light of the parties' Joint Stipulation Regarding Paragraph 5 of the Permanent Injunction, Motion to Lift the Stay Entered on December 26, 2018, and Motion to Set Aside Briefing Schedule, it is hereby ORDERED that:

1. The stay entered on December 26, 2018, relating to paragraph 5 of the preliminary-injunction order is lifted; and

2. The briefing schedule issued on December 27, 2018, is set aside.

SO ORDERED.

Dated: December ___, 2018

_____
Emmet G. Sullivan
United States District Judge