UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW G. WHITAKER, in his Official capacity as Acting Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-01853-EGS |

**DEFENDANTS' STATUS UPDATE**

          JOSEPH H. HUNT
          Assistant Attorney General

          WILLIAM C. PEACHY
          Director

          EREZ REUVENI
          Assistant Director

          CHRISTINA P. GREER
          Trial Attorney
          Office of Immigration Litigation
          U.S. Department of Justice, Civil Division
          450 5th Street NW
          Washington, DC 20001
          Tel. (202) 598-8770
          Christina.P.Greer@usdoj.gov

          JOSEPH DARROW
          JOSHUA S. PRESS
          Trial Attorneys

Dated: January 4, 2019          *Attorneys for Defendants*

**DEFENDANTS' STATUS UPDATE**

Defendants respectfully submit this status update, consistent with the Court's order that Defendants "file a status report detailing the steps they have taken to comply with" paragraph 5 of permanent injunction order by January 4, 2019.  December 28, 2018 Minute Order.

Since the Court's order, counsel for Plaintiffs and Defendants have continued to confer by phone and email to work out the logistics of returning the removed Plaintiffs to the United States.  Officers for Immigration and Customs Enforcement ("ICE") have reached out to the points of contact provided for each removed Plaintiff to establish lines of communication that will be used to communicate timing and logistics to individual Plaintiffs.  Defendants have also determined that the removed Plaintiffs will return to the United States by way of repatriation flights by ICE Air when those flights return to the United States from Honduras and El Salvador.  Defendants expect to facilitate their return within two weeks of today.  Plaintiffs' counsel agree to this method of return and proposed timeline.

Counsel for both parties continue to discuss additional details concerning the processing of the removed Plaintiffs once they are returned to U.S. soil.  Defendants will provide an additional status update to the Court regarding those discussions by Friday, January 11, 2019.

//

//

//

//

//

//

//

2

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        WILLIAM C. PEACHY
        Director

        EREZ REUVENI
        Assistant Director

By:    */s/ Christina P. Greer*
        CHRISTINA P. GREER
        Trial Attorney
        Office of Immigration Litigation
        U.S. Department of Justice, Civil Division
        450 5th Street NW
        Washington, DC 20001
        Tel. (202) 598-8770
        Christina.P.Greer@usdoj.gov

        JOSEPH DARROW
        JOSHUA S. PRESS
        Trial Attorneys

Dated: January 4, 2019        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:   */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney
United States Department of Justice
Civil Division