# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01853-EGS |
| ) | |
| MATTHEW G. WHITAKER, in his ) | |
| Official capacity as Acting Attorney ) | |
| General of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

Dated: January 17, 2019          *Attorneys for Defendants*

Defendants hereby appeal from the Court's Order and Memorandum Opinion entered December 19, 2018 (ECF Nos. 105, 106) in the above-captioned case to the United States Court of Appeals for the District of Columbia.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    WILLIAM C. PEACHEY
    Director

By: /s/ *Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    450 5th Street NW
    Washington, DC 20530
    Tel: (202) 307-4293
    Email: Erez.R.Reuveni@usdoj.gov

Dated: January 17, 2019        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division