# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MATTHEW G. WHITAKER, in his<br>Official Capacity as Acting Attorney<br>General of the United States, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:18-cv-01853-EGS |

## DEFENDANTS' STATUS UPDATE

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

CHRISTINA P. GREER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20001
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

JOSEPH DARROW
JOSHUA S. PRESS
Trial Attorneys

Dated: January 18, 2019

*Attorneys for Defendants*

**DEFENDANTS' STATUS UPDATE**

Defendants respectfully submit this Status Update in accordance with their representations in the Status Update filed with the Court on January 11, 2019.  ECF No. 113.

Since the January 11, 2019 update, counsel for Defendants have continued to confer with counsel for Plaintiffs by phone and email to work out the logistics of returning the removed Plaintiffs to the United States.  There are two remaining issues.

First, due to the lapse in appropriations, the normal process for paying departure and passport fees has become complicated.  The Department of Homeland Security ("DHS") has been investigating various means of addressing the issue, and counsel for Defendants discussed the potential options with counsel for Plaintiffs.  This morning DHS informed Defendants' counsel of a means for taking care of the departure fees that would allow the Plaintiffs from El Salvador to travel to the United States next week, and that process has been communicated to Plaintiffs' counsel.

Second, as discussed in the January 11, 2019 Status Update, the parties do not agree on the process that will be applied to the Plaintiffs once they are returned to U.S. soil.  *See* ECF No. 113. Defendants maintain that the Court's order to provide Plaintiffs with new credible fear interviews envisions utilizing the status quo credible fear screening and detention regime (to be conducted without regard to the enjoined aspects of *Matter of A-B-* and the Policy Memo), and does not require a unique process whereby Plaintiffs would be released prior to the conduct of a credible fear screening other than in accordance with the established procedures for release from custody.

Defendants' counsel continue to work with Plaintiffs' counsel to facilitate return and will provide an additional status update to the Court regarding those efforts by Friday, January 25, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By:     */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20001
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

JOSEPH DARROW
JOSHUA S. PRESS
Trial Attorneys

Dated: January 18, 2019                 *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:  */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney
United States Department of Justice
Civil Division