# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GRACE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-01853-EGS |
| | ) | |
| MATTHEW G. WHITAKER, in his | ) | |
| Official Capacity as Acting Attorney | ) | |
| General of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' STATUS UPDATE

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

CHRISTINA P. GREER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20001
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

JOSEPH DARROW
JOSHUA S. PRESS
Trial Attorneys

Dated: January 25, 2019

*Attorneys for Defendants*

## DEFENDANTS' STATUS UPDATE

Defendants respectfully submit this Status Update in accordance with their representations in the Status Update filed with the Court on January 18, 2019.  ECF No. 117.

Since the January 18, 2019 update, counsel for Defendants have continued to confer with counsel for Plaintiffs by email to work out the logistics of returning the removed Plaintiffs to the United States.  Three of the removed Plaintiffs arrived in the United States yesterday.  Customs and Border Protection have processed them for expedited removal with a claim of fear of return and have transferred them to the custody of Immigration and Customs Enforcement for further processing.  Defendants' counsel continue to work with Plaintiffs' counsel to facilitate the scheduling of the credible fear interviews.

One Plaintiff chose not to travel yesterday, and it is believed that the Plaintiff intends to travel next week.  Defendants and their counsel continue to work with Plaintiffs' counsel to facilitate that Plaintiff's travel to the United States.

Finally, Defendants and their counsel continue to work with Plaintiffs' counsel to facilitate the return of the two Plaintiffs who do not have passports.  Defendants and their counsel await notification from Plaintiffs' counsel that passports have been obtained.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By:    */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney

Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20001
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

JOSEPH DARROW
JOSHUA S. PRESS
Trial Attorneys

Dated: January 25, 2019                    *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:     */s/ Christina P. Greer*
CHRISTINA P. GREER
Trial Attorney
United States Department of Justice
Civil Division