AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Make the Road New York, La Unión Del Pueblo Entero, WeCount! <br><br> *Plaintiff(s)* <br> v. <br> Kevin McAleenan, Matthew T. Albence, Kenneth T. Cuccinelli, Mark Morgan, William Barr <br><br> *Defendant(s)* | Civil Action No. 19-cv-2369-KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jessie K. Liu
U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Celso Perez
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-8935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 08/12/2019                                    /s/Jackie Francis
                                                    *Signature of Clerk or Deputy Clerk*



# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the District of Columbia

**Make the Road New York, La Union Del Pueblo Entero, WeCount!**

      Plaintiff(s),

VS.

**Kevin McAleenan, et al.**

      Defendant(s).

Attorney: Celso Perez

Simpson Thacher & Bartlett LLP
900 G St., NW
Washington DC 20001

*245039*

**Case Number: 19-cv-2369-KBJ**

Legal documents received by Same Day Process Service, Inc. on **08/12/2019** at **1:58 PM** to be served upon **Jessie K. Liu, U.S. Attorney for the District of Columbia**, at **501 3rd St., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **August 13, 2019** at **10:13 AM**, I did the following:

Served **Jessie K. Liu, U.S. Attorney for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in Civil Action, Complaint for Declaratory and Injunctive Relief, Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Memorandum in Support of Motion for Preliminary Junction** to **Reginald Rowan** as **Legal Assistant & Authorized Agent** at **501 3rd St., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:245039



District of Columbia: SS
Subscribed and Sworn to before me this ____ day of _____, 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

| From: | Brandon Snesko |
|---|---|
| To: | Soule, Emily V. |
| Subject: | Government Agency Notification of Service |
| Date: | Tuesday, August 13, 2019 11:47:18 AM |

**\*\*\* External Email \*\*\***

Thank you for choosing Same Day Process Service! The Government Agency service below is complete. Please immediately respond via email if you see an issue with the below information and we will respond accordingly and amend affidavit or send back out for service if needed.

Same Day Process Service reference number: **245039**

*Reference Numbers:*

Clients Internal reference number:
Job Level Client reference number:
Customer Internal reference number:
Job Level Customer reference number:

*Case Information:*

Court: **In The United States District Court for the District of Columbia**
Court County:
Plaintiff: **Make the Road New York, La Union Del Pueblo Entero, WeCount!**
Defendant: **Kevin McAleenan, et al.**
Case Number: **19-cv-2369-KBJ**
Documents Served: **Summons in Civil Action, Complaint for Declaratory and Injunctive Relief, Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Memorandum in Support of Motion for Preliminary Junction**

Servee: **Jessie K. Liu, U.S. Attorney for the District of Columbia**
**Manner at which service was completed: Government Agency**
**Person served legal documents: Reginald Rowan**
**Title: Legal Assistant & Authorized Agent**
**Date Completed: 08/13/2019**
**Service Time: 10:13**

**Description of person served with legal documents:**
**Sex: Male**
**Hair: Black**
**Age: 40**
**Skin: African-American**
**Height: 5ft9in-6ft0in**
**Weight: Over 200 lbs**

**Address Served:**
**501 3rd St., NW**
**Washington**
**DC**

**20530**

**The Process Server was: Harvey Jessup**

**Thank you again for choosing Same Day Process Service. Our goal is that every client experiences fast, professional and friendly service.**

**You are appreciated!**
**Same Day Process Service team**



**Same Day Process Service**
**1413 K Street, NW 7th Floor**
**Washington, DC 20005**
**(202) 398-4200**
**Fax (202) 658-7925**
**www.samedayprocess.com**
**Info@samedayprocess.com**
[**CLICK HERE**](#) **to log in!**

**PRIVACY NOTICE: This message is intended solely for the use of the individual and/or entity**
to which it is addressed and may contain information that is privileged, confidential, and
exempt from disclosure under applicable state and federal laws. If the reader of this message
is not the intended recipient or the employee or agent responsible for delivering the message
to the intended recipient, you are hereby notified that any dissemination, distribution,
forwarding or copying of this communication is strictly prohibited. If you received this
communication in error, please notify sender immediately and delete the original message.