**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRACE, et al., | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) |
| v. | ) Civil Action No. 1:18-cv-01853 (EGS) |
| WILLIAM P. BARR, et al., | ) <br> ) |
| *Defendants.* | ) <br> ) |

**NOTICE OF WITHDRAWAL OF JENNIFER CHANG NEWELL
AS COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE THAT Jennifer Chang Newell is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

>Jennifer Chang Newell
>AMERICAN CIVIL LIBERTIES UNION FOUNDATION
>IMMIGRANTS' RIGHTS PROJECT
>39 Drumm Street
>San Francisco, CA 94111
>(415) 343-0770
>jnewell@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Dated: December 27, 2019

Eunice Lee**
Karen Musalo**
Anne Dutton**
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800

Thomas Buser-Clancy**
Andre Segura**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Respectfully submitted,

/s/ Cody Wofsy
Cody Wofsy**
Katrina Eiland**
Julie Veroff
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Judy Rabinovitz**
Omar C. Jadwat**
Lee Gelernt
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Sandra S. Park**
Emma Roth**
American Civil Liberties Union Foundation,
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7871

*Attorneys for Plaintiffs*

**Admitted pro hac vice*