IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE, et al., | ) |
|       *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:18-cv-01853 (EGS) |
| WILLIAM P. BARR, et al., | ) |
|       *Defendants*. | ) |

## NOTICE OF WITHDRAWAL OF ANNE DUTTON AS COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE THAT Anne Dutton is no longer associated with the Center for Gender & Refugee Studies, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

**Anne Kathleen Scholten Dutton**
HASTINGS COLLEGE OF THE LAW
Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, CA 94102
(415)581-8825

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Dated: April 17, 2020

Cody Wofsy**
Katrina Eiland**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800

Thomas Buser-Clancy**
Andre Segura**
ACLU Foundation of Texas P.O. Box 8306
Houston, TX 77288  (713) 942-8146

Judy Rabinovitz**
Omar C. Jadwat**
Celso J. Perez (D.C. Bar No. 1034959)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Sandra S. Park**
Emma Roth**
Lenora M. Lapidus**
American Civil Liberties Union Foundation,
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7871

Respectfully submitted,

/s/ Karen Musalo
Karen Musalo**
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877

*Attorney for Plaintiffs*

**Admitted pro hac vice*