# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5013**                                      **September Term, 2020**

**1:18-cv-01853-EGS**

**Filed On: November 12, 2020** [1870856]

Grace, et al.,

       Appellees

    v.

William P. Barr, Attorney General of the
United States, in his Official Capacity, et al.,

       Appellants

## M A N D A T E

    In accordance with the judgment of July 17, 2020, and pursuant to Federal Rule
of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

               BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the judgment filed July 17, 2020

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5013**                                              **September Term, 2019**

FILED ON: JULY 17, 2020

GRACE, ET AL.,

APPELLEES

v.

WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY, ET AL.,

APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-01853)

Before: HENDERSON, TATEL, and GRIFFITH, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment with respect to the circularity rule and the statements regarding domestic- and gang-violence claims be reversed; the injunction insofar as it pertains to those issues be vacated; the judgment of the District Court be affirmed in all other respects; and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

## Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: July 17, 2020

Opinion for the court filed by Circuit Judge Tatel.
Dissenting opinion filed by Circuit Judge Henderson.